FORM ntcdef

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                                   Case No.: 2:09−bk−21818−RTB

KATHERINE CHRISTENSEN                Chapter: 7
1134 W. GRAND CAYMEN DRIVE
GILBERT, AZ 85233
**SSAN:** xxx−xx−8933
**EIN:**

Debtor(s)

## NOTICE TO DEBTOR(S) OF INCOMPLETE AND/OR DEFICIENT FILINGS

## AND THAT DEBTOR(S) MUST FILE ALL REQUIRED DOCUMENTS

## OR THEIR CASE SHALL BE DISMISSED

     NOTICE IS GIVEN THAT the above debtor(s) have filed a voluntary petition and that debtor(s) have not filed or submitted the documents checked below or have filed them without all the required information. Debtor(s) are required to file or submit the missing and/or complete documents checked below within the time periods stated. Failure to timely file or submit all required documents with all required information shall result in the dismissal of this case.

- ☐ A list of creditors in the required format of a master mailing list **required to be filed within five days of the date of the filing of the bankruptcy petition** by Local Rule of Bankruptcy Procedure 1007−1 and Federal Rule of Bankruptcy Procedure 1007.

- ☐ A verified Statement of Social Security Number **required to be submitted within five days of the date of the filing of the bankruptcy petition** by Local Rule of Bankruptcy Procedure 1007−1 and Federal Rule of Bankruptcy Procedure 1007.

- ☐ Exhibit D to the Petition, Debtor's Statement of Compliance with Credit Counseling Requirement, and a Certificate, with any repayment plan, showing completion of Credit Counseling as required by 11 USC Section 109(h); a Motion for Determination of Exigent Circumstances pursuant to Section 109(h)(3); or a Motion for Determination that credit counseling is not required pursuant to Section 109(h)(4). Exhibit D and either a Certificate of Completion of Credit Counseling or an appropriate Motion for Determination was not filed with the bankruptcy petition. **As a result, your bankruptcy case may be dismissed.** If Exhibit D has been filed in which the debtor states that credit counseling was received, but that a certificate has not been provided the debtor, then a Certificate of Completion of Credit Counseling is required to be filed within 15 days of the date of the filing of the bankruptcy petition.

                               − − − NOTICE CONTINUES ON NEXT PAGE − − −

☑ Schedules of Assets and Liabilities and Statement of Financial Affairs **required to be filed within 15 days of the date of the filing of the bankruptcy petition** by Federal Rule of Bankruptcy Procedure 1007 and 11 USC Section 521(a)(1). In a chapter 7 case, if an individual debtor's schedule of assets and liabilities includes debts which are secured by property of the estate, the debtor shall file a Statement of Intention with respect to the retention or surrender of such property and, if applicable, specifying that such property is claimed as exempt, that the debtor intends to redeem such property, or that the debtor intends to reaffirm debts secured by such property. This statement is to be filed within 30 days after the date of the filing of the chapter 7 petition or on or before the date of the meeting of creditors, whichever is earlier. Debtor must then perform the intentions stated within 30 days after the first date set for the meeting of creditors. **Please take notice that with respect to personal property, the automatic stay may be terminated if you fail to timely file the Statement of Intention or fail to timely perform the stated intention and the creditor may then be able to take possession of that property under state law.**

☐ Chapter 7 Individual Debtor Statement of Current Monthly Income and Means Test Calculation **required to be filed within 15 days of the date of the filing of the bankruptcy petition** by Federal Rule of Bankruptcy Procedure 1007 and 11 USC Section 521(a)(1). **This statement must have either the "Presumption Arises" or the "Presumption Does Not Arise" box checked in the upper right hand portion of the first page.** If the statement has neither or both of these boxes checked, the statement is defective and it does not satisfy this filing requirement. If your debts are not primarily consumer debts, then you must either file a separate statement stating so or you need to file the Statement of Income and Means Test with the box in Part I, 1B, checked.

☐ Chapter 13 Debtor Statement of Current Monthly Income and Disposable Income **required to be filed within 15 days of the date of the filing of the bankruptcy petition** by Federal Rule of Bankruptcy Procedure 1007 and 11 USC Section 521(a)(1).

☐ Chapter 11 Individual Debtor Statement of Current Monthly Income **required to be filed within 15 days of the date of the filing of the bankruptcy petition** by Federal Rule of Bankruptcy Procedure 1007 and 11 USC Section 521(a)(1).

☑ Declaration of Employer Payments in the attached form with all pay stubs received from any employer in the 60 days before the filing of the petition **required to be filed within 15 days of the date of the filing of the bankruptcy petition** by Local Bankruptcy Rule 1007–1 and Federal Rule of Bankruptcy Procedure 1007 and 11 USC Section 521(a)(1).

☐ Chapter 13 Plan **required to be filed within 15 days of the date of the filing of the bankruptcy petition** by Federal Rule of Bankruptcy Procedure 3015.

FAILURE TO FILE OR SUBMIT THE ABOVE CHECKED DOCUMENTS WITHIN THE TIME PERIODS STATED OR AS EXTENDED BY COURT ORDER SHALL RESULT IN THE DISMISSAL OF THIS CASE WITHOUT FURTHER NOTICE. IN AN INDIVIDUAL CHAPTER 7 OR CHAPTER 13 DISMISSED CASE, FAILURE TO FILE THE MISSING DOCUMENTS WITHIN 45 DAYS FROM THE DATE OF THE FILING OF YOUR BANKRUPTCY PETITION MAY RESULT IN THE COURT DENYING YOUR MOTION TO REINSTATE YOUR CASE

**Date: September 4, 2009**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**Brian D. Karth**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

In re:
KATHERINE CHRISTENSEN
1134 W. GRAND CAYMEN DRIVE
GILBERT, AZ 85233
**SSAN:** xxx−xx−8933
**EIN:**

Chapter: 7

Case No.: 2:09−bk−21818−RTB

## Declaration of Evidence of Employers' Payments Within 60 Days

☐ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: $_____ .

Debtor declares the foregoing to be true and correct under penalty of perjury.

_____
  Signature of Debtor                                              Date

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

# CERTIFICATE OF NOTICE

```
District/off: 0970-2          User: rossp              Page 1 of 1              Date Rcvd: Sep 04, 2009
Case: 09-21818                Form ID: ntcdef          Total Noticed: 1

The following entities were noticed by first class mail on Sep 06, 2009.
db           +KATHERINE CHRISTENSEN,    1134 W. GRAND CAYMEN DRIVE,    GILBERT, AZ 85233-7523

The following entities were noticed by electronic transmission.
NONE.                                                                                      TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 06, 2009**                       Signature:       *Joseph Speetjens*