RECEIVED
2009 SEP -4 PM 2: 24
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

09-21818

Certificate Number: 01267-AZ-CC-007786556

# CERTIFICATE OF COUNSELING

I CERTIFY that on July 24, 2009, at 3:09 o'clock AM CDT,

Katherine Christensen received from

Money Management International, Inc.,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

District of Arizona, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.

Date: July 24, 2009

By /s/Jill Turban

Name Jill Turban

Title Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).