09-21818

# CREDITOR'S LIST
## KATHERINE CHRISTENSEN
### SEPTEMBER 4, 2009

KATHERINE CHRISTENSEN
1134 WEST GRAND CAYMEN DRIVE
GILBERT, ARIZONA 85233

UNITED ASSET MANAGEMENT TRUST COMPANY
ATTN: Stephen Gray ADMINISTRATIVE ASSISTANT TO BOARD
848 NORTH RAINBOW BLVD. #1267
LAS VEGAS, NEVADA 89107

AMERICAN FINANCIAL SERVICES TRUST
Attn: DUTY OFFICER
PO BOX 27413
TEMPE ARIZONA 85285

AURORA LOAN SERVICES LLC
1000 N. WEST STREET STE. 200
WILMINGTON, DELAWARE 19801

JOHN SKOBA CFO his successors and assigns
c/o AURORA LOAN SERVICES LLC
1000 N. WEST STREET STE. 200
WILMINGTON, DELAWARE 19801

GRANT WHITESIDE CEO his successors and assigns
c/o AURORA LOAN SERVICES LLC
10350 PARK MEADOWS DRIVE
LITTLETON, COLORADO 80124

MCCARTHY HOLTHUS LEVINE LLP
3636 NORTH CENRAL AVENUE, SUITE 1050
PHOENIX, ARIZONA 85012

MATTHEW A. SILVERMAN, Esq 007202
c/o MCCARTHY HOLTHUS LEVINE LLP
3636 NORTH CENRAL AVENUE, SUITE 1050
PHOENIX, ARIZONA 85012

PAUL M. LEVINE Esq 018919
c/o MCCARTHY HOLTHUS LEVINE LLP
3636 NORTH CENRAL AVENUE, SUITE 1050
PHOENIX, ARIZONA 85012

Case 2:09-bk-21818-RTB    Doc 11    Filed 09/04/09    Entered 09/09/09 14:13:52    Desc
Main Document    Page 1 of 7

09/08/2009

SMITH & CRAVEN PLLC
4045 EAST UNION HILLS DRIVE BUILDING B, SUITE 112
PHOENIX, ARIZONA 85050

Gary Michael Smith BAR#016307
c/o SMITH & CRAVEN PLLC
4045 EAST UNION HILLS DRIVE
BUILDING B, SUITE 112
PHOENIX, ARIZONA 85050

D. Jeffrey Craven
c/o SMITH & CRAVEN PLLC
4045 EAST UNION HILLS DRIVE
BUILDING B, SUITE 112
PHOENIX, ARIZONA 85050

CARSON MESSINGER ELLIOTT LAUGHLIN & RAGAN PLLC
3300 NORTH CENTRAL AVENUE STE 1900
PHOENIX, ARIZONA 85012

Robert P. Lindfors
c/o CARSON MESSINGER ELLIOTT LAUGHLIN & RAGAN PLLC
3300 NORTH CENTRAL AVENUE STE 1900
PHOENIX, ARIZONA 85012

CAL-WESTERN RECONVEYANCE
525 EAST MAIN STREET
EL CAJON, CALIFORNIA 92020

Susan Smothers
c/o CAL-WESTERN RECONVEYANCE
525 EAST MAIN STREET
EL CAJON, CALIFORNIA 92020

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.
3300 SW 34TH AVENUE SUITE 101
OCALA, FLORIDA 34474

QUALITY LOAN SERVICE CORPORATION
2141 5TH AVENUE
SAN DIEGO, CALIFORNIA 92101

Jim Montes V.P.
c/o QUALITY LOAN SERVICE CORPORATION
2141 5TH AVENUE
SAN DIEGO, CALIFORNIA 92101

Jim Montes V.P.
c/o MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.
3300 SW 34TH AVENUE SUITE 101
OCALA, FLORIDA 34474

GREEN RIVER CAPITAL
LC2691 S. DECKER LAKE LANE
WEST VALLEY, UTAH 84119

Mark Santiago
c/o GREEN RIVER CAPITAL
LC2691 S. DECKER LAKE LANE
WEST VALLEY, UTAH 84119

VISIONARY PROPERTIES
633 E. RAY ROAD #118
GILBERT, ARIZONA 85296

Jason K. Rodgers
c/o VISIONARY PROPERTIES
633 E. RAY ROAD #118
GILBERT, ARIZONA 85296

Willam J. Doyle
c/o VISIONARY PROPERTIES
633 E. RAY ROAD #118
GILBERT, ARIZONA 85296

CHARTER FUNDING
16880 OLD SURVEY ROAD
ESCONDIDO, CALIFORNIA 92025

BANK OF AMERICA
100 NORTH TRYON STREET
CHARLOTTE, NORTH CAROLINA 28202

CHEVY CHASE BANK FSB
7926 JONES BRANCH DRIVE
MCLEAN, VIRGINIA 22101

JP MORGAN CHASE & CO.
270 PARK AVENUE
NEW YORK, NEW YORK 10017

CT CORPORATION
2394 E. CAMELBACK RD.
PHOENIX, ARIZONA 85016

NATIONAL CITY BANK
1900 EAST NINTH STREET LOCATOR 2101
CLEVELAND, OHIO 44114

FIRST MAGNUS FINANCIAL
603 N. WILMOT ROAD
TUCSON, ARIZONA

COUNTRYWIDE BANK
4500 PARK GRANADA
CALABASAS, CALIFORNIA 91302

HOMECOMINGS/GMAC FINANCIAL
200 RENAISSANCE CENTER
DETROIT, MICHIGAN 48265

CHASE
270 PARK AVENUE FLOOR 12
NEW YORK, NEW YORK 10017

DISCOVER FINANCIAL
2500 LAKE COOK ROAD
RIVERWOODS, ILLINOIS 60015

MANN BRACKEN LLP
702 KING FARM BLVD.
ROCKVILLE, MARYLAND 20850

MANN BRACKEN/AXIANT LLC
ONE PACES WEST, 14TH FLOOR
2727 PACES FERRY ROAD #1400
ATLANTA, GEORGIA 30339

CLAYTON DAVIS MOSELEY
c/o MANN BRACKEN/AXIANT LLC
ONE PACES WEST, 14TH FLOOR
2727 PACES FERRY ROAD #1400
ATLANTA, GEORGIA 30339

William Christopher Bracken, II
c/o MANN BRACKEN/AXIANT LLC
ONE PACES WEST, 14TH FLOOR
2727 PACES FERRY ROAD #1400
ATLANTA, GEORGIA 30339

M. Douglas Mann
c/o MANN BRACKEN/AXIANT LLC
ONE PACES WEST, 14TH FLOOR
2727 PACES FERRY ROAD #1400
ATLANTA, GEORGIA 30339

CITIBANK
399 PARK AVENUE
NEW YORK, NEW YORK 10022

SEIDBERG LAW OFFICES PC
2412 EAST CAMPBELL AVENUE
P.O. BOX 7290
PHOENIX, ARIZONA 85011

Kenneth W. Seidberg
c/o SEIDBERG LAW OFFICES PC
2412 EAST CAMPBELL AVENUE
P.O. BOX 7290
PHOENIX, ARIZONA 85011

Joseph L. Whipple
c/o SEIDBERG LAW OFFICES PC
2412 EAST CAMPBELL AVENUE
P.O. BOX 7290
PHOENIX, ARIZONA 85011

ALLIED INTERSTATE INC.
435 FORD ROAD STE. 800
MINNEAPOLIS, MINNESOTA

Michael Kendall, Senior V.P., his successors and assigns
c/o ALLIED INTERSTATE INC.
435 FORD ROAD STE. 800
MINNEAPOLIS, MINNESOTA

INTELLIRISK MANAGEMENT CORPORATION
100 PARK AVENUE, 9TH FLOOR
NEW YORK, NEW YORK 10017

Greg Harmer, his successors and assigns
c/o INTELLIRISK MANAGEMENT CORPORATION
100 PARK AVENUE, 9TH FLOOR
NEW YORK, NEW YORK 10017

DIRECT TV
2230 EAST IMPERIAL HIGHWAY
EL SEGUNDO, CALIFORNIA 90245

NATIONAL ACTION FINANCIAL
165 LAWRENCE BELL DRIVE SUITE 100
WILLIAMSVILLE, NEW YORK 14221

CLIENTLOGIC CORPORATION
TWO AMERICAN CENTER
3102 WEST END AVENUE SUITE 900
NASHVILLE, TENNESSEE 37203

SITEL CORPORATION
TWO AMERICAN CENTER
3102 WEST END AVENUE SUITE 1000
NASHVILLE, TENNESSEE 37203

ONEX CORPORATION
161 BAY STREET
PO BOX 700
TORONTO, ONTARIO CANADA M5J 2S1

BLOCKBUSTER
1201 ELM STREET
DALLAS, TEXAS 75270

UNITED RECOVERY SYSTEMS INC.
5800 N. COURSE DRIVE
HOUSTON, TEXAS 77072

CLIENT SERVICES
3451 HARRY TRUMAN BLVD
ST CHARLES, MO 63301

FIA CARD SERVICES
1100 KING STREET
WILMINGTON, DELAWARE 19884

CAPITAL ONE N.A.
1680 CAPITAL ONE DRIVE
MCLEAN, VIRGINIA 22102

**POLK, PROBER & RAPHAEL, A LAW CORPORATION, et al.**
DEAN R. PROBER, ESQUIRE, # 106207, LEE S RAPHAEL, ESQUIRE, # 180030
CASANDRA J. RICHEY, ESQUIRE, #155721, DAVID F. MAKKABI, ESQUIRE, # 249825
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364


MARICOPA COUNTY RECORDER'S OFFICE
Phoenix, Arizona

MARICOPA COUNTY
Phoenix, Arizona

INTERNAL REVENUE SERVICE

ARIZONA STATE