B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)    Case Number **2:09−bk−21818−RTB**

| UNITED STATES BANKRUPTCY COURT District of Arizona |
|---|

# Notice of
# Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 9/4/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
KATHERINE CHRISTENSEN
1134 W. GRAND CAYMEN DRIVE
GILBERT, AZ 85233

| Case Number: | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos: |
|---|---|
| 2:09−bk−21818−RTB | xxx−xx−8933 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| KATHERINE CHRISTENSEN | DAVID A. BIRDSELL |
| 1134 W. GRAND CAYMEN DRIVE | 216 N. CENTER |
| GILBERT, AZ 85233 | MESA, AZ 85201 |
| Telephone number: | Telephone number: 480−644−1080 |

## Meeting of Creditors
Date: **October 7, 2009**    Time: **03:00 PM**
Location: **US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 12/7/09**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| U.S. Bankruptcy Court, Arizona | Clerk of the Bankruptcy Court: |
| 230 North First Avenue, Suite 101 | Brian D. Karth |
| Phoenix, AZ 85003−1727 | |
| Telephone number: (602) 682−4000 | |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: 9/10/09 |

| | EXPLANATIONS | B9A (Official Form 9A) (12/07) |
|---|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. | |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. | |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. | |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. | |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. | |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. | |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. | |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. | |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. | |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. | |
| Administrative Expenses in a Converted Case | If this case converted to a Chapter 7, a request for payment of an administrative expense, incurred before conversion, under 11 USC §503(a) must be filed within 90 days after the date set for the meeting of creditors. A governmental unit must file such a request within 180 days after the date of the conversion. | |
| Dismissal of Case | This case shall be dismissed if the debtor(s) fail to appear at the meeting of creditors or fail to timely file all required schedules and statements. | |

**All individual debtors must provide photo identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed.**

Refer to Other Side for Important Deadlines and Notices

# CERTIFICATE OF NOTICE

```
District/off: 0970-2           User: medinad              Page 1 of 2            Date Rcvd: Sep 11, 2009
Case: 09-21818                 Form ID: b9a               Total Noticed: 64
```

The following entities were noticed by first class mail on Sep 13, 2009.
```
db         +KATHERINE CHRISTENSEN,    1134 W. GRAND CAYMEN DRIVE,    GILBERT, AZ 85233-7523
tr         +DAVID A. BIRDSELL,    216 N. CENTER,    MESA, AZ 85201-6629
8442437    +ALLIED INTERSTATE INC.,    435 FORD ROAD STE. 800,    MINNEAPOLIS, MINNESOTA 55426-1096
8442394    +AMERICAN FINANCIAL SERVICES TRUST,    ATTn:DUTY OFFICER,    P0 BOX 27413,
             TEMPE ARIZONA 85285-7413
8442395    +AURORA LOAN SERVICES LLC,    1000 N. WEST STREET STE 200,    WILMINGTON, DELAWARE 19801-1052
8442418    +BANK OF AMERICA,    100 NORTH TRYON STREET,    CHARLO1TE, NORTH CAROLINA 28202-4000
8442446    +BLOCKBUSTER,    1201 ELM STREET,    DALLAS,TEXAS 75270-2187
8442406    +CAL-WESTERN RECONVEYANCE,    525 EAST MAIN STREET,    EL CAJON, CALIFORNIA 92020-4007
8442450    +CAPITAL ONE NA,    1680 CAPITAL ONE DRIVE,    MCLEAN, VIRGINIA 22102-3407
8442404    +CARSON MESSINGER ELLIO1T LAUGHLIN & RAGAN PLLC,    3300 NORTH CENTRAL AVENUE STE 1900,
             PHOENIX, ARIZONA 85012-2515
8442417    +CHARTER FUNDING,    16880 OLD SURVEY ROAD,    ESCONDIDO, CALIFORNIA 92025-3601
8442426    +CHASE,    270 PARK AVENUE FLOOR 12,    NEW YORK, NEW YORK 10017-2036
8442419    +CHEVY CHASE BANK FSB,    7926 JONES BRANCH DRIVE,    MCLEAN, VIRGINIA 22102-3303
8442433    +CITIBANK,    399 PARK AVENUE,    NEW YORK NEW YORK 10022-4699
8442430    +CLAYTON DAVIS MOSELEY,    C/O MANN BRACKEN/AXIANT LLC,    ONE PACES WEST, 14TH FLOOR,
             2727 PACES FERRY ROAD #1400,    ATLANTA, GEORGiA 30339-4053
8442448    +CLIENT SERVICES,    3451 HARRY TRUMAN BLVD,    ST CHARLES, MO 63301-9816
8442443    +CLIENTLOGIC CORPORATION,    TWO AMERICAN CENTER,    3102 WEST END AVENUE SUITE 900,
             NASHVILLE, TENNESSEE 37203-1341
8442424    +COUNTRYWIDE BANK,    4500 PARK GRANADA,    CALABASAS, CALIFORNIA 91302-1613
8442421    +CT CORPORATION,    2394 E. CAMELBACK RD.,    PHOENIX, ARIZONA 85016-3429
8442403    +D. Jeffrey Craven,    C/O SMITH & CRAVEN PLLC,    4045 EAST UNION HILLS DRIVE,
             BUILDING B, SUITE 112,    PHOENIX, ARIZONA 85050-3386
8442441    +DIRECT TV,    2230 EAST IMPERIAL HIGHWAY6.,    EL SEGUNDO, CALIFORNIA 90245-3501
8442449    +FIA CARD SERVICES,    1100 KING STREET,    WILMINGTON, DELAWARE 19884-0011
8442423    +FIRST MAGNUS FINANCIAL,    603 N. WILMOT ROAD,    TUCSON, ARIZONA 85711-2701
8442397    +GRANT WHITESIDE CEO his successors and assigns,    C/O AURORA LOAN SERVICES LLC,
             10350 PARK MEADOWS DRIVE,    LITITLETON, COLORADO 80124-6800
8442412     GREEN RIVER CAPITAL,    LC2691 S. DECKER LAKE LANE,    WEST VALLEY, UTAH 84119
8442402    +Gary Michael Smith BAR5016307,    c/c SMITH & CRAVEN PLLC,    4045 EAST UNION HILLS DRIVE,
             BUILDING B, SUITE 112,    PHOENIX, ARIZONA 85050-3386
8442440     Greg Hanner, his successors and assigns,    C/O INTELLIRISK MANAGEMENT CORPORATION,
             1O0 PARK AVENUE, 9TH FLOOR,    NEW YORK,NEW YORK 10017
8442425    +HOMECOMINGS/GMAC FINANCIAL,    200 RENAISSANCE CENTER,    DETROIT, MICHIGAN 48265-0001
8442439    +INTELLIRISK MANAGEMENT CORPORATION,    100 PARK AVENUE, 9TH FLOOR,    NEW YORK,NEW YORK 10017-5596
8442396    +JOHN SKOBA CFO his successors and assigns,    C/O AURORA LOAN SERVICES LLC,
             1000 N. WEST STREET STE. 200,    WILMINGTON, DELAWARE 19801-1052
8442415    +Jason K. Rodgers,    c/o VISIONARY PROPERTIES,    633 E. RAY ROAD #118,
             GILBERT. ARIZONA 85296-4205
8442411    +Jim Montes V.P.,    C/O MORTGAGE ELECTRONIC REGISTRATION SYS,    3300 SW 34TH AVENUE SUITE 101,
             OCALA, FLORIDA 34474-4438
8442410    +Jim Montes V.P.,    C/O QUALITY LOAN SERVICE CORPORATION,    2141 5TH AVENUE,
             SAN DIEGO, CALIFORNIA 92101-2101
8442436    +Joseph L. Whipple,    C/O SEIDBERG LAW OFFICES PC,    2412 EAST CAMPBELL AVENUE,    P.O. BOX 7290,
             PHOENIX, ARIZONA 85011-7290
8442435    +Kenneth W. Seidberg,    C/O SEIDBERG LAW OFFICES PC,    2412 EAST CAMPBELL AVENUE,    P.O. BOX 7290,
             PHOENIX,ARIZONA 85011-7290
8442432    +M. Douglas Mann,    C/O MANN BRACICEN/AX1ANT LLC,    ONE PACES WEST, 14TH FLOOR,
             2727 PACES FERRY ROAD #1400,    ATLANTA GEORGIA 30339-4053
8442428    +MANN BRACKEN LLP,    702 KING FARM BLVD.,    ROCKVILLE, MARYLAND 20850-5775
8442429    +MANN BRACKEN/AXIANT LLC,    ONE PACES WEST, 14TH FLOOR,    2727 PACES FERRY ROAD #1400,
             ATLANTA, GEORGIA 30339-4053
8442453     MARICOPA COUNTY,    PHOENIX, AZ
8442452     MARICOPA COUNTY RECORDER'S OFFICE,    PHOENIX, AZ
8442399    +MATTHEW A SILVERMAN, Esq 007202,    C/O MCCARTHY HOLTHUS LEVINE LLP,
             3636 NORTH CENTRAL AVENUE, SUITE 1050,    PHOENIX ARIZONA 85012-1960
8442398    +MCCARTHY HOLThUS LEVINE LLP,    3636 NORTH CENRAL AVENUE SUITE 1050,    PHOENIX, ARIZONA 85012-1960
8442408    +MORTGAGE ELECTRON1C REGISTRATION SYSTEMS INC.,    3300 SW 34TH AVENUE SUITE 101,
             OCALA, FLORIDA 34474-4438
8442413     Mark Sanuago,    c/o GREEN RIVER CAPITAL,    LC2691 S. DECKER LAKE LANE,    WEST VALLEY, UTAH 84119
8442438    +Michael Kendall, Senior V.P., his successors and a,    C/O ALLIED INTERSTATE INC.,
             435 FORD ROAD STE. 800,    MINNEAPOLIS, MINNESOTA 55426-1066
8442442    +NATIONAL ACTION FINANCIAL,    165 LAWRENCE BELL DRIVE STE 1O0,    WILLIAMSVILLE NEW YORK 14221-7900
8442422    +NATIONAL CITY BANK,    1900 EAST NINTH STREET LOCATOR 2101,    CLEVELAND, OHIO 44114-3484
8442445     ONEX CORPORATION,    161 BAY STREET,    P0 BOX 700,    TORONTO, ONTARIO CANADA M5J 251
8442400     PAUL M. LEVINE Esq 018919,    C/O MCCARTHY HOLTHUS LEVINE LLP,
             3636 NORTH CENRALAVENUE, SUITE 1050,    PHOENIX, ARIZONA S50I2
8442451    +POLK,PROBER & RAPHAEL,    DEAN R PROBER, ESQUIRE,    CASANDRA J RICHEY , ESQUIRE,
             20750 VENTURA BLVD STE 100,    WOODLAND HILLS, CA 91364-6207
8442409    +QUALITY LOAN SERVICE CORPORATION,    2141 5TH AVENUE,    SAN DIEGO, CALIFORNIA 92101-2101
8442405    +Robert P. LINDFORS,    c/a CARSON MESSINGER ELLIOIT LAUGHLIN &,
             3300 NORTH CENTRAL AVENUE STE 1900,    PHOENIX, ARIZONA 85012-2515
8442434    +SEIDBERG LAW OFFICES PC,    2412 EAST CAMPBELL AVENUE,    P.O. BOX 7290,
             PHOENIX,ARIZONA 85011-7290
8442444    +SITEL CORPORATION,    TWO AMERICAN CENTER,    3102 WEST END AVENUE SUITE 1000,
             NASHVILLE, TENNESSEE 37203-1324
8442401    +SMITH & CRAVEN PLLC,    4045 EAST UNION HILLS DR BLDG B STE 112,    PHOENIX, ARIZONA 85050-3386
8442407    +Susan Smothers,    C/O CAL-WESTERN RECONVEYANCE,    525 EAST MAIN STREET,
             EL CAJON, CALIFORNIA 92020-4007
8442393    +UNITED ASSET MANAGEMENT TRUST COMPANY,    ATTN:Stephen Gray ADMINISTRATIVE ASSIST,
             848 NORTH RAINBOW BLVD #1267,    LAS VEGAS, NEVADA 89107-1103
```

```
8442447     +UNITED RECOVERY SYSTEMS INC.,    5800 N. COURSE DRIVE,    HOUSTON, TEXAS 77072-1613
8442414     +VISIONARY PROPERTIES,    633 E. RAY ROAD #118,    GILBERT, ARIZONA 85296-4205
8442416     +WiLLIAM J. DOyle,    C/O VISIONARY PROPERTIES,    633 E. RAY ROAD #118,
             GILBERT, ARIZONA 85296-4205
8442431     +William Christopher Bracken, II,    C/O MANN BRACKEN/AXIANT LLC,    ONE PACES WEST, 14TH FLOOR,
             2727 PACES FERRY ROAD #1400,    ATLANTA, GEORGIA 30339-4053
The following entities were noticed by electronic transmission on Sep 11, 2009.
smg          EDI: AZDEPREV.COM Sep 11 2009 19:04:00      AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
             1600 W. MONROE, 7TH FL.,    PHOENIX, AZ  85007-2650
8442418     +EDI: BANKAMER2.COM Sep 11 2009 19:03:00      BANK OF AMERICA,    100 NORTH TRYON STREET,
             CHARLO1TE, NORTH CAROLINA 28202-4000
8442427     +EDI: DISCOVER.COM Sep 11 2009 19:05:00      DISCOVER FINANCIAL,    2500 LAKE COOK ROAD,
             RIVERWOODS, ILLINOIS 60015-1838
8442449     +EDI: BANKAMER2.COM Sep 11 2009 19:03:00      FIA CARD SERVICES,    1100 KING STREET,
             WILMINGTON, DELAWARE 19884-0011
8442420     +EDI: CHASE.COM Sep 11 2009 19:03:00      JP MORGAN CHASE & CO.,    270 PARK AVENUE,
             NEW YORK.NEW YORK 10017-2014
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8442455      ARIZONA STATE
8442454      INTERNAL REVENUE SERVICE
                                                                                              TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 13, 2009**                      **Signature:**     *Joseph Speetjens*