09-21818

SUN-35508 0970-2 b9a 09-21818
United States Bankruptcy Court
District of Arizona
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003-1727

**OFFICIAL BUSINESS**
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

000384 METER-USA    6328-0-384

MARICOPA COUNTY RECORDER'S OFFICE
PHOENIX, AZ

85000/3333



FIRST CLASS

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
G-18

02 1M
0004230827
MAILED FROM ZIP CODE 21788
SEP 13 2009
$ 00.440

FIRST-CLASS MAIL