09-21818

OFFICIAL BUSINESS
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

SUN-35508 0970-2 b9a 09-21818
District of Arizona
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003-1727

000579 METER-USA  6328-0-579

MARICOPA COUNTY
PHOENIX, AZ

85000/3933

Insufficient Address

FIRST CLASS

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
G-18

02 1M
0004230827
MAILED FROM ZIP CODE 21788
SEP 13 2009
$00.44

FIRST-CLASS MAIL