Katherine Christensen
Real Party in Interest Under Injury
c/o 1134 West Grand Caymen Drive
Gilbert, Arizona 85233
(480) 813-3885
Without Representation

FILED
2009 OCT -6 AM 9: 19
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

In re:

KATHERINE CHRISTENSEN

DEBTOR without representation

) CASE NO. 09-21818
) EMERGENCY
) MOTION FOR CONVERSION
) FROM CHAPTER 7 TO
) CHAPTER 13
)
)

Debtor KATHERINE CHRISTENSEN, ("Katherine") respectfully submits this motion for conversion of her Bankruptcy from Chapter 7 to Chapter 13. Pursuant to 11 USC § 706A I am exercising my non-discretionary right to convert from Chapter 7 to Chapter 13 which will allow me to reorganize.

DATED: October 6, 2009

Katherine Christensen