# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:   Case No.: 2:09–bk–21818–RTB

KATHERINE CHRISTENSEN   Chapter: 7
1134 W. GRAND CAYMEN DRIVE
GILBERT, AZ 85233
**SSAN:** xxx–xx–8933
**EIN:**

Debtor(s)

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that:

A hearing in the above−entitled cause will be held at the U.S. Bankruptcy Court, 230 N. First Avenue, 7th Floor, Courtroom 703, Phoenix, AZ before the Honorable Redfield T. Baum Sr. on 10/14/09 at 09:00 AM to consider and act upon the following matter:

EXPEDITED HEARING ON DEBTOR'S MOTION TO CONVERT CASE TO CHAPTER 13

Any further pleadings must be in writing, filed with the Clerk of the Bankruptcy Court at least one week prior to the hearing.

**Date: October 6, 2009**

**Address of the Bankruptcy Clerk's Office:**   Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101   **Brian D. Karth**
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Oct 08, 2009.

```
8442437     +ALLIED INTERSTATE INC.,    435 FORD ROAD STE. 800,    MINNEAPOLIS, MINNESOTA 55426-1096
8442394     +AMERICAN FINANCIAL SERVICES TRUST,    ATTn:DUTY OFFICER,    P0 BOX 27413,
              TEMPE ARIZONA 85285-7413
8442395     +AURORA LOAN SERVICES LLC,    1000 N. WEST STREET STE 200,    WILMINGTON, DELAWARE 19801-1052
8442418     +BANK OF AMERICA,    100 NORTH TRYON STREET,    CHARLO1TE, NORTH CAROLINA 28202-4000
8442446     +BLOCKBUSTER,    1201 ELM STREET,    DALLAS,TEXAS 75270-2187
8442406     +CAL-WESTERN RECONVEYANCE,    525 EAST MAIN STREET,    EL CAJON, CALIFORNIA 92020-4007
8442450     +CAPITAL ONE NA,    1680 CAPITAL ONE DRIVE,    MCLEAN, VIRGINIA 22102-3407
8442404     +CARSON MESSINGER ELLIO1T LAUGHLIN & RAGAN PLLC,    3300 NORTH CENTRAL AVENUE STE 1900,
              PHOENIX, ARIZONA 85012-2515
8442417     +CHARTER FUNDING,    16880 OLD SURVEY ROAD,    ESCONDIDO, CALIFORNIA 92025-3601
8442426     +CHASE,    270 PARK AVENUE FLOOR 12,    NEW YORK, NEW YORK 10017-2036
8442419     +CHEVY CHASE BANK FSB,    7926 JONES BRANCH DRIVE,    MCLEAN, VIRGINIA 22102-3303
8442433     +CITIBANK,    399 PARK AVENUE,    NEW YORK NEW YORK 10022-4699
8442430     +CLAYTON DAVIS MOSELEY,    C/O MANN BRACKEN/AXIANT LLC,    ONE PACES WEST, 14TH FLOOR,
              2727 PACES FERRY ROAD #1400,    ATLANTA, GEORGiA 30339-4053
8442448     +CLIENT SERVICES,    3451 HARRY TRUMAN BLVD,    ST CHARLES, MO 63301-9816
8442443     +CLIENTLOGIC CORPORATION,    TWO AMERICAN CENTER,    3102 WEST END AVENUE SUITE 900,
              NASHVILLE, TENNESSEE 37203-1341
8442424     +COUNTRYWIDE BANK,    4500 PARK GRANADA,    CALABASAS, CALIFORNIA 91302-1613
8442421     +CT CORPORATION,    2394 E. CAMELBACK RD.,    PHOENIX, ARIZONA 85016-3429
8442403     +D. Jeffrey Craven,    C/O SMITH & CRAVEN PLLC,    4045 EAST UNION HILLS DRIVE,
              BUILDING B, SUITE 112,    PHOENIX, ARIZONA 85050-3386
8442441     +DIRECT TV,    2230 EAST IMPERIAL HIGHWAY6.,    EL SEGUNDO, CALIFORNIA 90245-3501
8442449     +FIA CARD SERVICES,    1100 KING STREET,    WILMINGTON, DELAWARE 19884-0011
8442423     +FIRST MAGNUS FINANCIAL,    603 N. WILMOT ROAD,    TUCSON, ARIZONA 85711-2701
8442397     +GRANT WHITESIDE CEO his successors and assigns,    C/O AURORA LOAN SERVICES LLC,
              10350 PARK MEADOWS DRIVE,    LITITLETON, COLORADO 80124-6800
8442412      GREEN RIVER CAPITAL,    LC2691 S. DECKER LAKE LANE,    WEST VALLEY, UTAH 84119
8442402     +Gary Michael Smith BAR5016307,    c/c SMITH & CRAVEN PLLC,    4045 EAST UNION HILLS DRIVE,
              BUILDING B, SUITE 112,    PHOENIX, ARIZONA 85050-3386
8442440      Greg Hanner, his successors and assigns,    C/O INTELLIRISK MANAGEMENT CORPORATION,
              lO0 PARK AVENUE, 9TH FLOOR,    NEW YORK,NEW YORK 10017
8442425     +HOMECOMINGS/GMAC FINANCIAL,    200 RENAISSANCE CENTER,    DETROIT, MICHIGAN 48265-0001
8442439     +INTELLIRISK MANAGEMENT CORPORATION,    100 PARK AVENUE, 9TH FLOOR,    NEW YORK,NEW YORK 10017-5596
8442396     +JOHN SKOBA CFO his successors and assigns,    C/O AURORA LOAN SERVICES LLC,
              1000 N. WEST STREET STE. 200,    WILMINGTON, DELAWARE 19801-1052
8442420     +JP MORGAN CHASE & CO.,    270 PARK AVENUE,    NEW YORK.NEW YORK 10017-2014
8442415     +Jason K. Rodgers,    c/o VISIONARY PROPERTIES,    633 E. RAY ROAD #118,
              GILBERT. ARIZONA 85296-4205
8442411     +Jim Montes V.P.,    C/O MORTGAGE ELECTRONIC REGISTRATION SYS,    3300 SW 34TH AVENUE SUITE 101,
              OCALA, FLORIDA 34474-4438
8442410     +Jim Montes V.P.,    C/O QUALITY LOAN SERVICE CORPORATION,    2141 5TH AVENUE,
              SAN DIEGO, CALIFORNIA 92101-2101
8442436     +Joseph L. Whipple,    C/O SEIDBERG LAW OFFICES PC,    2412 EAST CAMPBELL AVENUE,    P.O. BOX 7290,
              PHOENIX, ARIZONA 85011-7290
8442435     +Kenneth W. Seidberg,    C/O SEIDBERG LAW OFFICES PC,    2412 EAST CAMPBELL AVENUE,    P.O. BOX 7290,
              PHOENIX,ARIZONA 85011-7290
8442432     +M. Douglas Mann,    C/O MANN BRACICEN/AX1ANT LLC,    ONE PACES WEST, 14TH FLOOR,
              2727 PACES FERRY ROAD #1400,    ATLANTA GEORGIA 30339-4053
8442428     +MANN BRACKEN LLP,    702 KING FARM BLVD.,    ROCKVILLE, MARYLAND 20850-5775
8442429     +MANN BRACKEN/AXIANT LLC,    ONE PACES WEST, 14TH FLOOR,    2727 PACES FERRY ROAD #1400,
              ATLANTA, GEORGIA 30339-4053
8442453      MARICOPA COUNTY,    PHOENIX, AZ
8442452      MARICOPA COUNTY RECORDER'S OFFICE,    PHOENIX, AZ
8442399     +MATTHEW A SILVERMAN, Esq 007202,    C/O MCCARTHY HOLTHUS LEVINE LLP,
              3636 NORTH CENRAL AVENUE, SUITE 1050,    PHOENIX ARIZONA 85012-1960
8442398     +MCCARTHY HOLThUS LEVINE LLP,    3636 NORTH CENRAL AVENUE SUITE 1050,    PHOENIX, ARIZONA 85012-1960
8442408     +MORTGAGE ELECTRON1C REGISTRATION SYSTEMS INC.,    3300 SW 34TH AVENUE SUITE 101,
              OCALA, FLORIDA 34474-4438
8442413      Mark Sanuago,    c/o GREEN RIVER CAPITAL,    LC2691 S. DECKER LAKE LANE,    WEST VALLEY, UTAH 84119
8442438     +Michael Kendall, Senior V.P., his successors and a,    C/O ALLIED INTERSTATE INC.,
              435 FORD ROAD STE. 800,    MINNEAPOLIS, MINNESOTA 55426-1066
8442442     +NATIONAL ACTION FINANCIAL,    165 LAWRENCE BELL DRIVE STE 1OO,    WILLIAMSVILLE NEW YORK 14221-7900
8442422     +NATIONAL CITY BANK,    1900 EAST NINTH STREET LOCATOR 2101,    CLEVELAND, OHIO 44114-3484
8442445      ONEX CORPORATION,    161 BAY STREET,    P0 BOX 700,    TORONTO, ONTARIO CANADA M5J 251
8442400      PAUL M. LEVINE Esq 018919,    C/O MCCARTHY HOLTHUS LEVINE LLP,
              3636 NORTH CENRALAVENUE, SUITE 1050,    PHOENIX, ARIZONA S50I2
8442451     +POLK,PROBER & RAPHAEL,    DEAN R PROBER, ESQUIRE,    CASANDRA J RICHEY , ESQUIRE,
              20750 VENTURA BLVD STE 100,    WOODLAND HILLS, CA 91364-6207
8442409     +QUALITY LOAN SERVICE CORPORATION,    2141 5TH AVENUE,    SAN DIEGO, CALIFORNIA 92101-2101
8442405     +Robert P. LINDFORS,    c/a CARSON MESSINGER ELLIOIT LAUGHLIN &,
              3300 NORTH CENTRAL AVENUE STE 1900,    PHOENIX, ARIZONA 85012-2515
8442434     +SEIDBERG LAW OFFICES PC,    2412 EAST CAMPBELL AVENUE,    P.O. BOX 7290,
              PHOENIX,ARIZONA 85011-7290
8442444     +SITEL CORPORATION,    TWO AMERICAN CENTER,    3102 WEST END AVENUE SUITE 1000,
              NASHVILLE, TENNESSEE 37203-1324
8442401     +SMITH & CRAVEN PLLC,    4045 EAST UNION HILLS DR BLDG B STE 112,    PHOENIX, ARIZONA 85050-3386
8442407     +Susan Smothers,    C/O CAL-WESTERN RECONVEYANCE,    525 EAST MAIN STREET,
              EL CAJON, CALIFORNIA 92020-4007
8442393     +UNITED ASSET MANAGEMENT TRUST COMPANY,    ATTN:Stephen Gray ADMINISTRATIVE ASSIST,
              848 NORTH RAINBOW BLVD #1267,    LAS VEGAS, NEVADA 89107-1103
8442447     +UNITED RECOVERY SYSTEMS INC.,    5800 N. COURSE DRIVE,    HOUSTON, TEXAS 77072-1613
```

```
8442414      +VISIONARY PROPERTIES,    633 E. RAY ROAD #118,    GILBERT, ARIZONA 85296-4205
8442416      +WiLLIAM J. DOyle,    C/O VISIONARY PROPERTIES,    633 E. RAY ROAD #118,
              GILBERT, ARIZONA 85296-4205
8442431      +William Christopher Bracken, II,    C/O MANN BRACKEN/AXIANT LLC,    ONE PACES WEST, 14TH FLOOR,
              2727 PACES FERRY ROAD #1400,    ATLANTA, GEORGIA 30339-4053
The following entities were noticed by electronic transmission on Oct 06, 2009.
8442427      +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 07 2009 03:51:12     DISCOVER FINANCIAL,
              2500 LAKE COOK ROAD,    RIVERWOODS, ILLINOIS 60015-1838
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8442455       ARIZONA STATE
8442454       INTERNAL REVENUE SERVICE
                                                                                          TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 08, 2009**                            **Signature:**     _Joseph Speetjens_