# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | KATHERINE CHRISTENSEN |
| **Case Number:** | 2:09-BK-21818-RTB  **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, OCTOBER 14, 2009 09:00 AM   7TH FLOOR #703 |
| **Bankruptcy Judge:** | REDFIELD T. BAUM |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS |

## *Matter:*

EXPEDITED HEARING ON DEBTOR'S MOTION TO CONVERT CASE TO CHAPTER 13

**R / M #:**   20 / 0

## *Appearances:*

KATHERINE CHRISTENSEN, APPEARS PRO SE

## *Proceedings:*

MS. CHRISTENSEN INFORMS THE COURT THAT SHE WOULD LIKE TO WITHDRAW THE MOTION.

THE COURT: SO NOTED.