**CT Corporation**   2394 East Camelback Road    602 277 4792 tel
Phoenix, AZ 85016    602 277 3116 fax
www.ctlegalsolutions.com

October 12, 2009

**FILED**

OCT 1 4 2009

David A. Birdsell
216 N. Center,
Mesa, AZ 85201

Re: Katherine Christensen, Debtor vs. CT Corporation System

**UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA**

Case No. 2:09-bk-21818-RTB

Dear Sir/Madam:

C T Corporation System received the enclosed Notice of Hearing.

Neither the document(s) nor the envelope indicates the name of the entity for which the document(s) is intended. Our company is agent for thousands of companies and cannot determine the party to which the document(s) is to be forwarded unless the document(s) is directed to a particular entity.

Accordingly, we are returning the document for further disposition.

Very truly yours,

Amelia Martinez
Sr. Process Specialist

Log# 515561080

FedEx Tracking# 799431485358

cc: U.S. Bankruptcy Court
    230 N. 1st Avenue, Suite 101,
    Phoenix, AZ 85003