Matthew A. Silverman (018919)
Jessica R. Kenney (026615)
**McCarthy ◆ Holthus ◆ Levine**
3636 North Central Avenue
Suite 1050
Phoenix, AZ 85012
(602) 230-8726

Attorneys for Movant,
Aurora Loan Services, LLC, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>Katherine Christensen,<br><br>　　　　Debtor.<br>_____<br>Aurora Loan Services, LLC, its assignees and/or successors,<br><br>　　　　Movant,<br><br>　v.<br><br>Katherine Christensen, Debtor; and David A. Birdsell, Chapter 7 Trustee,<br><br>　　　　Respondents.<br>_____ | In Proceedings Under<br><br>Chapter 7<br><br>Case No. 2:09-bk-21818-RTB<br><br>**NOTICE OF FILING MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. § 362 (UNLAWFUL DETAINER)** |

**NOTICE IS GIVEN** that the above Movant has filed a Motion Requesting Relief From the Automatic Stay under 11 U.S.C. § 362 (Unlawful Detainer), details of which are as follows:

1     Movant has requested termination of the stay in that Debtors are in default on a Lien
2 secured by the real property described as follows: 1134 West Grand Caymen Drive, Gilbert, AZ
3 85233.

DATED: October 19, 2009                      Respectfully submitted,

                                                   **McCarthy ◆ Holthus ◆ Levine**

                                                   By: /s/ Matthew A Silverman
                                                   Matthew A Silverman, Esq.
                                                   3636 North Central Avenue
                                                   Suite 1050
                                                   Phoenix, AZ 85012
                                                   Attorneys for Movant

File No. AZ09-47019                      2                      Case No. 2:09-bk-21818-RTB
                                                                                         Notice of Filing UD Motion
Case 2:09-bk-21818-RTB    Doc 27    Filed 10/19/09    Entered 10/19/09 19:41:48    Desc
                                     Main Document     Page 2 of 3

| | |
|---|---|
| 1 | On 10/19/2009, I served the foregoing documents described as **NOTICE OF FILING** |
| 2 | **MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. § 362** |
| 3 | **(UNLAWFUL DETAINER)** on the following individuals by depositing true copies thereof in |
| 4 | the United States mail at San Diego, California, enclosed in a sealed envelope, with postage |
| 5 | paid, addressed as follows: |

COUNSEL FOR DEBTOR
Katherine Christensen
Pro Se

DEBTOR
Katherine Christensen
1134 West Grand Caymen Drive
Gilbert, AZ 85233

TRUSTEE
David A. Birdsell
216 N. Center
Mesa, AZ 85201

UNITED STATES TRUSTEE
Office of the U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ 85003-1706

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Hue Banh
Hue Banh