Katherine Christensen
Real Party in Interest Under Injury
c/o 1134 West Grand Caymen Drive
Gilbert, Arizona 85233
(480) 813-3885
Without Representation

FILED
2009 OCT 21 AM 11: 39
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| In re: | CASE NO. 09-21818-RTB |
| Katherine Christensen | CHAPTER 7 |
| Debtor, Real Party in Interest | |
| V. | OBJECTION TO REQUEST FOR LIFT OF STAY IN FORM OF QUO WARRANTO |
| AURORA LOAN SERVICES LLC, its assignees and/or successors | |
| Movant | TEMPORARY RESTRAINING ORDER, PRELIMINARY AND PERMANENT INJUNCTION |

Katherine Christensen ("Real Party in Interest" herein), respectfully submits this **OBJECTION** FOR A LIFT OF STAY IN THE FORM OF A QUO WARRANTO. Real Party in Interest requests that AURORA LOAN SERVICES LLC ("Movant" herein) provide proof of their authority to have initiated foreclosure proceedings on her home 1134 W. Grand Caymen Drive, Gilbert Arizona 85233 ("Property" herein). Pursuant to Arizona Revised Statutes, 33-401, 33-404, 33-411, 47-9502 and others, any claim of interest in any real property, must be in writing and such claims must be filed into the public record. Real Party in Interest has searched the public record. There is no evidence that First

Magnus Financial Corporation conveyed interest to any of the following entities; Charter Funding; or Countrywide; or Homecoming Financial LLC; or Aurora Loan Services LLC; or Quality Loan Service Financial Corporation. Without a recorded conveyance no interest in real property can be conveyed.

Starting as early as January 28, 2009, Real Party in Interest has made numerous Qualified Written Requests requests of Movant, their lawyers, representatives and/or assignees to determine who had any lawful interest in the Property. All requests were ignored and Movant began foreclosure proceedings.

Therefore, Real Party in Interest has now initiated a Forensic Audit and Currency Trace which will be completed in approximately twenty five (25) days. Preliminary findings of the Forensic Audit and Currency Trace clearly show a plethora of discrepancies, and errors, along with possible fraudulent misrepresentation, conspiracy, concealment, negligence, conversion, civil theft, consumer fraud, as well as other possible violations of numerous federal and state laws in the mortgage documents. Specifics of each of the above will be known upon completion of the Forensic Audit and Currency Trace and these details will be filed into the case at that time. The entire situation has caused the Real Party in Interest extreme emotional distress and has affected her physical health.

WHEREFORE Real Party in Interest prays for judgment as follows:

1. For an Order requesting Movant to show within thirty (30) days proof of standing to have initiated foreclosure proceedings on subject property. This proof must be in the form of a written document, properly recorded in the Maricopa County Recorder's Office.

2. That the Movant's motion for lift of stay be denied and the Real Party in Interest remain sheltered under the full protection of the bankruptcy court until such time as Movant can furnish the requested properly recorded conveyance of property and Discovery and Evidentiary Hearing are completed.

3. If Movant is unable to furnish the requested properly recorded conveyance of property within the requested thirty (30) days, then Movant be instructed to restore ownership and title of subject Property back to Real Party in Interest free and clear of encumbrances.

4. For a preliminary/permanent injunction against all Movants, their officers, agents, employees, attorneys and any person in actual concert with them or who are under their direction, are immediately and temporarily enjoined for the time period allowed under Rule 65, Ariz. R. Civ. P., from

a) Initiating eviction of Real Party in Interest from her Property

b) Transferring or otherwise disposing of the Property

5. The right to all lawful remedies against Movant for all violations of both federal and state laws and for damages actual, consequential, punitive, and compensatory, all costs, applicable interest, and other and further relief as this court deems just and necessary based upon findings of completed Discovery and Evidentiary Hearing.

DATED: October 21, 2009

*Katherine Christensen*
Katherine Christensen