1  FREDERICK C. THOMAS, 023844
   SMITH & CRAVEN, P.L.L.C.
2  4045 E. UNION HILLS DR., STE. B-112
   PHOENIX, ARIZONA 85050
3  VOICE: 480-222-2225
   FAX: 480-222-3197
   ATTORNEY FOR
4  CHEVY CHASE BANK NA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| In Re | Chapter 7 |
|---|---|
| | No. 2:09-bk-21818-RTB |
| Katherine Christensen, | **NOTICE OF FILING MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| Debtor. | |
| | Assigned to Hon. Redfield T. Baum |

NOTICE IS HEREBY GIVEN that the above Movant has filed a motion requesting relief from the automatic stay, the details of which are as follows: Movant asserts that is not adequately protected as it is not receiving monthly payments from debtor and is unfairly delayed from proceeding with its foreclosure of the subject property. Therefore, Movant is entitled to an Order Lifting Stay with respect to that debt.

FURTHER NOTICE IS HEREBY GIVEN that pursuant to Local Bankruptcy Rule 4001 if no objection is filed with the court and a copy served on Movant, whose address is:

> Chevy Chase Bank NA n.k.a Capitol One NA. c/o
> Frederick C. Thomas, Esq
> 4045 East Union Hills B-112
> Phoenix, Arizona 85050

WITHIN 15 DAYS of service of the motion, the motion for relief from the automatic stay may be granted without further hearing.

SMITH & CRAVEN, PLLC
4045 E. UNION HILLS DR.
BUILDING B, SUITE 112
PHOENIX, ARIZONA 85050
480-222-2225 VOICE
480-222-3197 FAX

In Re Christensen                                    1                    Notice of Motion for Relief
206.506

Case 2:09-bk-21818-RTB   Doc 31   Filed 11/16/09   Entered 11/16/09 15:27:02   Desc
                         Main Document    Page 1 of 3

SMITH & CRAVEN, PLLC
4045 E. UNION HILLS DR.
BUILDING B, SUITE 112
PHOENIX, ARIZONA 85050
480-222-2225 VOICE
480-222-3197 FAX

1  FINALLY, Movant's Counsel certifies that on 02 November 2009 Movant's counsel sent a letter to debtor in an attempt to resolve the issues necessitating the motion. Debtor responded stating she would object any motion seeking relief from the automatic stay. After sincere effort the parties have been unable to resolve the matter, and the letter was sent at least five (5) business days prior to the filing of the motion.

Respectfully submitted this 16th day of November 2009.

                                      SMITH & CRAVEN, P.L.L.C.

                                      By:\s\ Frederick C Thomas 023844
                                      Frederick C. Thomas, Esq.
                                      4045 E. Union Hills Drive
                                      Building B, Suite 112
                                      Phoenix, Arizona 85050
                                      Attorney for for Chevy Chase Bank

| | | |
|---|---|---|
| 1 | Original of the foregoing transmitted this 16th day of November 2009 to: | |
| 2 | US Bankruptcy Court<br>230 N. First Ave. Ste. 101<br>Phoenix, AZ 85003 | Delivered ☐<br>Faxed ☐<br>E-Filed ☒<br>Mailed ☐ |
| 4 | Copy of the foregoing transmitted this 16th day of November 2009 to: | |
| 5-6 | Hon. Redfield T. Baum<br>US Bankruptcy Court<br>230 N. First Ave. Ste. 101<br>Phoenix, AZ 85003 | Delivered ☒<br>Faxed ☐<br>E-Mailed ☐<br>Mailed ☐ |
| 7-8 | Katherine Christensen<br>1134 W. Grand Cayman Dr.<br>Gilbert, AZ 85233 | Delivered ☐<br>Faxed ☐<br>E-Mailed ☐<br>Mailed ☒ |
| 9-10 | Mr. David A. Birdsell<br>United States Trustee<br>216 N. Center<br>Mesa, AZ 85201  Email: dabtrustee@hotmail.com | Delivered ☐<br>Faxed ☐<br>E-Mailed ☒<br>Mailed ☐ |

By: \s\ Frederick C. Thomas

P:\DOCUMENTS\206 CHEVY CHASE BANK\506 CHRISTENSEN CH 7\PLEADINGS\506 NOTICE MFR 01.PLD.DOC

Smith & Craven, PLLC
4045 E. Union Hills Dr.
Building B, Suite 112
Phoenix, Arizona 85050
480-222-2225 VOICE
480-222-3197 FAX

In Re Christensen 3 Notice of Motion for Relief
Case 2:09-bk-21818-RTB   Doc 31   Filed 11/16/09   Entered 11/16/09 15:27:02   Desc
Main Document   Page 3 of 3