FREDERICK C. THOMAS, 023844
SMITH & CRAVEN, P.L.L.C.
4045 E. UNION HILLS DR., STE. B-112
PHOENIX, ARIZONA 85050
VOICE: 480-222-2225
FAX: 480-222-3197
ATTORNEY FOR
CHEVY CHASE BANK NA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In Re

Katherine Christensen,

    Debtor.

Chapter 7

No. 2:09-bk-21818-RTB

**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY**

Assigned to Hon. Redfield T. Baum

In conformity with A.R.Civ.P. Rules 80(i), Jana Gantt declares under penalty of perjury that the foregoing is true and correct:

1. My name is Jana Gantt, I am the Foreclosure/Bankruptcy Manager and duly authorized agent of Capital One, N.A. f/k/a Chevy Chase Bank, F.S.B. ("Chevy Chase Bank"), the movant in the above-captioned matter, and make this declaration upon my own knowledge and belief.

2. I am over the age of EIGHTEEN (18) and am competent to make this affidavit.

3. Chevy Chase Bank is the lawful noteholder of the promissory note and corresponding deed of trust recorded against the Debtor's real property located at 2074 Munsee Drive, Payson, Arizona 85547.

4. On or about 16 August 2006, the Debtor entered into a contract with First Magnus Financial Corporation. Pursuant to the terms, First Magnus

SMITH & CRAVEN, PLLC
4045 E. UNION HILLS DR.
BUILDING B, SUITE 112
PHOENIX, ARIZONA 85050
480-222-2225 VOICE
480-222-3197 FAX

In Re Christensen     1     Declaration
206.506

Case 2:09-bk-21818-RTB   Doc 32   Filed 11/16/09   Entered 11/16/09 15:34:53   Desc
Main Document     Page 1 of 3

loaned Debtor $285,500.00 for the purchase of the real property described above. Debtor agreed to make monthly payments commencing on 1 October 2006. The obligation is evidenced by a Note and Secured Deed of Trust.[1]

5. The deed of trust was timely and duly recorded and perfected in accordance with Arizona law as instrument document number 2006-014490 in the office of Gila County Recorder.

6. Based on our records, on 29 August 2006, First Magnus transferred, sold and assigned its rights under the note and deed of trust to Chevy Chase Bank. As such Chevy Chase Bank is the real party in interest.[2]

7. The outstanding principal amount of the note is $307,830.32, plus interest, costs and attorney's fees for collection.

8. The Debtor has failed to make monthly payments beginning with the month of September 1, 2008. Debtor has been in default for fourteen months.

9. As of November 6, 2009, the amount required to fully reinstate the Debtor's loan is

| | |
|---|---:|
| Unpaid Principal | $ 307,830.32 |
| *DELINQUENCIES:* | |
| Monthly Payments | $ 17,046.22 |
| Late Charges | $ 597.87 |
| Corporate Advance | $ 3,119.91 |
| Bankruptcy Attorney Fee: | $ 2,515.78 |
| Bankruptcy Filing Fee: | $ 125.00 |
| *Total Delinquencies:* | *$ 23,404.78* |
| **Total Amount Due to Secured Creditor** | **$ 331,235.10** |

---

[1] See Exhibit 1 a true and correct copy of the promissory note and Deed of Trust. [20090410246] & [chevychase-027]

[2] See Exhibit 2 Notice of Assignment, Sale or Transfer dated 29 Aug 2006. [200904E013]

SMITH & CRAVEN, PLLC
4045 E. UNION HILLS DR.
BUILDING B, SUITE 112
PHOENIX, ARIZONA 85050
480-222-2225 VOICE
480-222-3197 FAX

In Re Christensen 2 Declaration
206.506

Main Document    Page 2 of 3

10. Pursuant to the note Chevy Chase Bank has declared the entire unpaid balance of principal and accrued interest, plus all other amounts owed, to be immediately due and payable. As of November 6, 2009, the principal amount owing on the Note secured by the Deed of Trust is $307,830.32.

Executed this 13th Day of November 2009

Capital One, N.A.

By: *[signature]*

Its: Jana Gantt, Foreclosure/Bankruptcy Manager

SMITH & CRAVEN, PLLC
4045 E. UNION HILLS DR.
BUILDING B, SUITE 112
PHOENIX, ARIZONA 85050
480-222-2225 VOICE
480-222-3197 FAX

In Re Christensen
206.506

3

Declaration

Case 2:09-bk-21818-RTB    Doc 32    Filed 11/16/09    Entered 11/16/09 15:34:53    Desc
Main Document    Page 3 of 3