David A. Birdsell, Chapter 7 Trustee
216 N. Center
Mesa, Az. 85201
480-644-1080 / 480-644-1082 (fax)
dab@azbktrustee.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CHRISTENSEN, KATHERINE | ) | Case No. 09-21818-PHX RTB |
| | ) | |
| | ) | TRUSTEE'S MOTION TO DISMISS |
| | ) | CASE FOR DEBTOR(S) FAILURE |
| Debtor(s) | ) | TO COMPLY WITH TRUSTEE'S |
| | ) | REQUEST FOR TAX RETURNS |
| | ) | AND OTHER REQUESTED DOCUMENTS |

DAVID A. BIRDSELL, Chapter 7 Trustee, for the estate of the above named debtor(s), hereby moves this Court for an Order Dismissing this Case for the Debtor's Failure to Comply with the Trustee's Request for Required Tax Returns and Other Requested Documents.

The Trustee sent a letter to the Debtor(s) on September 9, 2009 and reminded the Debtor at the Continued 341 hearing held on October 27, 2009 for the following requested Documents:

1) **Complete copies of the Debtor(s) 2008, 2007 & 2006 federal and state income tax returns**

2) **Copies of the Debtor(s) motor and/or recreational vehicle titles.**

3) **Copies of the Debtor(s) last six months bank statements (statement covering the filing date and the two (5) previous months bank statements)**

4) **Copies of the Debtor(s) divorce decrees (if applicable)**

5) **Copies of the Debtor(s) last six months of pay stubs (covering the filing date and the pay stub proceeding the filing date of the bankruptcy)**

6) **Completed questionnaire form sent to the debtor on September 9, 2009**

The Trustee has requested this information from the Debtor(s) to properly review this case and to determine if the debtors are indeed entitled to a bankruptcy discharge. The information is also necessary in the Trustee's review of the Debtor's financial affairs for possible non-exempt assets. The Trustee requests this information from each debtor of each case he administrates. Almost every Debtor typically responds to the Trustee's request by providing the information listed above. The Debtor(s) listed above have deliberately chosen to disregard the Trustee's request.

Therefore, Trustee requests that the Court dismiss this case for the reasons stated above and for good cause appearing.

| November 24, 2009 | /s/ David A. Birdsell |
|---|---|
| Date | DAVID A. BIRDSELL, Chapter 7 Trustee |

```
Copies of this Motion were mailed this same day
to the Debtor(s) and the Debtor(s)' Attorney (if applicable)
by    /s/    David A. Birdsell, Chapter 7 Trustee
```