David A. Birdsell, Chapter 7 Trustee
216 N. Center
Mesa, Az. 85201
480-644-1080 / 480-644-1082 (fax)
dab@azbktrustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CHRISTENSEN, KATHERINE | ) | Case No. 09-21818-PHX RTB |
| | ) | |
| | ) | NOTICE OF HEARING ON |
| | ) | TRUSTEE'S MOTION TO DISMISS |
| Debtor(s) | ) | CASE FOR DEBTOR(S) FAILURE |
| | ) | TO COMPLY WITH THE TRUSTEE'S |
| | | REQUEST FOR REQUIRED TAX |
| | | RETURNS AND OTHER REQUESTED |
| | | DOCUMENTS |

    DAVID A. BIRDSELL, the duly appointed Chapter 7 Trustee, having filed a motion with the Court requesting that the above referenced case be dismissed for the Debtor(s) non-compliance with the Trustee's request for required tax information and other requested documents;

    **NOTICE IS HEREBY GIVEN** that a Hearing will be held on the 13th day of January of 2010 to act upon the Trustee's motion to dismiss this case. The Hearing will be held at the United States Bankruptcy Court located at 230 N. First Ave. Phoenix, Arizona in Courtroom #703 on the 7th Floor at the hour of 9:00AM. Any response to the Trustee's Motion should be filed within 5 days of the hearing date with the Clerk of Court, 230 N. First Ave. #101 Phoenix, Az. 85003 and a copy of the response shall be mailed to the Trustee at the following address: David A. Birdsell, Trustee, 216 N. Center, Mesa, Az. 85201.

| | |
|---|---|
|   November 24, 2009 | /s/ David A. Birdsell |
| | Chapter 7 Trustee |

TO BE MAILED TO ALL CREDITORS BY THE BANKRUPTCY NOTICING CENTER