FREDERICK C. THOMAS, 023844
SMITH & CRAVEN, P.L.L.C.
4045 E. UNION HILLS DR., STE. B-112
PHOENIX, ARIZONA 85050
VOICE: 480-222-2225
FAX: 480-222-3197
ATTORNEY FOR
CHEVY CHASE BANK NA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| In Re<br><br>Katherine Christensen,<br><br>Debtor. | Chapter 7<br>No. 2:09-bk-21818-RTB<br>PROOF OF SERVICE OF NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br>Date: January 6, 2010<br>Time: 2:30 pm<br>Ctrm: 703<br>Place: 230 N. 1st Avenue, Phoenix AZ 85003<br>Assigned to Hon. Redfield T. Baum |
|---|---|

The undersigned under penalty of perjury under the laws of the State of Arizona and United States of America, hereby declare that On 30 November, 2009, I served the foregoing documents described as **PROOF OF SERVICE OF NOTICE SETTING PRELIMINARY HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY**, on the following individuals as indicated below:

| | |
|---|---|
| Katherine Christensen<br>1134 W. Grand Cayman Dr.<br>Gilbert, AZ 85233<br>Debtor Pro Se | Delivered ☐<br>Faxed ☐<br>E-Mailed ☐<br>Mailed ☒ |

| | | | |
|---|---|---|---|
| Mr. David A. Birdsell<br>United States Trustee<br>216 N. Center<br>Mesa, AZ 85201 | Email: dabtrustee@hotmail.com | Delivered<br>Faxed<br>E-Mailed<br>Mailed | ☐<br>☐<br>☒<br>☐ |
| United States Trustee<br>230 N. 1st Avenue, Suite 204<br>Phoenix, Arizona 82003-1706 | Email: | Delivered<br>Faxed<br>E-Mailed<br>Mailed | ☐<br>☐<br>☐<br>☒ |

Respectfully Executed this 30th day of November 2009.

          SMITH & CRAVEN, P.L.L.C.

          By: <u>\s\ Frederick C Thomas 023844</u>
          Frederick C. Thomas, Esq.
          4045 E. Union Hills Drive
          Building B, Suite 112
          Phoenix, Arizona 85050
          Attorney for Chevy Chase Bank

P:\DOCUMENTS\206 CHEVY CHASE BANK\506 CHRISTENSEN CH 7\PLEADINGS\506 OPP.CONVERT 01.PLD.DOC

Smith & Craven, PLLC
4045 E. Union Hills Dr.
Building B, Suite 112
Phoenix, Arizona 85050
480-222-2225 voice
480-222-3197 fax
206.506

In Re Christensen            2            Proof of Service

Case 2:09-bk-21818-RTB    Doc 39    Filed 11/30/09    Entered 11/30/09 16:26:18    Desc
Main Document     Page 2 of 2