**CT Corporation**

2394 East Camelback Road
Phoenix, AZ 85016

602 277 4792 tel
602 277 3116 fax
www.ctlegalsolutions.com

November 30, 2009

**RECEIVED**

DEC 0 2 2009

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

David A. Birdsell
216 N. Center,
Mesa, AZ 85201

Re: Katherine Christensen // To: CT Corporation System

Case No. 09-21818-PHX-RTB

Dear Sir/Madam:

C T Corporation System received the enclosed Notice of Hearing Letter.

Neither the document(s) nor the envelope indicates the name of the entity for which the document(s) is intended. Our company is agent for thousands of companies and cannot determine the party to which the document(s) is to be forwarded unless the document(s) is directed to a particular entity.

Accordingly, we are returning the document for further disposition.

Very truly yours,

*Virginia Flock*

Virginia Flock
Sr. Fulfillment Specialist

Log# 515790449

FedEx Tracking# 792168410398

cc: U.S. Bankruptcy Court
    230 N. 1st Avenue, Suite 101,
    Phoenix, AZ 85003