UST 01

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CHRISTENSEN, KATHERINE | ) | Case No. 09-21818-PHX RTB |
| Debtor(s). | ) | |
| | ) | TRUSTEE'S WITHDRAWAL OF MOTION |
| | ) | TO DISMISS CASE AND MOTION TO |
| | ) | VACATE HEARING SET FOR |
| | ) | **JANUARY 13, 2010** AT **9:00AM** |
| | ) | |

     **DAVID A. BIRDSELL**, Chapter 7 Trustee, hereby withdraws his motion to dismiss this case and moves the Court to enter an order vacating the hearing set for **JANUARY 13, 2010** at **9:00AM** due to the Debtor(s) failure to provide certain documents to the Trustee.

     The Debtor(s) have now provided to the Trustee the documents he has requested; therefore, the Trustee no longer requires a hearing to dismiss the case.

     For the above stated reasons, the Trustee hereby respectfully requests the Court enter an order vacating above referenced hearing.


Dated: December 8, 2009            /s/ David A. Birdsell
                                             DAVID A. BIRDSELL, Trustee


**COPIES MAILED THIS DAY TO THE DEBTOR(S) AND THEIR ATTORNEY IF APPLICABLE**