SO ORDERED.

Dated: December 08, 2009



_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| CHRISTENSEN, KATHERINE | ) | Case No. 09-21818-PHX RTB |
| Debtor(s). | ) | |
| | ) | ORDER APPROVING |
| | ) | TRUSTEE'S MOTION TO VACATE |
| | ) | HEARING SET FOR **JAN. 13, 2010** |
| | ) | AT **9:00AM** ON TRUSTEE'S |
| | ) | MOTION TO DISMISS |

Upon motion by the Trustee and good cause appearing,

IT IS ORDERED vacating the hearing on the Trustee's Motion to Dismiss for the Debtor's Failure to Provide Documents to the Trustee set for **JANUARY 13, 2010** at **9:00AM.**.

_____  _____
Date                                                              REDFIELD T. BAUM SR.
                                                                          UNITED STATES BANKRUPTCY JUDGE