2

Katherine Christensen
Real Party in Interest Under Injury
c/o 1134 West Grand Caymen Drive
Gilbert, Arizona 85233
(480) 813-3885
Without Representation

FILED
2009 DEC -7 AM 10: 57
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

## PHOENIX DIVISION

In re: ) CASE NO. 09-21818-RTB
)
  Katherine Christensen ) CHAPTER 7
    Debtor, Real Party in Interest )
V. ) MOTION TO STRIKE UNRELATED
  AURORA LOAN SERVICES LLC ) LIST OF PROCEDURES
    its successors and/or assigns )
) Assigned to Hon. Redfield T. Baum

Katherine Christensen ("Real Party in Interest" herein), respectfully submits this MOTION TO STRIKE UNRELATED LIST OF PROCEDURES FROM A DIFFERENT CASE, included with MOTION FOR RELIEF OF AUTOMATIC STAY filed by Counsel for AURORA LOAN SERVICES LLC ("ALS herein).

Real Party in Interest incorporates by reference the OBJECTION TO INJECTION OF UNRELATED PROCEDURES FROM A DIFFERENT CASE REAFFIRMATION OF OBJECTION TO REQUEST FOR LIFT OF STAY IN FORM OF QUO WARRANTO, Docket Number 34, filed 2009 Nov 20 PM 12:30. Real Party in Interest requests the court to strike this document for all reasons stated in the above referenced Objection.

DATED: December 7, 2009     _Katherine Christensen_
                                           Katherine Christensen, Real Party in Interest

Case 2:09-bk-21818-RTB  Doc 44  Filed 12/07/09  Entered 12/09/09 14:48:18  Desc
MOTION TO STRIKE INJECTION OF DOCS  Main Document  Page 1 of 2

12/08/2009

Katherine Christensen
Real Party in Interest Under Injury
c/o 1134 West Grand Caymen Drive
Gilbert, Arizona 85233
(480) 813-3885
Without Representation

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

# PHOENIX DIVISION

| | |
|---|---|
| In re: | CASE NO. 09-21818-RTB |
| Katherine Christensen<br>Debtor, Real Party in Interest | CHAPTER 7 |
| V. | ORDER TO STRIKE UNRELATED LIST OF PROCEDURES |
| AURORA LOAN SERVICES LLC, its assignees and/or successors | Assigned to Hon. Redfield T. Baum |

IT IS HEREBY ORDERED that upon good cause appearing judgment as follows is ordered:

1. That the list of procedures submitted by Counsel on behalf of AURORA LOAN SERVICES LLC is stricken from the record.

IT IS SO ORDERED

DATED: December 7, 2009

_____
Judge Redfield T. Baum