Katherine Christensen
Real Party in Interest Under Injury
c/o 1134 West Grand Caymen Drive
Gilbert, Arizona 85233
(480) 813-3885
Without Representation

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA
# PHOENIX DIVISION

In re: ) CASE NO. 09-21818-RTB
)
   Katherine Christensen )  CHAPTER 7
      Debtor, Real Party in Interest )
) MOTION TO VACATE HEARING
V. ) SCHEDULED FOR 12-16-09
)
   AURORA LOAN SERVICES LLC )
      its successors and/or assigns )
_____) Assigned to Hon. Redfield T. Baum

Katherine Christensen ("Real Party in Interest" herein), respectfully submits this MOTION TO VACATE HEARING SCHEDULED FOR DECEMBER 16, 2009.

## STATEMENT OF FACTS

1. AURORA LOAN SERVICES ("ALS" herein) the alleged servicer, its agents and assigns have never responded to any Qualified Written Request for proof of its standing to bring forth any claim.

2. ALS has not submitted to the court a written Proof of Claim pursuant to Rule 3001 to prove its standing.

3. There is no evidence that ALS which is a servicing company holds the genuine and original note from 2006.

4. There is no evidence that ALS put forth any consideration for the property.

5. There is no evidence that ALS has any lawful legal conveyance from the lender to serve as the servicing agent.

6. ALS had no standing to foreclose.

7. ALS wrongfully foreclosed.

8. ALS has slandered the title.

**Wherefore Real Party in interest prays for judgment as follows:**

1. That the Court deny ALS's motion for relief of automatic stay.

2. That the Court vacate the hearing scheduled for December 16, 2009.

3. That ALS be instructed to restore ownership, cure its slander on the title and return clear title of subject Property back to Real Party in Interest free and clear.

4. That the Court grant relief to the Real Party in Interest for all violations by ALS its successors and assignees as provided by law; all costs, applicable interest, and other relief as this court deems just and necessary.

DATED: December 7, 2009

Katherine Christensen
Real Party in Interest

Katherine Christensen
Real Party in Interest Under Injury
c/o 1134 West Grand Caymen Drive
Gilbert, Arizona 85233
(480) 813-3885
Without Representation

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

# PHOENIX DIVISION

| | |
|---|---|
| In re: | CASE NO. 09-21818-RTB |
| Katherine Christensen | CHAPTER 7 |
| Debtor, Real Party in Interest | |
| V. | ORDER TO VACATE HEARING SCHEDULED 12-16-09 |
| AURORA LOAN SERVICES LLC, its assignees and/or successors | |
| | Assigned to Hon. Redfield T. Baum |

IT IS HEREBY ORDERED that upon good cause appearing judgment as follows is immediately ordered:

1. The Court denies the Motion for Relief of Automatic Stay submitted by Counsel on behalf of AURORA LOAN SERVICES LLC.

2. The Court vacates the hearing for Motion of Automatic Stay scheduled for December 16, 2009.

IT IS SO ORDERED

DATED: December 7, 2009

_____
Judge Redfield T. Baum

ORDER TO VACATE HEARING DOC 46 ALS    Case 2:09-bk-21818-RTB    Doc 45    Filed 12/07/09    Entered 12/09/09 14:50:50    Page 3 of 1
Main Document    Page 3 of 3

12/08/2009