3

Katherine Christensen
Real Party in Interest Under Injury
c/o 1134 West Grand Caymen Drive
Gilbert, Arizona 85233
(480) 813-3885
Without Representation

FILED

2009 DEC -7 AM 10: 59

CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

## PHOENIX DIVISION

In re: )  **CASE NO.  09-21818-RTB**
)
   Katherine Christensen )  CHAPTER 7
      Debtor, Real Party in Interest )
)  MOTION FOR JUDGEMENT ON
V. )  ON THE PLEADINGS
)
   AURORA LOAN SERVICES LLC )
      its successors and/or assigns )
_____ )  Assigned to Hon. Redfield T. Baum

Katherine Christensen ("Real Party in Interest" herein), respectfully submits this

MOTION FOR JUDGEMENT ON THE PLEADINGS entered by Real Party in

Interest, in Bankruptcy Case No. 09-21818.

## STATEMENT OF FACTS

1. ALS has never responded to any Qualified Written Request for proof of

its standing to bring forth any claim.

2. ALS has never submitted a Proof of Claim to the Court.

3. There is no evidence that ALS which is a servicing company holds the

genuine and original note from 2006.

4. There is no evidence that ALS put forth any consideration for the property.

Case 2:09-bk-21818-RTB-ALS Doc 46   Filed 12/07/09   Entered 12/09/09 14:54:59   Page 3
MOTION FOR JUDGEMENT-ALS
Main Document      Page 1 of 3

12/08/2009

5. There is no evidence that ALS has any lawful legal conveyance from the lender to serve as the servicing agent.

6. ALS has not shown Cause.

7. ALS had no standing to foreclose.

8. ALS wrongfully foreclosed.

9. ALS has slandered the title.

10. ALS has forced Real Party in Interest into Bankruptcy Court.

11. Real Party in Interest has submitted the following documents into the bankruptcy court and to date has not yet received a ruling on them:

a) Docket #28 filed October 21, 2009. Objection to Request for Lift of Stay, Temporary Restraining Order, Preliminary and Permanent Injunction

b) Docket #33 filed November 20, 2009. Objection to Injection of Unrelated Procedures from a Different Case/Reaffirmation of Objection to Request for Lift of Stay

c) Docket #  filed December 7, 2009. Motion to Strike Injection of Unrelated List of Procedures

d) Docket #  filed December 7, 2009. Motion for Aurora Loan Services LLC to Show Cause Pursuant to Federal Rules of Civil Procedure 17(a)

e) Docket #  filed December 7, 2009. Motion to Vacate Hearing Scheduled for 12-16-09

**For the Record Real Party in Interest Prays for Judgment as Follows:**

1. That the Court rule in favor of Real Party in Interest on all the above listed pleadings.

Case 2:09-bk-21848-RTB   Doc 46   Filed 12/07/09   Entered 12/09/09 14:54:59   Desc
MOTION FOR JUDGEMENT ALS   Main Document      Page 2 of 3

12/08/2009

1    2. Due to the pressing time limitations and seriousness of this situation, that the

2

3   Court file its ruling in a timely manner.

4

5   DATED: December 7, 2009

6

7                                   *Katherine Christensen*

8                                   Katherine Christensen

9                                   Real Party in Interest

Case 2:09-bk-21818-RTB   Doc 46   Filed 12/07/09   Entered 12/09/09 14:54:59   Page 3 of 3
MOTION FOR JUDGEMENT-ALS    Main Document    Page 3 of 3

12/08/2009