1  Katherine Christensen
2  Real Party in Interest Under Injury
3  c/o 1134 West Grand Caymen Drive
4  Gilbert, Arizona  85233
5  (480) 813-3885
6  Without Representation

FILED

2009 DEC 11  PM 3: 25

CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

## PHOENIX DIVISION

| | |
|---|---|
| In re: ) | CASE NO.  09-21818-RTB |
| ) | |
| Katherine Christensen ) | CHAPTER 7 |
| Debtor, Real Party in Interest ) | |
| V. ) | MOTION TO CORRECT A |
| AURORA LOAN SERVICES LLC ) | CLERICAL ERROR |
| its successors and/or assigns ) | |
| _____ ) | Assigned to Hon. Redfield T. Baum |

Katherine Christensen ("Real Party in Interest" herein), respectfully submits

this MOTION TO CORRECT A CLERICAL ERROR.

## STATEMENT OF FACTS

1.  On Monday December 7, 2009, Real Party in Interest submitted the
following four Motions and three Orders into the above referenced case.  The
sequence of their submission was date/time stamped as follows:
    a) Motion to Strike Unrelated List of Procedures
    b) Order to Strike Unrelated List of Procedures
    c) Motion for Aurora Loan Services LLC to Show Cause For Standing
Pursuant to Federal Rules of Civil Procedure 17(a)
    d) Order for Aurora Loan Services LLC to Show Cause For Standing
Pursuant to Federal Rules of Civil Procedure 17(a)
    e)  Motion to Vacate Hearing Scheduled for December 16, 2009
    f)  Order to Vacate Hearing Scheduled for December 16, 2009
    g)  Motion for Judgement on the Pleadings

2.  These documents were not docketed according to the order in which they
were date/time stamped.  Please see Exhibit A and Exhibit B.

**Wherefore Real Party in interest prays for judgment as follows:**

    1. The Court order the clerk to correct this clerical error.

DATED: December 12, 2009

Katherine Christensen
Real Party in Interest

12/14/2009

# EXHIBIT A

| DATE TIME STAMP: | MOTION/ORDER: |
|---|---|
| 2009 DEC-7 AM 10:57 | **MOTION** TO STRIKE UNRELATED LIST OF PROCEDURES<br>**ORDER** TO STRIKE UNRELATED LIST OF PROCEDURES |
| 2009 DEC-7 AM 10:58 | **MOTION** FOR AURORA LOAN SERVICES LLC TO SHOW CAUSE FOR STANDING PURSUANT TO FEDERAL RUES OF CIVIL PROCEDURE 17(a)<br>**ORDER** FOR AURORA LOAN SERVICES LLC TO SHOW CAUSE FOR STANDING PURSUANT TO FEDERAL RUES OF CIVIL PROCEDURE 17(a) |
| 2009 DEC-7 AM 10:58 | **MOTION** TO VACATE HEARING SCHEDULED FOR 12-16-09<br>**ORDER** TO VACATE HEARING SCHEDULED FOR 12-16-09 |
| 2009 DEC-7 AM 10:59 | **MOTION FOR JUDGEMENT ON THE PLEADINGS** |

Katherine Christensen
Real Party in Interest Under Injury
c/o 1134 West Grand Caymen Drive
Gilbert, Arizona 85233
(480) 813-3885
Without Representation

RECEIVED

2009 DEC -7  AM 10: 57

CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

## PHOENIX DIVISION

| | |
|---|---|
| In re: ) | **CASE NO.  09-21818-RTB** |
| ) | |
| Katherine Christensen ) | CHAPTER 7 |
| Debtor, Real Party in Interest ) | |
| V. ) | MOTION TO STRIKE UNRELATED |
| AURORA LOAN SERVICES LLC ) | LIST OF PROCEDURES |
| its successors and/or assigns ) | |
| _____ ) | Assigned to Hon. Redfield T. Baum |

Katherine Christensen ("Real Party in Interest" herein), respectfully submits

this MOTION TO STRIKE UNRELATED LIST OF PROCEDURES FROM A

DIFFERENT CASE, included with MOTION FOR RELIEF OF AUTOMATIC

STAY filed by Counsel for AURORA LOAN SERVICES LLC ("ALS herein).

Real Party in Interest incorporates by reference the OBJECTION TO

INJECTION OF UNRELATED PROCEDURES FROM A DIFFERENT CASE

REAFFIRMATION OF OBJECTION TO REQUEST FOR LIFT OF STAY IN

FORM OF QUO WARRANTO, Docket Number 34, filed 2009 Nov 20 PM 12:30.

Real Party in Interest requests  the court to strike this document for all reasons

stated in the above referenced Objection.

DATED:  December 7, 2009      _Katherine Christensen_____

Katherine Christensen, Real Party in Interest

1  Katherine Christensen
2  Real Party in Interest Under Injury
3  c/o 1134 West Grand Caymen Drive
4  Gilbert, Arizona 85233
5  (480) 813-3885
6  Without Representation
7
8
9
10
11

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

# PHOENIX DIVISION

In re:                                    )    **CASE NO.  09-21818-RTB**
                                          )
    Katherine Christensen                 )    CHAPTER 7
        Debtor, Real Party in Interest )
V.                                        )    ORDER TO STRIKE UNRELATED
                                          )    LIST OF PROCEDURES
AURORA LOAN SERVICES LLC, its )
    assignees and/or successors           )
_____)    Assigned to Hon. Redfield T. Baum


IT IS HEREBY ORDERED that upon good cause appearing judgment as follows is

ordered:

   1. That the list of procedures submitted by Counsel on behalf of AURORA

LOAN SERVICES LLC is stricken from the record.

IT IS SO ORDERED

DATED:  December 7, 2009


_____
Judge Redfield T. Baum

RECEIVED

2009 DEC -7 AM 10: 57

CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

Katherine Christensen
Real Party in Interest Under Injury
c/o 1134 West Grand Caymen Drive
Gilbert, Arizona 85233
(480) 813-3885
Without Representation

RECEIVED
2009 DEC -7 AM 10: 58
U.S. CLERK
BANKRUPTCY
DISTRICT OF ARIZONA

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

## PHOENIX DIVISION

| | |
|---|---|
| In re: ) | **CASE NO.  09-21818-RTB** |
| ) | |
| Katherine Christensen ) | CHAPTER 7 |
| Debtor, Real Party in Interest ) | |
| ) | MOTION FOR AURORA LOAN |
| V. ) | SERVICES LLC TO SHOW CAUSE |
| ) | FOR STANDING PURSUANT TO |
| ) | FEDERAL RULES OF CIVIL |
| AURORA LOAN SERVICES LLC ) | PROCEDURE 17(a) |
| its successors and/or assigns ) | |
| ) | |
| _____ ) | Assigned to Hon. Redfield T. Baum |

Katherine Christensen ("Real Party in Interest" herein), respectfully submits this

MOTION FOR AURORA LOAN SERVICES LLC ("ALS" herein) TO SHOW

CAUSE FOR STANDING as per Federal Rules of Civil Procedure 17(a).

## RESTATEMENT OF FACTS

1. ALS is a servicer.  According to Federal Rules of Civil Procedure 17(a),

"An action must be prosecuted in the name of the real party in interest.".  There is

no evidence that ALS has ever been the "real party in interest".  Therefore it has

no standing to bring forth this action.

2. Commencing 28 January 2009 the Real Party in Interest sent several

Qualified Written Requests under Notary Presentment to ALS the alleged servicer, its agents and assigns. No response has ever been received from ALS. Rather, ALS wrongfully, improperly and without legal authorization began this foreclosure action.

3. ALS has not submitted a written Proof of Claim pursuant to Rule 3001 to prove its standing, or withdrawn all claims and reconveyed the property free and clear of all encumbrances to Real Party in Interest. ALS is operating in bad faith with its attempts to confuse, distract and manipulate the Court in an effort to once again avoid having to admit it has no proof of standing.

4. ALS through counsel has stated that after purchasing the property it "recorded the deed within the period provided by state law for perfection". Without standing to have foreclosed, this alleged deed of trust recorded by ALS and submitted to the Court is clearly a fraudulent conveyance that is nothing more than slander on the title of the Real Party in Interest.

5. Real Party in Interest respectfully requests once again, that ALS produce the genuine and original promissory note from 2006. For the sake of clarity, U.C.C. 1-201 (19) "Genuine" means free of forgery or counterfeiting. At this time there is no evidence that ALS ever held, or has in its possession the genuine and original promissory note which would be the proof of its standing to have initiated foreclosure proceedings; and would be the proof to stand on for its motion for relief of automatic stay.

## CONCLUSION

1. ALS has never responded to any Qualified Written Request for proof of

its standing to bring forth any claim.

2. ALS has never submitted a Proof of Claim to the Court.

3. There is no evidence that ALS which is a servicing company holds the genuine and original note from 2006.

4. There is no evidence that ALS put forth any consideration for the property.

5. There is no evidence that ALS has any lawful legal conveyance from the lender to serve as the servicing agent.

6. ALS had no standing to foreclose.

7. ALS wrongfully foreclosed.

8. ALS has slandered the title.

9. It would be a travesty of justice should ALS be allowed to continue this farce and continue to waste the court's time.

**Wherefore Real Party in interest prays for judgment as follows:**

1. That the Court order ALS to show within thirty (30) days proof of standing to have initiated foreclosure proceedings on subject property. This proof must be in the form of two (2) written documents; a conveyance properly recorded in the Maricopa County Recorder's Office and the original and genuine promissory note from 2006.

2. That if ALS is unable to furnish the requested properly recorded conveyance and the original and genuine promissory note within the requested thirty (30) days, then ALS be instructed to restore ownership, cure its slander on the title, and return clear title of subject Property back to Real Party in Interest free and clear.

3. That the Court deny ALS's motion for relief of automatic stay.

4. That the court vacate the hearing for the motion for relief of automatic stay scheduled for December 16, 2009.

5. That Katherine Christensen, the Real Party in Interest remain sheltered under the full protection of the bankruptcy court until such time as ALS submits to the Court the requested properly recorded conveyance, and the genuine and original promissory note from 2006, and until Discovery and Evidentiary Hearing are completed.

6. That a preliminary and permanent injunction against ALS, its successors, assignees, officers, agents, employees, attorneys and any person in actual concert with it or who are under its direction, to be immediately and temporarily enjoined for the time period allowed under Rule 65, Ariz. R. Civ. P., from

      a) Initiating eviction of Real Party in Interest from her Property

      b) Transferring or otherwise disposing of the Property

7. That the Court grant relief to the Real Party in Interest for all violations by ALS its successors and assignees as provided by law; all costs, applicable interest, and other relief as this court deems just and necessary.

DATED: December 7, 2009

Katherine Christensen
Real Party in Interest

MOTION FOR ALS TO SHOW CAUSE 4B    Filed 12/11/09    Entered 12/15/09 10:21:47    Page 4 Desc
Case 2:09-bk-27816-RTB    Doc 48
Main Document    Page 10 of 22

12/14/2009

Katherine Christensen
Real Party in Interest Under Injury
c/o 1134 West Grand Caymen Drive
Gilbert, Arizona 85233
(480) 813-3885
Without Representation

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

## PHOENIX DIVISION

| | |
|---|---|
| In re: ) | **CASE NO. 09-21818-RTB** |
| ) | |
| Katherine Christensen ) | CHAPTER 7 |
| Debtor, Real Party in Interest ) | |
| V. ) | ORDER FOR AURORA LOAN |
| ) | SERVICES LLC TO SHOW CAUSE |
| AURORA LOAN SERVICES LLC, its ) | FOR STANDING PURSUANT TO |
| assignees and/or successors ) | FEDERAL RULES OF CIVIL |
| ) | PROCEDURE 17(a) |
| ) | |
| _____ ) | Assigned to Hon. Redfield T. Baum |

IT IS HEREBY ORDERED that upon good cause appearing judgment as follows is

immediately ordered:

1. AURORA LOAN SERVICES LLC ("ALS" herein) is ordered to show

within thirty (30) days proof of standing to have initiated foreclosure proceedings on

subject property. This proof must be in the form of two (2) written documents; a

conveyance properly recorded in the Maricopa County Recorder's Office and the

original and genuine promissory note from 2006.

2. If ALS is unable to furnish the requested properly recorded

conveyance and the original and genuine promissory note within the requested

thirty (30) days, then ALS is instructed to restore ownership, cure its slander on the title, and return clear title of subject Property back to Real Party in Interest free and clear.

IT IS SO ORDERED

DATED: December 7, 2009

_____

Judge Redfield T. Baum

RECEIVED

2009 DEC -7 AM 10: 58

CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

Katherine Christensen
Real Party in Interest Under Injury
c/o 1134 West Grand Caymen Drive
Gilbert, Arizona 85233
(480) 813-3885
Without Representation

RECEIVED

2009 DEC -7 AM 10: 58

CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

### PHOENIX DIVISION

|  |  |
|---|---|
| In re: ) | **CASE NO. 09-21818-RTB** |
| ) | |
| Katherine Christensen ) | CHAPTER 7 |
| Debtor, Real Party in Interest ) | |
| ) | **MOTION TO VACATE HEARING** |
| V. ) | **SCHEDULED FOR 12-16-09** |
| ) | |
| AURORA LOAN SERVICES LLC ) | |
| its successors and/or assigns ) | |
| _____ ) | Assigned to Hon. Redfield T. Baum |

Katherine Christensen ("Real Party in Interest" herein), respectfully submits this

MOTION TO VACATE HEARING SCHEDULED FOR DECEMBER 16, 2009.

## STATEMENT OF FACTS

1. AURORA LOAN SERVICES ("ALS" herein) the alleged servicer, its

agents and assigns have never responded to any Qualified Written Request for proof

of its standing to bring forth any claim.

2. ALS has not submitted to the court a written Proof of Claim pursuant to

Rule 3001 to prove its standing.

3. There is no evidence that ALS which is a servicing company holds the

genuine and original note from 2006.

Case 2:09-bk-21818-RTB   Doc 48   Filed 12/11/09   Entered 12/15/09 10:21:47   Desc
MOTION TO VACATE HEARING Main Document   Page 14 of 22           PAGE 1 of 2

12/14/2009

4. There is no evidence that ALS put forth any consideration for the property.

5. There is no evidence that ALS has any lawful legal conveyance from the lender to serve as the servicing agent.

6. ALS had no standing to foreclose.

7. ALS wrongfully foreclosed.

8. ALS has slandered the title.

**Wherefore Real Party in interest prays for judgment as follows:**

1. That the Court deny ALS's motion for relief of automatic stay.

2. That the Court vacate the hearing scheduled for December 16, 2009.

3. That ALS be instructed to restore ownership, cure its slander on the title and return clear title of subject Property back to Real Party in Interest free and clear.

4. That the Court grant relief to the Real Party in Interest for all violations by ALS its successors and assignees as provided by law; all costs, applicable interest, and other relief as this court deems just and necessary.

DATED: December 7, 2009

_Katherine Christensen_
Katherine Christensen
Real Party in Interest

Katherine Christensen
Real Party in Interest Under Injury
c/o 1134 West Grand Caymen Drive
Gilbert, Arizona 85233
(480) 813-3885
Without Representation

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

### PHOENIX DIVISION

| | |
|---|---|
| In re: ) | CASE NO. 09-21818-RTB |
| ) | |
| Katherine Christensen ) | CHAPTER 7 |
| Debtor, Real Party in Interest ) | |
| V. ) | ORDER TO VACATE HEARING |
| ) | SCHEDULED 12-16-09 |
| AURORA LOAN SERVICES LLC, its ) | |
| assignees and/or successors ) | |
| _____ ) | Assigned to Hon. Redfield T. Baum |

IT IS HEREBY ORDERED that upon good cause appearing judgment as follows is

immediately ordered:

    1. The Court denies the Motion for Relief of Automatic Stay submitted by

Counsel on behalf of AURORA LOAN SERVICES LLC.

    2. The Court vacates the hearing for Motion of Automatic Stay scheduled for

December 16, 2009.

IT IS SO ORDERED

DATED: December 7, 2009         _____

                                 Judge Redfield T. Baum

Case 2:09-bk-21818-RTB    Doc 48    Filed 12/11/09    Entered 12/15/09 10:21:47    Desc
ORDER TO VACATE HEARING    Main Document    Page 16 of 22    PAGE 1 of 1

12/14/2009

RECEIVED
2009 DEC -7 AM 10: 59
CLERK,
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

RECEIVED

2009 DEC -7  AM 10: 59

CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

Katherine Christensen
Real Party in Interest Under Injury
c/o 1134 West Grand Caymen Drive
Gilbert, Arizona 85233
(480) 813-3885
Without Representation

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

### PHOENIX DIVISION

| | |
|---|---|
| In re: ) | CASE NO.  09-21818-RTB |
| ) | |
|    Katherine Christensen ) | CHAPTER 7 |
|      Debtor, Real Party in Interest ) | |
| ) | MOTION FOR JUDGEMENT ON |
| V. ) | ON THE PLEADINGS |
| ) | |
| AURORA LOAN SERVICES LLC ) | |
|    its successors and/or assigns ) | |
| _____ ) | Assigned to Hon. Redfield T. Baum |

Katherine Christensen ("Real Party in Interest" herein), respectfully submits this

MOTION FOR JUDGEMENT ON THE PLEADINGS entered by Real Party in

Interest, in Bankruptcy Case No. 09-21818.

## STATEMENT OF FACTS

1. ALS has never responded to any Qualified Written Request for proof of

its standing to bring forth any claim.

2. ALS has never submitted a Proof of Claim to the Court.

3. There is no evidence that ALS which is a servicing company holds the

genuine and original note from 2006.

4. There is no evidence that ALS put forth any consideration for the property.

5. There is no evidence that ALS has any lawful legal conveyance from the lender to serve as the servicing agent.

6. ALS has not shown Cause.

7. ALS had no standing to foreclose.

8. ALS wrongfully foreclosed.

9. ALS has slandered the title.

10. ALS has forced Real Party in Interest into Bankruptcy Court.

11. Real Party in Interest has submitted the following documents into the bankruptcy court and to date has not yet received a ruling on them:

a) Docket #28 filed October 21, 2009. Objection to Request for Lift of Stay, Temporary Restraining Order, Preliminary and Permanent Injunction

b) Docket #33 filed November 20, 2009. Objection to Injection of Unrelated Procedures from a Different Case/Reaffirmation of Objection to Request for Lift of Stay

c) Docket #    filed December 7, 2009. Motion to Strike Injection of Unrelated List of Procedures

d) Docket #    filed December 7, 2009. Motion for Aurora Loan Services LLC to Show Cause Pursuant to Federal Rules of Civil Procedure 17(a)

e) Docket #    filed December 7, 2009. Motion to Vacate Hearing Scheduled for 12-16-09

**For the Record Real Party in Interest Prays for Judgment as Follows:**

1. That the Court rule in favor of Real Party in Interest on all the above listed pleadings.

2. Due to the pressing time limitations and seriousness of this situation, that the Court file its ruling in a timely manner.

DATED:  December 7, 2009

*Katherine Christensen*

Katherine Christensen
Real Party in Interest

# EXHIBIT B

**PAGE 1 OF HISTORY PAGE ON PACER WEBSITE**

**2:09-bk-21818-RTB** KATHERINE CHRISTENSEN
**Case type:** bk **Chapter:** 7 **Asset:** No **Vol:** v **Judge:** Redfield T. Baum Sr.
**Date filed:** 09/04/2009 **Date of last filing:** 12/08/2009

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| 41 | Filed & Entered: | 12/08/2009 | ◑ Motion to Vacate |
| 42 | Filed & Entered: | 12/08/2009 | ◑ Notice of Lodging Proposed Order |
| 43 | Filed & Entered: | 12/08/2009 | ◑ Order Vacating Hearing |
| 44 | Filed: Entered: | 12/07/2009 12/09/2009 | ◑ Motion to Strike |
| 45 | Filed: Entered: | 12/07/2009 12/09/2009 | ◑ Motion to Vacate |
| 46 | Filed: Entered: | 12/07/2009 12/09/2009 | ◑ Motion for Judgment on Pleadings |
| 47 | Filed: Entered: | 12/07/2009 12/10/2009 | ◑ Application for Order to Show Cause |
| 40 | Filed: Entered: | 12/02/2009 12/03/2009 | ◑ Correspondence |
| 38 | Filed & Entered: | 11/30/2009 | ◑ Notice of Hearing on Motion |
| 39 | Filed & Entered: | 11/30/2009 | ◑ Affidavit of Service |
| 35 | Filed & Entered: | 11/24/2009 | ◑ Motion to Dismiss Case |
| 36 | Filed & Entered: | 11/24/2009 | ◑ Chapter 7 Trustee Notice |
| 37 | Filed: Entered: | 11/24/2009 11/26/2009 | ◑ BNC Certificate of Notice - PDF Document |
| 33 | Filed & Entered: | 11/20/2009 | ◑ Objection |
| 34 | Filed & Entered: | 11/20/2009 | ◑ Objection |
| -- | Filed & Entered: | 11/16/2009 | ◑ Auto-Docket of Credit Card Payment |