Katherine Christensen
Real Party in Interest Under Injury
c/o 1134 West Grand Caymen Drive
Gilbert, Arizona 85233
(480) 813-3885
Pro Se

FILED
2009 DEC 14 AM 10:56
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

# PHOENIX DIVISION

| | |
|---|---|
| In re: | CASE NO. 09-21818-RTB |
| Katherine Christensen | CHAPTER 7 |
|     Debtor, Real Party in Interest | |
| V. | **EMERGENCY MOTION FOR CONTINUANCE** |
| AURORA LOAN SERVICES LLC | |
|     its successors and/or assigns | |
| | Assigned to Hon. Redfield T. Baum |

Katherine Christensen ("Real Party in Interest" herein), respectfully requests an

EMERGENCY MOTION FOR CONTINUANCE based upon newly submitted

evidence, for a minimum of 30 days. This request for continuance is not for delay,

but that justice may be done.

DATED: December 14, 2009

*Katherine Christensen* (signature)
Katherine Christensen
Real Party in Interest

EMERGENCY MOTION FOR CONTINUANCE-MHL     PAGE 1 of 1
Case 2:09-bk-21818-RTB   Doc 49   Filed 12/14/09   Entered 12/16/09 10:14:40   Desc
Main Document     Page 1 of 1

12/15/2009