13

```
1   Katherine Christensen                                          FILED
2   Real Party in Interest Under Injury
3   c/o 1134 West Grand Caymen Drive                      2009 DEC 15 PM 12: 34
4   Gilbert, Arizona  85233
5   (480) 813-3885                                            CLERK
6   PRO SE                                           U.S. BANKRUPTCY
                                                     DISTRICT OF ARIZONA
7
8
9                UNITED STATES BANKRUPTCY COURT
10
11                      DISTRICT OF ARIZONA
12
13                        PHOENIX DIVISION
14
15
16  In re:                          )    CASE NO.  09-21818-RTB
17                                  )
18      Katherine Christensen       )    CHAPTER 7
19      Debtor, Real Party in Interest )
20                                  )    NOTICE OF AND BRIEF FOR
21  V.                              )    INCLUSION OF TESTIFYING
22  AURORA LOAN SERVICES LLC        )    EXPERT WITNESS INTO CASE
23        its successors and/or assigns )  NEIL F. GARFIELD M.B.A. J.D.
24                                  )
25  _____ )    Assigned to Hon. Redfield T. Baum
26
27
28
29      Katherine Christensen ("Real Party in Interest" herein), respectfully submits
30
31  This NOTICE OF AND BRIEF FOR INCLUSION OF TESTIFYING EXPERT
32
33  WITNESS Neil F. Garfield M.B.A J.D.   Garfield and his firm, Foreclosure
34
35  Defense Group ("FDG" herein) have been retained to serve as expert witness in
36
37  Case 09-21818 and any adversarial proceeding or other case that may arise from it.
38
39  Mr. Garfield's C.V. is filed in this case. See Exhibit A.  Currently Garfield is
40
```

NOTICE OF INCLUSION OF TESTIFYING EXPERT WITNESS  PAGE 1 of 8
Case 2:09-bk-21818-RTB   Doc 51   Filed 12/15/09   Entered 12/16/09 13:35:12   Desc
Main Document     Page 1 of 13

12/16/2009

teaching lawyers, judges, legislators, and laymen in the Garfield Continuum Seminars for Attorney CLE credit and general information. Appearing on numerous radio and TV broadcasts, Garfield is the Editor in Chief of livinglies.wordpress.com, a blog site that has reached over 1 million visits and is widely regarded as the premier resource on the internet for foreclosure cases, opinion, links to law reviews, practice guides and current events in the foreclosure of securitized mortgages. Garfield draws on his Wall Street experience and trial lawyer years combined with intensive analysis of derivatives, securitized financial products and personal relationships developed over the years which give him unique insights into the realities of Wall Street in the Mortgage Meltdown of 2001-2009. Starting out on Wall Street, he became proficient in the language and conduct of highly complex financial transactions. At an early age, Mr. Garfield personally handled the negotiations leading to successful mergers, acquisitions, multimillion dollar financing, IPO's, secondary offerings, and private financing for dozens of companies. He then achieved his MBA and JD degrees with distinction, and began a 35 year law and business consulting career. Neil Garfield, with FDG, recently testified as an expert in the class action suit in Case No.: 3:09-cv-180 ECR-VPC, United States District Court District of Nevada, to render opinions in the topic areas related to the securitization of mortgage loans, derivative securities, the securities industry; real property law, Uniform Commercial Code practices,

predatory lending practices, Truth in Lending Act requirements, loan origination

and underwriting, accounting in the context of securitization and REMIC entities,

Special Purpose Vehicles, Structured Investment Vehicles, pooling and servicing

of securitized loans, assignment and assumption of securitized residential mortgage

loans, creation of trusts under deeds of trust, pooling agreements, and issuance of

asset backed securities and specifically mortgage-backed securities by special

purpose vehicles in which an entity is named as trustee for the holders of

certificates of mortgage backed securities, the economics of securitized residential

mortgages during the period of 2001-2008, appraisal fraud and its effect on APR

disclosure, usury, exceeding the legal limit for interest charged, non-judicial

foreclosure of securitized and non- securitized residential mortgages, and judicial

foreclosure of securitized and non- securitized residential mortgages, all

particularly as to the laws of the States of Arizona, California, Florida and Ohio,

based upon the credentials in the Resume attached hereto.

The status of the primary mortgage on Real Party In Interest's residence in

this case is that she has filed an Adversary Proceeding to attack the validity of the

mortgage and seek quiet title. It is noteworthy that neither ALS nor any of their

successors and/or assigns have responded as of this date, to their Adversarial

summons.

The services provided include assisting the Real Party in Interest with

NOTICE OF INCLUSION OF TEST. EXP. WITNESS NG - PAGE 3 of 8
Case 2:09-bk-24818-RTB Doc 51 Filed 12/15/09 Entered 12/16/09 13:35:12 Desc
Main Document Page 3 of 13

12/16/2009

professional consultation, to assist Real Party in Interest in the investigation of the

mortgage process involved with securitized mortgages, the Mortgage Backed

Security (MBS) itself, including normally at least 1000 pages of sophisticated

securities documentation, plus perhaps a very large amount of accounting

documentation, such as payments made to MBS Trusts, on behalf of such Trusts,

and to and on behalf of past and present owners of interests in the MBS Trust in

question if applicable, and as an expert witness. This will often include the

summarization of voluminous material to the essential aspects relevant to the case

of both technical written word material as well as of numerical material. These

services will greatly aid the trier of fact as well as saving the Court potentially

hours and hours of trial time.

Real Party in Interest has determined this evidence and testimony to be

critical to proving her case. It is common for Real Parties in Interest to retain

accountants, appraisers, expert witnesses, real estate brokers and other

professionals, without asking the Court for approval.

Neil Garfield and FDG are not being retained as Attorneys, although

Garfield's legal training and experience are important to his qualifications. He was

retained as a consultant, as (an invaluable) aid in investigation, and as an expert

witness. The terms of the retention with FDG specifically state that it is not being

hired to render legal services and that all actions they perform are under the Rules

NOTICE OF INCLUSION OF TEST. EXP. WITNESS-NG                    PAGE 4 of 8
Case 2:09-bk-24818-RTB    Doc 51    Filed 12/15/09    Entered 12/16/09 13:35:12    Desc
                         Main Document       Page 4 of 13

12/16/2009

of the Federal Bankruptcy Court.

Although Real Party in Interest has been to local and national seminars on the subjects involved, the work involved in this case that she requires is assistance well beyond the area of competency attained by consumer advocate attorneys. The practice involves completely challenging the validity of the mortgage. Nearly all of those entered into between 2001 and 2007, are susceptible to such legal challenges due to the securitization process. This can completely succeed if pursued to the end. This type of litigation is taking place throughout the nation, mostly outside of bankruptcy court, and is perhaps the hottest area of law at the present time. This practice of law is cutting edge. The circumstances and conditions that make this possible have never been present at any time in history and was set in motion by widespread fraud and abuse on Wall Street that was planned years in advance and placed in motion by Wall Street lobbyists in the 1990's, which included the deregulation of credit default swaps ("CDS") as well as the deregulation of aspects of subprime mortgages and the institution and selling of mortgage backed securities ("MBS").

Rule 702. Testimony by Experts

If scientific, technical, or other specialized knowledge will assist the
trier of fact to understand the evidence or to determine a fact in issue,
a witness qualified as an expert by knowledge, skill, experience,
training, or education, may testify thereto in the form of an opinion or
otherwise, if (1) the testimony is based upon sufficient facts or data,
(2) the testimony is the product of reliable principles and methods,

NOTICE OF INCLUSION OF TEST. EXP. WITNESS NG                                    PAGE 5 of 8
Case 2:09-bk-21818-RTB    Doc 51    Filed 12/15/09    Entered 12/16/09 13:35:12    Desc
                    Main Document      Page 5 of 13

12/16/2009

and (3) the witness has applied the principles and methods reliably to the facts of the case.

The Committee on Rules of Practice and Procedure of the Judicial Conference of the United States proposed the following amendment of Rule 702, dated August 15, 1991:

Testimony providing scientific, technical, or other specialized information, in the form of an opinion or otherwise, may be permitted only if (1) the information is reasonably reliable and will substantially assist the trier of fact to understand the evidence or to determine a fact in issue and (2) the witness is qualified as an expert by knowledge, skill, experience, training, or education to provide such testimony. Except with leave of court for good cause shown, the witness shall not testify on direct examination in any civil action to any opinion or inference, or reason or basis therefore, that has not been seasonably disclosed as required by Rules 26(a)(2) and 26(e)(1) of the Federal Rules of Civil Procedure.

In deciding whether the opinion evidence is reasonably reliable and will substantially assist the trier of fact, as well as in deciding whether the proposed witness has sufficient expertise to express such opinions, the court, as under present Rule 702, is governed by Rule 104(a).

The rule is also revised to complement changes in the Federal Rules of Civil

Procedure requiring pretrial disclosure of the expert testimony to be presented at

trial. The rule precludes the offering on direct examination in civil actions of

expert opinions, or the reasons or bases for opinions, that have not been adequately

and timely disclosed in advance of trial. It has not been unusual for the testimony

given at trial by an expert to vary substantially from that provided under former

Fed. R. Civ. P. 26(b)(4)(A)(i) or at a deposition of the expert. At a minimum, any

significant changes in an expert's expected testimony should be disclosed before

trial, and this revision of Rule 702 provides an appropriate incentive for such

NOTICE OF INCLUSION OF TEST. EXP. WITNESS NG    PAGE 6 of 8
Case 2:09-bk-21818-RTB    Doc 51    Filed 12/15/09    Entered 12/16/09 13:35:12    Desc
Main Document    Page 6 of 13

12/16/2009

disclosure in addition to those contained in the Rules of Civil Procedure.

Due to the unrelenting egregious and improper attempts by actors, their counsel and a string of co-conspirators, known and unknown, to deny Real Party in Interest her rights, her title and her interest in her own property, the Real Party in Interest has been forced to seek assistance from FDG to save her property.

In the interest of justice the Real Party in Interest respectfully requests of the bankruptcy trustee and judge to weigh all the evidence to be discovered through deposition in order to have a proper and lawful conclusion in law before any of the alleged lenders can proceed. Real Party in Interest respectfully requests a finding of facts and a conclusion of law.

When evidence is obtained in discovery that pertain to MBS Trusts, they normally include approximately 1000 pages of materials that use technical language. And this is not including more detailed discovery that includes specific facts about individual mortgages included in Pools, nor of the accounting records which detail payments made into the Trusts from Debtor payments, foreclosure proceeds and 3rd party sources, such as credit default swaps, over-collateralization, crosscollateralization, government bail-out funds and other forms of insurance, and how those payments were applied.

As an Attorney with knowledge of MBS Trusts, Mr. Garfield's expert testimony will be essential to save massive hours of Court time, prove ALS its

NOTICE OF INCLUSION OF TEST. EXP. WITNESS NG                                      PAGE 7 of 8
Case 2:09-bk-21818-RTB    Doc 51    Filed 12/15/09    Entered 12/16/09 13:35:12    Desc
Main Document    Page 7 of 13

12/16/2009

successors and/or assigns have attempted to commit fraud upon this court by the

summarizing of voluminous documents into usable testimony in language that can

be understood by ordinary persons without technical expertise in this area. Now

that the Real Party in Interest has become more competent due in large part to the

consulting aspect of the FDG services provided, less of the FDG contribution to

her case will be in the way of preliminary work to help in obtaining essential basic

information about the true nature of the mortgage loans, and will be devoted to

evaluation of large amounts of materials and providing expert testimony.

Real Party in Interest will prove that the processes involved in

securitized mortgages have involved massive and widespread fraud that was so

sophisticated that it went undetected long enough to almost destroy the entire

world economy. It is no small task to unravel the facts, circumstances and

conditions well enough to find and show in Court how and where this is

relevant to her mortgage claims. She is convinced that retaining Mr. Garfield

and FDG has been the least expensive and will continue to be the most cost

effective way to investigate, prepare and present these cases to the Court. And, she

is convinced that Mr. Garfield is crucial to proving her case based on his previous

successes in similar cases.

DATED: December 15, 2009

Katherine Christensen, Real Party in Interest

NOTICE OF INCLUSION OF TEST. EXP. WITNESS NG                                    PAGE 8 of 8
Case 2:09-bk-24818-RTB    Doc 51    Filed 12/15/09    Entered 12/16/09 13:35:12    Desc
Main Document    Page 8 of 13

12/16/2009

# Exhibit A
# Neil F. Garfield
# C.V.

# RESUME

## *NEIL F. GARFIELD*

*4980 S Alma School Rd A-2*
*480-895-5443 Fax: 772-594-6244*
*email: Ngarfield@msn.com*

## SUMMARY:

Varied and integrated professional and business background in the following areas --- *investment banking, derivative security baskets, electronic funds transfer, management, information systems, accounting, auditing and law.*

✓ Currently teaching lawyers, judges, legislators, and layman in the Garfield Continuum Seminars for Attorney CLE credit and general information, appearing on numerous radio and TV broadcasts, Garfield is the Editor in Chief of livinglies.wordpress.com, a blog site that has reached over 1 million visits and is widely regarded as the premier resource on the internet for foreclosure cases, opinion, links to law reviews, practice guides and current events the foreclosure of securitized mortgages. Garfield draws on his Wall Street experience and trial lawyer years combined with intensive analysis of derivatives, securitized financial products and personal relationships developed over the years which give him unique insights into the realities of Wall Street in the Mortgage Meltdown of 2001-2009.

✓ Starting out on **Wall Street**, he became proficient in the language and conduct of highly complex financial transactions. At an early age, Mr. Garfield personally handled the negotiations leading to successful **mergers, acquisitions, multimillion dollar financing, IPO's, secondary offerings, and private financing** for dozens of companies.

✓ He then achieved his **MBA and JD degrees with distinction**, and began a 35 year law and business consulting career.

✓ Following his law career he assumed control of two **public companies** for which he successfully structured financing and merger programs, **creating and implementing novel business and marketing plans for information systems** storage and retrieval including a mobile platform for backfile conversion for clients who were installing imaging systems. Initial clientele included **Fannie Mae, Chemical Bank, the Securities and Exchange Commission, the New Mexico Legislature**, and a host of Universities and Government agencies. Under his direction the publicly traded stock increased market value from **$150,000 to $45,000,000** in nine months.

✓ Following that engagement, he bought out the **ATM/POB portfolios** of several different companies now consolidated under EFT Systems, Inc., d/b/a American Bank Card, which now manages more than **$30 million** in electronic payments for retail sales, an **increase of 250%**. The EFT's **business expanded** to include **prepaid debit cards, ACH origination, and technology consulting** to banks and independent sales organizations.

✓ As president of American Bank Card, he created, funded and implemented the business plan for a cooperative marketing channel to community banks for technology sales, deployment, and support. He is now **General Counsel to the SMART cooperative of community banks** that includes a newly launched bank network, and a host of electronic funds transfer services on behalf of bank and private enterprise clients.

**WALL STREET BACKGROUND:**

With a family securities business in his background (Garfield and Co. Members NYSE, AMEX etc.) Mr. Garfield started off as a trainee securities analyst and quickly rose to be Director of Research and Director of Mergers and Acquisitions at well-respected brokerage houses on Wall Street. At the end of this portion of his career, Mr. Garfield concurrently studied for his **MBA** *magna cum laude.* He was licensed as a registered representative 1968-1972.

**LAW CAREER**

Following his investment banking career, Mr. Garfield moved to Florida where he studied law and was awarded his **JD degree** *cum laude.* Concurrently with his studies, he was the business manager for a small law firm in Fort Lauderdale.

A member of the **Florida Bar** since 1977, he devoted most of his time to practicing law from 1977 through 1992. He is also a member of the **Federal Trial Bar**, the Federal Bankruptcy Bar, and several national and local committees. Until his semi-retirement in December, 1992 he was also a member of The Florida Trial Lawyers Association, the American Bar Association and the West Broward Bar Association. He has served on committees for the Florida Bar and was a volunteer, early in his legal career for the Florida Bar Committee for mental disability law reform, where he represented individuals incarcerated for reasons associated with mental disabilities (pro bono).

He received his Undergraduate Degree from Dickinson College in 1968, his MBA from Iona College in 1974, Magna Cum Laude, and his Juris Doctor from Nova University Center for the Study of Law in 1977, Cum Laude.

The concentration of his law practice was in the areas of commercial transactions, commercial litigation, condominium law, administrative law and bankruptcy. He has been the recipient of **numerous academic awards** in business and law, including:

> **LAW**
> *American Jurisprudence Award in Torts
> *American Jurisprudence Award in Commercial Transactions
> *American Jurisprudence Award in Federal Jurisdiction
> *Horn Book Award for outstanding scholastic achievement from Nova University Law Center
> (first out of 175 students)
> **BUSINESS, ACCOUNTING AND TAXATION**
> *Medal for Academic Excellence 1974, MBA, (first in a two-year program of 159 students)
> *Who's Who Among Students in American Universities and Colleges - 1974 - Iona College

Concurrently with his law career, he was frequently retained as a **business consultant** to small and medium sized businesses. Mr. Garfield assumed the Presidency of two public companies in 1992 and was charged with the responsibility of finding and closing on mergers, acquisitions, financing, and developing the business plans of those entities through the acquisition of qualified personnel. At the commencement of his engagement, neither company had any assets other than loosely defined business plans. In an 18 month period these companies **raised over $2.5 million in cash, made acquisitions for real estate valued in excess of $8 million,** and acquired several operating companies. In addition, the business plans of the companies were refined, placing DIS as the leading company in the field of backfile conversion (conversion of hard copy documents into computer storage) and consulting on information systems, storage and retrieval. During that tenure he managed 45 employees.

# PUBLICATIONS

Published numerous **articles on law and business, including practice manuals for Florida lawyers**. He has published several articles and tapes on specific legal and business subjects as well as personal development and has appeared on numerous television and radio programs, including the Sandy Peyton Show, Eyewitness News, Palm Beach, Florida, PBS and Channel 33, WNWS Radio, WJNO Radio, and had his own radio talk show on WGBS in 1986.

**Editor** of *SMARTBanking Fax Newsletter*,., to 350 Florida independent community banks. Currently working on articles for banking publications and other publications and a book intended to be published in early 1999 entitled *Banking in the Next Millenium: Strategies for Survival and Prosperity*.

# EMPLOYMENT HISTORY:

**2007—present Founder and Editor <u>www.livinglies.wordpress.com</u>**

**2008-present presenter of Garfield Continuum Attorney CLE and Lay Seminars in Foreclosure**

**and Securitized Mortgages**

**2003—present: Consultant to General Transfer Corporation, GTC Consulting**

**1997---2009 General Counsel SMARTBanks**

**1997---present: Chairman, President EFT Systems, Inc. d/b/a American Bank Card**

**1994-1999 Editor of SMARTBanks Fax Newsletter**

**1994: Chief Operating Officer, American Bank Card, Inc.**

1992 - 1994: Chairman and CEO Technology International, LTD., Chairman and CEO, Data Imaging Services, Inc., Chairman, Garco Business Development Corp. .

1992 - 1993: Partner, Garfield & Levin, P.A., condominium law.

1978 - 1992: President, Garfield & Associates, P.A., general law practice.

1977 - 1978: Partner, Law Offices of Fields & Garfield, general practice.

1977 Partner, Law Offices of Hurth, Fields & Garfield, general practice.

1975 - 1977: Business Manager, Law Offices of Hurth & Saphirstein

1973 - 1975: Consultant, Garfield & Company - Members, NYSE, AMEX, etc.

1970 - 1973: President and Majority Shareholder, Leisure Research Company, Investment Bankers

1969 - 1970: Director, Mergers and Acquisitions, and Registered Representative, Granger & Company, Members NYSE, AMEX, etc.

1968 - 1969: Director Research Department, and Registered Representative, Spingarn, Heine Company, Members, NYSE, AMEX, etc.

1968 Trainee - Security Analyst and Registered Representative, A.L. Stamm & Company, Members, NYSE, AMEX, etc.

## TEACHING AND PUBLIC SPEAKING EXPERIENCE:

1. Iona College **Graduate School** of Business Administration: Taught individual classes in a variety of management, auditing and accounting courses as substitute for usual professor.

2. Broward Community **College**: Taught variety of subject dealing with law and business for adult education. Guest lecturer on business, law, and psychology of learning and performance.

3. **Seminars**: Conducted numerous seminars in law, business and personal development. Methods employed: lecture, Socratic and experiential. Garfield Continuum Seminars on Foreclosure Defense, Litigation and Securitized Mortgages is qualified for Continuing Legal Education Credits in 26 states varying from 6.5 to 9.5 credits.

4. **Trials**: Every trial is an educational seminar for the jury or judge. In the course of 17 years of practice, has appeared as lead counsel in over 2000 contested hearings, bench trials and jury trials and approximately 20 oral arguments on appeal.

5. **Radio**: In 1985-1986, host of several radio programs, including the Neil Garfield Condo Connection show on what was then WGBS. This program dealt with educating the public concerning the law and practice as it related to living in condominiums, cooperatives, and home owner associations.

6. **Television**: Periodically over the years has appeared as the spotlighted guest or on a panel on PBS and other stations relating to condominium law, administrative law, and general business subjects.

7. *Currently preparing curriculum for seminar and matriculated course offerings in electronic commerce and electronic banking.*

## PERSONAL:

Married December 6, 2003 to Joyce Molloy Children: Marc Andrew Garfield DPM (40, prior marriage, **Podiatrist**) Virginia beach, Va., Chelsea Lauren Garfield (35, prior marriage, Director of Website for Citizens property Insurance, Florida, Danielle Kinorah Garfield, age 20, attending Broward Community College, Cocnut Creek, FloridaAmerican Heritage School in Plantation, Florida. Brother, Gary J. Garfield, M.D., is a practicing **Cardiologist** in Coral Springs, Florida. Father, Frederick M. Garfield, M.D., was a retired **Physician**. Cousin, Brian Garfield is an **Author** in Hollywood, California ("Death Wish,", "Hopscotch", "Kolchak's Gold," etc.). Hobbies include music (keyboard player), reading and travel. The Garfield family created the **first fully U.S. automated pharmaceutical plant** at the beginning of this century. It is now an exhibit at the Smithsonian Institute in Washington, D.C.. The family also created and patented the process by which lanolin is extracted from cholesterol, providing the base for all cosmetics and paints made in the world.