Katherine Christensen
Real Party in Interest Under Injury
c/o 1134 West Grand Caymen Drive
Gilbert, Arizona 85233
(480) 813-3885
Pro Se

FILED
2009 DEC 15 PM 12:35
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| In re: ) | CASE NO. 09-21818-RTB |
| ) | |
| Katherine Christensen ) | CHAPTER 7 |
| Debtor, Real Party in Interest ) | |
| ) | NOTICE OF INCLUSION OF |
| V. ) | OF TESTIFYING EXPERT |
| AURORA LOAN SERVICES LLC ) | WITNESS INTO CASE |
| its successors and/or assigns ) | MICHAEL A. PAOLETTA |
| ) | |
| _____ ) | Assigned to Hon. Redfield T. Baum |

Katherine Christensen ("Real Party in Interest" herein), respectfully submits

This NOTICE OF INCLUSION OF TESTIFYING EXPERT WITNESS Michael

A. Paoletta. Mr. Paoletta has been retained to serve as a testifying expert witness in

case 09-21818. Mr. Paoletta has extensive experience and expertise as (1) an

economist, (2) a money and banking expert, (3) a research writer, and (4) a teacher.

His lifelong study of monetary and banking instruments includes the complete

operations of the Federal Reserve Board of Governors, the 12 regional Federal Reserve Banks, the operations of the commercial banks, and the negative economic impact of the present banking system upon the government and people of all fifty states. He published his first audio book, *Introduction to the Federal Reserve System*, in 1994. The collective hands-on time spent in researching, authenticating the material, writing, and recording the material took over three years and thousands of hours. His second audio book, entitled *The Federal Reserve: The Game Is Up, The Game Is Over.* was released in 1996. This latter audio book is presently being re-mastered with new sound effects, and the estimated new release date is 2010. The second audio book is comprised of six CDs pertaining to principles of money and banking. For this book he personally conducted interviews of economic experts, established Federal Reserve authors, and officials from the Federal Reserve Banks of Philadelphia, Richmond, Atlanta, Chicago, New York, Cleveland, Boston, Dallas, and San Francisco. In addition to studying 476 books pertaining to economic banking theory, he has read and studied thousands of pages of congressional reports, the Federal Reserve's own writings, pamphlets, writings from major recognized economists, and money and banking books used in today's higher levels of education at colleges and universities from all over this country. He has also studied and/or discussed these issues directly or by reading opinions written by former and current congressional leaders and recognized experts on the

history of central banking and on the pledging of notes, bonds, and other financial instruments at all levels within the operation of the Federal Reserve. In addition, he has extensively read treatises on the financial history of money and banking. He has published seven booklets and written several articles covering all of the subjects just mentioned. His understanding of the principles of banking practices and monetary instruments is unchallenged. He is a sought after presenter and his nationwide seminars are often to standing room only capacity. A summary biographical sketch and resume, including further details of his work experience, readings, publications, and education will be made available to the Court upon request.

> Rule 702. Testimony by Experts
>
> If scientific, technical, or other specialized knowledge will assist the trier of fact to understand the evidence or to determine a fact in issue, a witness qualified as an expert by knowledge, skill, experience, training, or education, may testify thereto in the form of an opinion or otherwise, if (1) the testimony is based upon sufficient facts or data, (2) the testimony is the product of reliable principles and methods, and (3) the witness has applied the principles and methods reliably to the facts of the case.

The Committee on Rules of Practice and Procedure of the Judicial Conference of the United States proposed the following amendment of Rule 702, dated August 15, 1991:

Testimony providing scientific, technical, or other specialized information, in the form of an opinion or otherwise, may be permitted only if (1) the information is reasonably reliable and will substantially assist the trier of fact to understand the evidence or to determine a fact in issue and (2) the witness is qualified as an expert by knowledge, skill, experience, training, or education to

provide such testimony. Except with leave of court for good cause shown, the witness shall not testify on direct examination in any civil action to any opinion or inference, or reason or basis therefor, that has not been seasonably disclosed as required by Rules 26(a)(2) and 26(e)(1) of the Federal Rules of Civil Procedure.

In deciding whether the opinion evidence is reasonably reliable and will substantially assist the trier of fact, as well as in deciding whether the proposed witness has sufficient expertise to express such opinions, the court, as under present Rule 702, is governed by Rule 104(a).

The rule is also revised to complement changes in the Federal Rules of Civil Procedure requiring pretrial disclosure of the expert testimony to be presented at trial. The rule precludes the offering on direct examination in civil actions of expert opinions, or the reasons or bases for opinions, that have not been adequately and timely disclosed in advance of trial. It has not been unusual for the testimony given at trial by an expert to vary substantially from that provided under former Fed. R. Civ. P. 26(b)(4)(A)(i) or at a deposition of the expert. At a minimum, any significant changes in an expert's expected testimony should be disclosed before trial, and this revision of Rule 702 provides an appropriate incentive for such disclosure in addition to those contained in the Rules of Civil Procedure.

In the interest of justice the Real party in Interest respectfully requests of the bankruptcy trustee and judge to weigh all the evidence to be discovered through deposition in order to have a proper and lawful conclusion in law before any of the alleged lenders can proceed. Real Party in Interest respectfully requests a finding of facts and a conclusion of law.

NOTICE OF INCLUSION OF TEST. EXP. WITNESS MP                                   PAGE 4 DESC
Case 2:09-bk-21818-RTB    Doc 52    Filed 12/15/09    Entered 12/16/09 13:44:36    Desc
Main Document    Page 4 of 5

12/16/2009

As an expert with knowledge of money and banking systems, Mr. Paoletta's expert testimony will be essential to save massive hours of Court time, such as by the ability to summarize such voluminous documents into usable testimony in language that can be understood by ordinary persons without technical expertise in this area. Now that The Real Party in Interest has become more knowledgeable due in large part to the consulting aspect provided by Mr. Paoletta, less of Mr. Paoletta's contribution to her case will be in the way of preliminary work to help in obtaining essential basic information about the real world and true nature of mortgage loans, and will be devoted to evaluation of large amounts of materials and providing expert testimony.

Real Party in Interest will prove that the processes involved in banking and money and the mortgages in the system as it is today have involved massive and widespread fraud that was so sophisticated that it went undetected long enough to almost destroy the entire world economy. It is no small task to unravel the facts, circumstances and conditions well enough to find and show in Court how and where this is relevant to her mortgage claims. She is convinced that retaining Mr. Paoletta is crucial to proving her case based on his previous successes on similar cases.

DATED: December 15, 2009

*Katherine Christensen*
Katherine Christensen
Real Party in Interest