```
Katherine Christensen
Real Party in Interest Under Injury
c/o 1134 West Grand Caymen Drive
Gilbert, Arizona 85233
(480) 813-3885
Pro Se
```



# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

## PHOENIX DIVISION

| | |
|---|---|
| In re: ) | CASE NO. 09-21818-RTB |
| ) | |
| Katherine Christensen ) | CHAPTER 7 |
| Debtor, Real Party in Interest ) | |
| ) | NOTICE OF INCLUSION OF |
| V. ) | EVIDENCE INTO CASE |
| AURORA LOAN SERVICES LLC ) | |
| its successors and/or assigns ) | |
| ) | |
| _____ ) | Assigned to Hon. Redfield T. Baum |

Katherine Christensen ("Real Party in Interest" herein), respectfully submits

This NOTICE OF INCLUSION OF EVIDENCE INTO CASE No. 09-21818.

Please let the record show that Pursuant to the Federal Rules of Evidence 901 and

902 the following sources are being submitted into evidence. Please note that

further details about these books will be submitted to the court at a later date. This

is simply a Notice given in an abundance of caution that these sources will be used

by Real Party in Interest and by her testifying expert witnesses.

1. Money and Banking
by David R. Kamerschen, Eugene S. Klise
ISBN: 0-538-08240-2

2. A Primer on Money
Subcommittee on Domestic Finance Committee on Banking and Currency
House of Representatives
88th Congress, 2d Session
US Government Printing Office, Washington 1964

3. Money and Banking 4th Edition
by David H. Friedman
American Bankers Association

4. Economics Second Edition
by David R. Kamerschen, Richard B. McKenzie, Clark Nardinelli
ISBN: 0-395-38107-X

5. Economics an Introduction to Analysis and Policy Seventh Edition
by George Leland Bach
SBN: 13-227272-5

6. Economics USA Fourth Edition
by Edwin Mansfield, Nariman Behravesh
ISBN: 0-393-96641-0

7. The Economics of Money and Banking Seventh Edition
by Lester V. Chandler, Stephen M. Goldfeld
ISBN: 0-06-041234-8

8. Money and Banking a Market-Oriented Approach Third Edition
by Ivan C. Johnson, William W. Roberts
ISBN: 0-03-012518-9

9. The Economics of Money, Banking, and Financial Markets Second Ed.
by Frederic S. Mishkin
ISBN: 0-673-39831-5

10. Principles of Banking Sixth Edition
by G. Jay Francis, Norman F. Hecht, Susan M. Siegel
1998 American Bankers Association

11. Forensic Audit and Currency Trace
researched and compiled by Foreclosure Defense Group

DATED: December 15, 2009

*Katherine Christensen*
Katherine Christensen
Real Party in Interest