# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | KATHERINE CHRISTENSEN |
| **Case Number:** | 2:09-BK-21818-RTB  **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, DECEMBER 16, 2009 02:30 PM  7TH FLOOR #703 |
| **Bankruptcy Judge:** | REDFIELD T. BAUM |
| **Courtroom Clerk:** | LORRAINE DAVIS |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS |

### Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY AURORA LOAN SERVICES, LLC, ITS ASSIGNEES AND/OR SUCCESSORS

**R / M #:** 26 / 0

### Appearances:

JESSICA KENNEY, ATTORNEY FOR AURORA LOAN SERVICES
KATHERINE CHRISTENSEN, DEBTOR

### Proceedings:

Ms. Christensen confirms that this hearing is governed by the Federal Bankruptcy Court and the rules of evidence. She also seeks a transcript of the hearing. The court notes this is the Bankruptcy Court, but the rules of evidence do not pertain to this proceeding since it is not an adversary matter.

Ms. Kenney is seeking stay relief to proceed with the unlawful detainer. She reviews the history of the matter and notes a judgment has been entered by State Court.

Ms. Christensen responds in opposition and the court discusses the issues with the debtor. The court advises her that she will need to seek relief from the State Court if she believes the judgment was entered in error.

Ms. Kenney discusses the timing of the service of the writ and notes it will not be until after the first of the year.

COURT: IT IS ORDERED granting the motion on the condition that the order not be served on the Sheriff until on
     or after 1/4/10. If the movant does so, they will be held in contempt of court.

Case 2:09-bk-21818-RTB   Doc 55   Filed 12/16/09   Entered 12/17/09 07:35:30   Desc
Main Document    Page 1 of 1