|   |   |   |
|---|---|---|
| 1 | Katherine Christensen | |
| 2 | Real Party in Interest Under Injury | |
| 3 | c/o 1134 West Grand Caymen Drive | |
| 4 | Gilbert, Arizona 85233 | |
| 5 | (480) 813-3885 | |
| 6 | PRO SE | |

FILED
2009 DEC 16 PM 2:57
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA – PHOENIX DIVISION

Re:

**Katherine Christensen
Real Party in Interest,**

　　　　　　　　　　**Plaintiff,**

V.

**AURORA LOAN SERVICES LLC**
　It's successors and/or assigns

　　　　　　　　　　**Defendants,**

Case No.: 09-21818-RTB

MOTION TO QUASH ALL DEFENDANT'S MOTIONS, PLEADINGS, ETC., AND GRANT PLAINTIFF SUMMARY JUDGMENT FOR DEFENDANTS AND DEFENDANT'S ATTORNEYS FAILURE TO APPEAR PURSUANT TO F.R.C.P 1, 5.1, 11, 17A AND OTHERS.

Assigned to Hon. Redfield T. Baum

　　　　Comes now, Katherine Christensen, Plaintiff, moves this court for default judgment in favor of Plaintiff as Defendant(s) have chosen to not appear and Defendant(s)'s attorney(s) have failed to follow the Arizona Rules of Civil Procedure and/or the Federal Rules of Civil Procedure requiring them to notice the court BEFORE filing ANY motions, pleadings, documents, etc. and/or appearing in this court.

　　　　Plaintiff invokes all her rights and court rules of procedure and accordingly this court is hereby requested to protect all of Plaintiff's rights and follow all of the court's rules of procedure.

　　　　Furthermore, Plaintiff invokes Erie doctrine in this case for the diversity of jurisdiction as the real property in question is in Arizona and the Defendant(s) and/or banks are in other States.

1. Furthermore, Plaintiff declares Plaintiff has the right to rely on, and the court has the duty to follow the Arizona Rules of Civil Procedure and the Federal Rules of Civil Procedure including but not limited to; those Rules governing the court, appearance, and attorneys.

Furthermore, for clarification, ALL claims, reliefs, statements, etc., by Plaintiff concerning this matter are to be considered as though Defendant(s) may be acting jointly or separately and any verbiage herein shall be construed as such is Plaintiff's contention and intent.

Defendant(s)'s attorney(s) are not the Real Party(s) In Interest and every claim and/or statement Defendant(s)'s attorney(s) makes is hearsay and is hereby objected to pursuant to the rules of evidence concerning hearsay, and notice of appearance, and other rules, and must be stricken from the record.

*See: Federal Rules of Civil Procedure Rules 1, 5.1, 11(a), 17A, and others*

*See: Arizona Rules of Civil Procedure Rules 1, 5.1, and others*

*See: Rules of Evidence Rule 803, and others.*

Defendant(s) cannot even make the claim that they are here on behalf of their client as the Real Party in Interest is the ONLY person that can inform the court that his attorney is there in his place. Even if the attorney could make such a claim, every word uttered by said attorney after that statement, concerning this issue, could only be hearsay as the attorney was not privy to the information discussed, and if the attorney was privy to the information and a party to the action then the attorney has committed fraud upon the court by not originally stating such a claim and informing the court of his conflict of interest due to his position as a business partner and/or associate with the Real Party In Interest in his filings.

This court CANNOT acknowledge Defendant's and/or Defendant(s)'s attorney(s)'s statements, motions, pleadings, and/or papers and accordingly the only fair remedy for Plaintiff in this instant matter, due to Defendant(s)'s voluntary acquiescence of Defendant(s)'s rights in this proceeding, is default judgment in favor of Plaintiff.

Pursuant to F.R.C.P. Rule 11, and/or others, no statements, no motions, pleadings, etc. have been entered by Defendant(s)'s attorney(s) as ALL pleadings, written motions, and other

paper must be signed by at least one attorney of record in the attorney's name and no pleadings, motions and/or other papers entered into this court by Defendant(s)'s attorneys have been signed by ANY attorney of record and therefore MUST be stricken from the record and disavowed and ignored by this court as no such documents have appeared to this court.

Pursuant to A.R.C.P. Rule 5.1, and/or F.R.C.P. Rule 11 and/or others, no statements made by Defendant(s)'s attorney can be considered by this court as Defendant(s)'s attorney(s) have not noticed this court properly and accordingly any statements made by Defendant(s)'s attorney(s)'s are ONLY evidence of Defendant(s)'s attorney(s) trespassing on this case and therefore any and all of Defendant(s)'s attorney(s)'s statements MUST be stricken from this court's record.

Plaintiff hereby objects to any and all continuances requested by Defendant(s) in this matter as Defendant(s) is knowledgeable of the law and could ONLY have chosen to not appear for fraudulent reasons or as a means of requesting default judgment in favor of Plaintiff without Defendant(s) admitting responsibility for their fraudulent acts.

Plaintiff hereby objects to any and all attempts by Defendant(s)'s attorney(s) to enter into the record any notices of appearance as time has lapsed and laches apply therefore preventing Defendant(s) from entering any notices of appearances as Defendant(s)'s attorney have already violated A.R.C.P. Rule 5.1 and, F.R.C.P. Rule 11and others, and therefore has voluntarily forsaken the right to enter any notices of appearances.

  The LAW states: "These Rules govern."
  The LAW states: "<u>NO</u> attorney shall appear in any action *or file anything* in any Action without FIRST appearing as counsel of record.
  The LAW states: "Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name..."

Pursuant to the LAW: since no attorney has noticed this court that they are the attorney(s) of record for Defendant(s), then no party has lawfully appeared for Defendant(s), and Defendant(s) have not appeared, then there is NO CONTROVERSY and this court MUST grant

ALL of Plaintiff's requests for relief as there is no party contesting Plaintiff's request; *unless this court chooses to practice law from the bench on behalf of the Defendant(s)*.

CLAIMS:

Plaintiff states the claims that:

1. Defendant(s)'s attorney is not the Real Party In Interest; and
2. a) Defendant(s) have, by Defendant(s)'s acquiescence and failure to appear has moved this court for default judgment in favor of Plaintiffs; and
   b) Defendant(s)'s failure to appear is contempt of court; and
3. Defendant and Defendant(s)'s attorney(s) have relinquished all rights to argue against Plaintiff's claims and/or requests for relief by purposely violating the F.R.C.P.; and
4. There is NO attorney of record for Defendant(s) in this matter, as evidenced by this court's own record and/or docket.
5. Defendant(s) has purposely failed to appear in this matter in an attempt to request this court grant default judgment to Plaintiff without Defendant(s) accepting responsibility for Defendant(s)'s fraudulent actions; and
6. Defendant(s)'s attorney(s) have purposely not filed notices of appearances to commit fraud upon this court to prevent them from being held accountable for their frivolous arguments against Plaintiff's claims;
7. Defendant(s)'s attorney(s) have purposely not filed notices of appearances to commit fraud upon this court to prevent them from being held accountable for their attempt to change law in violation of Rule 11;
8. Defendant(s)'s attorney(s) have purposely not filed notices of appearances to commit fraud upon this court to prevent them from being held accountable for their contemptuous actions against this court.
9. Defendant(s) and/or Defendant(s)'s attorney(s) cannot be heard or seen by this court as Defendant(s) and/or Defendant(s)'s attorney(s) have not lawfully appeared before this court.

RELIEF:

The fair and equitable relief that MUST be granted in accordance with Defendant(s)'s failure to appear is:

1. Default judgment in favor of Plaintiff; and
2. Defendant(s) be estopped from any further and/or future actions against Plaintiff; and
3. Plaintiff be awarded what would be the normal attorney's fees and cost in a matter such as this, which would be a sum total of $50,000.00; and
4. Plaintiff be awarded punitive damages of a sum total of $50,000.00; and
5. Plaintiff be awarded all rights to the real property under dispute, including without limits, full title and deed; and
6. Defendant(s) be ordered by this court to fully assign the title and deed to the real property in dispute forthwith, no later than one week after the date of this hearing; and
7. Defendant(s)'s attorney(s), and attorney(s)'s firm, be barred from entering any motions, pleadings, and/or documents and/or evidence into this court in this matter as Defendant(s)'s attorney(s) are not the attorney of record and as such cannot now go back in time and correct their purposeful failure to follow the rules of procedure, for once the rule is violated said violation cannot be undone; and
8. Defendant(s)'s attorney(s) and attorney(s)'s firm(s) be sanctioned by this court for their purposeful violation of procedure and thus purposely causing harm to Plaintiff; and
9. Defendant(s) be permanently barred from bringing any action in the court without; properly informing the court of EXCATLY who the Real Party In Interest is in any matter and said Real Party In Interest appearing in the court for said action.

If Defendant(s) do not object with this relief in open court at the time this request is heard the Defendant(s) is hereby in agreement with this action of relief, and any objection by

Case 2:09-cv-02418-RLH-RJJ  Document 16  Filed 12/16/09  Entered 12/17/09 13:16:18  Page 5 of 15
MOTION TO QUASH - RW BERNDT AS TESTIFY - 12/9
Main Document    Page 5 of 19

12/17/2009

Defendant(s)'s attorney(s), who is not the attorney of record, can ONLY be hearsay and MUST be disregarded by this court and stricken from the record.

Any response by Defendant(s) and/or Defendant(s)'s attorney(s) therefore must be rejected by this court as such would be another violation of Rule 5.1and/or Rule 11.

All Defendant(s)'s attorney(s) have in fact violated their contractual agreement for ethical behavior and the rules of court when they spoke in open court and entering motions pleadings, and/or papers into this court without being the attorneys of record in this matter. Defendant(s)'s attorney(s) did in fact, and are in fact, trespassing on this case and may also be committing the act of barratry with their unethical behavior and procedural violation(s).

Plaintiff moves this court to charge any and all Defendant(s)'s attorney(s) with contempt of court if any and all of Defendant(s)'s attorney(s) again attempt to speak in this court and/or file any motions, pleadings and/or papers of any kind after all Defendant(s)'s attorney(s) have previously violated so many of the rules of procedures.

Let the record show for Plaintiff's appeal, *if this court chooses to allow Defendant(s)'s attorney(s) to violate the Arizona Rules of Civil Procedure and/or the Federal Rules of Civil Procedure in order to fraudulently take possession of Plaintiff's real property*, that this court has allowed a case to continue without an appearance by a Defendant(s) and/or with allowing Defendant(s)'s attorney(s) to violate several rules of procedure, including without limits, the requirement that attorneys appear BEFORE filing and/or speaking in open court.

This Motion is supported by the law of the case herein, the prior rulings of this Court herein, the docket of this case, each of which are incorporated herein by this reference as if fully set forth, and for each of which Plaintiff asks this Court to take judicial notice thereof. This Motion is further supported the accompanying Memorandum of Points and Authorities.

DATED this 16th day of December, 2009.

*Katherine Christensen*

Katherine Christensen, Real Party in Interest

## MEMORANDUM OF POINTS AND AUTHORITES

Other rules and laws may apply and the listing of these rules and laws is not meant to exclude any other rules and laws and nor should the court interpret said listing to prevent the inclusion of any applicable rules and/or laws.

I. No attorney has appeared for the Defendant.

1. The DOCKET as appeared on PACER on September 9, 2009 is four (4) pages in length and has fifty (50) entries, including NO notices of appearance. The first being: "Receipt for Petition Filing Fee" filed and entered on 09/04/2009 and the last being: "Motion to Continue" filed on 12/14/2009 and entered on 12/16/2009.

This is prima facie evidence and part of this courts record that Defendant(s)'s attorney(s) have NOT appeared before this court BEFORE taking any action, including without limits, filing and/or appearing. Defendant(s)'s attorney(s) have done both, in violation of;

i) Their contract(s) with the BAR which has a rules of ethics clause; and

ii) Rule 1 of the Federal Rules of Civil Procedure; and

iii) Rule 1 of the Arizona Rules of Civil Procedure; and

iv) Rule 5.1 of the Arizona Rules of Civil Procedure; and

v) Rule 11 of the Federal Rules of Civil Procedure; and

vi) Rule 17A of the Federal Rules of Civil Procedure; and

vi1) Any and all other applicable Rules of court procedures.

Federal Rules of Civil Procedure Rule 1, 11 and 17A, and Arizona Rules of Civil Procedure Rule 1, and 5.1 MUST remain inviolate and accordingly Defendant(s)'s attorney(s) have disqualified their selves and their firms from this case.

2. ALL Attorney's, pursuant to the Arizona Rules of Civil Procedure, Rule 5.1, Duties of Counsel, are prohibited from filing anything in any action without first appearing as counsel of record. Arizona is a State of Notice, and a formal Notice of Appearance is required.
Rule 5.1 states:
NO attorney shall appear in any action *or file anything* in any Action without FIRST appearing as counsel of record. In any matter, even if

it has proceeded to judgment, there must be a formal substitution or
association of counsel before any attorney, who is not an attorney of
record may appear." *(Emphasis added)*

Procedures are the same for Arizona Family Law cases:
Family Rules of Civil Procedure, Rule 6.2(b) states: "Notice of Appearance. *An attorney filing a petition, complaint, response, answer, or petition for order appear on behalf of a party shall also file a Notice of Appearance.* Once the attorney has filed a Notice of Appearance the Clerk of the Court shall then send all minute entries to the attorney at the address stated in the Notice of Appearance."
*(Emphasis added)*

Procedures are the same for Arizona Criminal cases.
Arizona Rules of Criminal Procedure, Rule 6.3: Duties of counsel; (a) Notice of Appearance. At his or her first appearance in any court on behalf of a Plaintiff, an attorney, whether privately retained or appointed by the court, *shall file a notice of appearance on a form provided by the clerk of the court."* *(Emphasis added)*

It is a well known fact that Arizona is a State of Notice. The document known as the "Notice of Appearance" eliminates ambiguity and confusion as to *who* has been given, and *who* has accepted, the responsibility of representing a party before it, constitutes an affirmative representation by the purported representative to the Court that *he/she* has been authorized by the party on whose behalf he/she appears, and that *he/she* accepts the responsibility of representation until relieved.

The "Notice of Appearance" further allows the Clerk of the Court the information necessary to supplement the docket sheet. Defendant may argue that the Clerk's office accepts Complaint as a Notice of Appearance. Plaintiffs argue the Clerk's office is not exempt from having to follow the Arizona Rules of Civil Procedure and/or the Federal Rules of Civil Procedure, since pursuant to Rule 1, they are what govern.

Without strict compliance to the formal "Duties of Counsel," an attorney is procedurally prohibited from appearing before the Court, and prohibited from filing *anything* on behalf of another. The rule is in "plain English" and even a three year old laymen knows what the word "NO" means.

3. No motion filed by Defendant(s)'s attorney(s) can be accepted by this court pursuant to Fed. R. of Civil Pr. Rule 11.

---

FEDERAL RULES OF CIVIL PROCEDURE

Rule 11. Signing Pleadings, Motions, and Other Papers; Representations to the Court; Sanctions
(a) Signature.
Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name — or by a party personally if the party is unrepresented. The paper must state the signer's address, e-mail address, and telephone number. Unless a rule or statute specifically states otherwise, a pleading need not be verified or accompanied by an affidavit. The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention.
(b) Representations to the Court.
By presenting to the court a pleading, written motion, or other paper — whether by signing, filing, submitting, or later advocating it — an attorney or unrepresented party certifies that to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances:
(1) it is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
(2) the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law;
(3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and
(4) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or a lack of information.
(c) Sanctions.
(1) In General.
If, after notice and a reasonable opportunity to respond, the court determines that Rule 11(b) has been violated, the court may impose an appropriate sanction on any attorney, law firm, or party that violated the rule or is responsible for the violation. Absent exceptional circumstances, a law firm must be held jointly responsible for a violation committed by its partner, associate, or employee.
(2) Motion for Sanctions.
A motion for sanctions must be made separately from any other motion and must describe the specific conduct that allegedly violates Rule 11(b). The motion must be served under Rule 5, but it must not be filed or be presented to the court if the challenged paper, claim, defense, contention, or denial is withdrawn or appropriately corrected within 21 days after service or within another time the court sets. If warranted, the court may award to the prevailing party the reasonable expenses, including attorney's fees, incurred for the motion.
(3) On the Court's Initiative.

On its own, the court may order an attorney, law firm, or party to show cause why conduct specifically described in the order has not violated Rule 11(b).

(4) Nature of a Sanction.

A sanction imposed under this rule must be limited to what suffices to deter repetition of the conduct or comparable conduct by others similarly situated. The sanction may include nonmonetary directives; an order to pay a penalty into court; or, if imposed on motion and warranted for effective deterrence, an order directing payment to the movant of part or all of the reasonable attorney's fees and other expenses directly resulting from the violation.

(5) Limitations on Monetary Sanctions.

The court must not impose a monetary sanction:

(A) against a represented party for violating Rule 11(b)(2); or

(B) on its own, unless it issued the show-cause order under Rule 11(c)(3) before voluntary dismissal or settlement of the claims made by or against the party that is, or whose attorneys are, to be sanctioned.

(6) Requirements for an Order.

An order imposing a sanction must describe the sanctioned conduct and explain the basis for the sanction.

(d) Inapplicability to Discovery.

This rule does not apply to disclosures and discovery requests, responses, objections, and motions under Rules 26 through 37.

*(All emphasis added)*

---

4. Since there is no "attorney(s) of record"; there are no motions, pleadings, etc. before this court from the Defendant(s) that is signed by the Defendant(s) and/or Defendant(s)'s attorney(s) of record. There also can be no motions, pleadings, etc. entered in the future by Defendant(s) and/or Defendant's attorney(s) as said parties cannot go back in time and undue the errors they have already committed. They also cannot again violate the rules and file anything into the record as such would be purposeful fraud now that they have been informed of their errors.

5. Defendant(s) and/or Defendant(s)'s attorney(s) cannot claim their error was an "oversight" or any such accidental error as the courts calendar certainly proves that the banks and law firms are knowingly violating the rules consistently simply because the courts have allowed them to get away with breaking the applicable laws and rules for so long without accountability. This in no way justifies their behavior, nor does it mean their behavior may continue and/or that they should not be held accountable to the rules strictly because they have violated them for so long.

6. The rule of law MUST be adhered to, regardless of past errors, purposeful fraud, and/or mistakes.

7. *EITHER THE RULES COUNT OR THEY DO NOT!!!*

/

II. Laws must be applied equally to both parties.

1. If Plaintiff did not appear in this matter Defendant(s)'s attorney(s) would move this court, and this court would most surely grant, summary judgment in favor of Defendant(s). Accordingly, Defendant(s) and Defendant(s)'s attorneys have not appeared, *pursuant to A.R.C.P. and/or F.R.C.P. requirements and thus have not appeared.*

Therefore this court MUST grant Plaintiff's motion for default judgment in favor of Plaintiff.

If the court then does not now enter a default judgment against Defendant(s) this court is then stating that this court will allow banks and attorneys to violate the law of procedures to win, but will not allow laymen and citizens to be protected by, and have access to the same law. Such would be reprehensible and an obvious violation of Federal Constitution Article II § 13 which states:

> Equal privileges and immunities
> Section 13. No law shall be enacted granting to any citizen, class of citizens, or corporation other than municipal, privileges or immunities which, upon the same terms, shall not equally belong to all citizens or corporations.

2. No where is it stated, nor does any concept, in the Federal and/or State Constitution(s) confer to bank(s) and/or attorney(s) some special immunity and/or authority, including without limits Letters of Marque and Reprisal, of any type to disregard the rules and laws to further their own interest at the cost of this court appearing bias. In fact, this court is well aware of the numerous SCOTUS decisions requiring this court to maintain the appearance of being unbiased. It would be a functional impossibility for this court to allow the Defendant(s) and Defendant(s)'s attorney(s) and attorney(s)'s firm to violate so many rules and laws and not appear bias, and in

fact obviously be biased. Especially when the banks and attorneys violate the same rules and laws the summons threatened to use against Plaintiffs if Plaintiffs did not appear.

III.     Hearsay exception does not apply to non-attorney of record.

1.  Defendant(s)'s attorney(s)'s statements must all be considered hearsay and cannot be considered to have any exception as exceptions do not apply to such a party that is merely trespassing on a case.

2.  All statements by Defendant(s)'s attorney(s) must be stricken from the record and disregarded by this court.

IV.     Who is the Real Party In Interest?

1.  Pursuant to Rule 17a, Plaintiff hereby request the court to discover who the Real Party in Interest is; and claims no such party has appeared in this court.

2.  No one has appeared in this court claiming to be the Real Party In interest on the Defendant(s)'s side.

3.  Defendant(s)'s side has no attorney of record.

4.  This court has no motions, pleadings, etc. signed by an attorney of record on the Defendant(s)'s side.

5.  Defendant(s)'s failure to appear and Defendant(s)'s attorney(s)'s failure to notify the court properly causes this court to act as though Defendant(s) has agreed to ALL requests by Plaintiff.

6.  There is no controversy in this matter as by law there is only one party in this matter, Plaintiff, and therefore the court has no option but to grant ALL of Plaintiff's reliefs.

V.      These Rules govern.

Arizona and Federal Rules of Civil Procedure are there to guide the court and all parties equally.

Rule 1 states:
Scope and Purpose
These rules govern the procedure in <u>all</u> civil actions and proceedings in the
United States district courts, except as stated in Rule 81. They should be construed
and administered to secure the just, speedy, and inexpensive determination of every
action and proceeding. *(Emphasis added)*

There is no exception in this, or any other rule, for banks and/or attorneys. For the court to now allow banks and/or attorneys to violate this and/or any rule we as a society will fail and the court would cease to be a court and become nothing more than a "Star Chamber" for the banks.

Absent the Rules of Civil Procedure is absent the need and usefulness of this court. This country is in a war based on another country having courts that did not mandate rules equally in court on both parties. If this court is to now allow banks and attorneys to violate these rules in defiance of the court and equity then we as a country have become the very entity that our young men and woman are giving their lives to prevent.

There would be no greater insult to these brave men and women then to allow our own courts to act as our enemy's courts have acted. As often quoted when speaking of dictatorships; "you control the people by controlling the courts." This court must now answer the question "is this court here for equity or is this court here to help the banks and the attorneys control the people?"

VI.   Response to Defendant(s)'s unlawful Motion(s).

In accordance with Rule 12, even though it does not apply in this matter as Defendant(s)'s filing may not be considered by this court due to said filing being in violation of Rule 5.1 and Rule 11, here are Plaintiff's responses to Defendant(s)'s claims, *this in no way grants any acceptance by Plaintiff that Defendant(s)'s claims have been entered into this court's record as Defendant(s)'s attorney(s)'s failure to follow procedure has permanently enjoined Defendant(s) from making any claim(s) in this court*:

Plaintiff categorically DENIES ALL claims made by Defendant(s).

Plaintiff categorically DENIES ALL requests by Defendant(s).

/

### SUMMARY

Plaintiff is pro per and/or pro se and pursuant to numerous SCOTUS rulings is not held to the same standard as an attorney.

Defendant(s)'s attorney(s) are BAR licensed attorneys and are well learned in court procedures. Defendant(s)'s attorney(s) have ONLY two (2) options in this matter; admit that they are incompetent and unable to follow the rules of court due to their incompetence, or claim that their client(s) agree with all request by Plaintiff.

Defendant(s) cannot claim in this matter that their loss is their attorney(s)'s fault as Defendant(s) made the voluntary decision to not appear in this matter. If Defendant(s) have any complaint with their attorney(s), said complaint should be directed to the BAR and has no power or effect in this court, and shall not be part of this court's record.

Regardless of Defendant(s)'s and/or Defendant(s)'s attorney(s)'s claim, the court can ONLY hear from Plaintiff in this matter as Plaintiff is the ONLY party that has lawfully appeared before this court.

This court does not have the option of violating the Rule(s) of Procedure to assist Defendant(s) in stealing real property that rightfully and lawfully is owned by and in the possession of Plaintiffs. Such blatant disregard of the Rules and bias assistance for the Defendant(s) could only be construed as this court practicing law from the bench for Defendant(s).

Defendant(s) and/or Defendant(s)'s attorney(s) disregard for the Rule of Law and Rules of Procedure shall be presumed by this court as purposeful, knowledgeable, and willful as said party is learned in said Law and Rules, and accordingly their behavior MUST be presumed as their requests that this court comply with all of Plaintiff's request for relief.

Therefore, Plaintiff's claims stand as fact and law for this case as no party can protest and/or controvert said claims; and Defendant(s) failure to respond lawfully is Defendant(s) tacit acquiescence to such, which this court MUST presume is Defendant(s)'s admittance to and agreement with all said claims; and therefore ALL of Plaintiff's reliefs MUST be granted.

/

COPYRIGHT NOTICE: The above-mentioned entity is quoting citations 'as purported in' context to copyrighted case law, statutes, rules of court and court decision material as found in books published with Federal or state funding supplied by the Citizens of the united States of

MOTION TO QUASH-LAWYERS CAN'T TESTIFY ALSO
Case 2:09-bk-21818-RTB    Doc 56    Filed 12/16/09    Entered 12/17/09 13:16:48    PAGE 14 of 19 Desc
Main Document    Page 14 of 19

12/17/2009

America and intended for use by attorneys, and does so under the provisions of the Fair use clause of the copyright laws of the United States.

DATED this 16th day of December, 2009.

*Katherine Christensen* (signature)
Katherine Christensen
Real Party In Interest

2:09-bk-21818-RTB KATHERINE CHRISTENSEN
Case type: bk Chapter: 7 Asset: No Vol: v Judge: Redfield T. Baum Sr.
Date filed: 09/04/2009 Date of last filing: 12/14/2009

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| 49 | Filed: Entered: | 12/14/2009 12/16/2009 | Motion to Continue |
| 50 | Filed: Entered: | 12/14/2009 12/16/2009 | Motion to Approve |
| 48 | Filed: Entered: | 12/11/2009 12/15/2009 | Notice of Filing |
| 41 | Filed & Entered: | 12/08/2009 | Motion to Vacate |
| 42 | Filed & Entered: | 12/08/2009 | Notice of Lodging Proposed Order |
| 43 | Filed & Entered: | 12/08/2009 | Order Vacating Hearing |
| 44 | Filed: Entered: | 12/07/2009 12/09/2009 | Motion to Strike |
| 45 | Filed: Entered: | 12/07/2009 12/09/2009 | Motion to Vacate |
| 46 | Filed: Entered: | 12/07/2009 12/09/2009 | Motion for Judgment on Pleadings |
| 47 | Filed: Entered: | 12/07/2009 12/10/2009 | Application for Order to Show Cause |
| 40 ■ | Filed: Entered: | 12/02/2009 12/03/2009 | Correspondence |
| 38 | Filed & Entered: | 11/30/2009 | Notice of Hearing on Motion |
| 39 | Filed & Entered: | 11/30/2009 | Affidavit of Service |
| 35 ■ | Filed & Entered: | 11/24/2009 | Motion to Dismiss Case |
| 36 | Filed & Entered: | 11/24/2009 | Chapter 7 Trustee Notice |

| | | | |
|---|---|---|---|
| 37 ■ | Filed:<br>Entered: | 11/24/2009<br>11/26/2009 | ○ BNC Certificate of Notice - PDF Document |
| 33 ■ | Filed &<br>Entered: | 11/20/2009 | ○ Objection |
| 34 ■ | Filed &<br>Entered: | 11/20/2009 | ○ Objection |
| -- | Filed &<br>Entered: | 11/16/2009 | ○ Auto-Docket of Credit Card Payment |
| 30 | Filed &<br>Entered: | 11/16/2009 | ○ ~~Motion for Relief from Stay (150.00 fee)~~ |
| 31 | Filed &<br>Entered: | 11/16/2009 | ○ Notice of Filing |
| 32 | Filed &<br>Entered: | 11/16/2009 | ○ Affidavit |
| 29 | Filed &<br>Entered: | 11/10/2009 | ○ Notice of Preliminary Hearing |
| 28 | Filed &<br>Entered: | 10/21/2009 | ○ Objection |
| -- | Filed &<br>Entered: | 10/19/2009 | ○ Continuance of Meeting of Creditors |
| -- | Filed &<br>Entered: | 10/19/2009 | ○ Auto-Docket of Credit Card Payment |
| 26 | Filed &<br>Entered: | 10/19/2009 | ○ Motion for Relief from Stay (150.00 fee) |
| 27 ■ | Filed &<br>Entered: | 10/19/2009 | ○ Notice of Motion for Relief from Stay |
| -- | Filed:<br>Entered: | 10/16/2009<br>10/20/2009 | ○ Adversary Proceeding Opened |
| -- | Filed:<br>Entered: | 10/15/2009<br>10/19/2009 | ○ Adversary Proceeding Opened |
| -- | Filed:<br>Entered: | 10/15/2009<br>10/19/2009 | ○ Adversary Proceeding Opened |
| -- | Filed:<br>Entered: | 10/15/2009<br>10/19/2009 | ○ Adversary Proceeding Opened |
| 24 | Filed:<br>Entered: | 10/14/2009<br>10/16/2009 | ○ Minute Entry |
| 25 | Filed:<br>Entered: | 10/14/2009<br>10/19/2009 | ○ Correspondence |

| 23 | Filed & Entered: | 10/13/2009 | 🌑 Objection |
|---|---|---|---|
| -- | Filed & Entered: | 10/09/2009 | 🌑 Continuance of Meeting of Creditors |
| 20 | Filed & Entered: | 10/06/2009 | 🌑 Motion to Convert Chapter 7 or 11 Case to Chapter 13 |
| 21 | Filed & Entered: | 10/06/2009 | 🌑 Notice of Hearing |
| 22 | Filed: Entered: | 10/06/2009 10/08/2009 | 🌑 BNC Certificate of Notice |
| 18 | Filed & Entered: | 09/28/2009 | 🌑 Return Mail |
| 19 | Filed & Entered: | 09/28/2009 | 🌑 Return Mail |
| 15 | Filed: Entered: | 09/21/2009 09/22/2009 | 🌑 Exhibit |
| 16 | Filed: Entered: | 09/21/2009 09/22/2009 | 🌑 Schedules and Statements |
| 17 | Filed: Entered: | 09/21/2009 09/22/2009 | 🌑 Declaration of Evidence of Employer Payments |
| 14 | Filed: Entered: | 09/11/2009 09/13/2009 | 🌑 Notice of Meeting of Creditors and Certificate of Notice |
| 13 | Filed & Entered: | 09/10/2009 | 🌑 BNC Form Request--341 Notice--Chapter 7 Indiv/Joint |
| -- | Filed & Entered: | 09/04/2009 | 🌑 Receipt for Petition Filing Fee |
| 1 | Filed & Entered: | 09/04/2009 | 🌑 Chapter 7 Voluntary Petition |
| 2 | Filed & Entered: | 09/04/2009 | 🌑 Notice to Debtor Not Represented by an Attorney |
| 3 | Filed & Entered: | 09/04/2009 | 🌑 Deficiency Notice to Debtor (Missing Documents Form) |
| 4 | Filed & Entered: | 09/04/2009 | 🌑 Deficiency Notice to Debtor (Missing Documents Form) |
| 5 | Filed & Entered: | 09/04/2009 | 🌑 Meeting of Creditors 7 (No Asset) |
| 6 | Filed & Entered: | 09/04/2009 | 🌑 Deficiency Notice to Debtor (Missing Documents Form) |

| 7 | *Filed:* 09/04/2009<br>*Entered:* 09/06/2009 | 🔘 BNC Certificate of Notice |
|---|---|---|
| 8 | *Filed:* 09/04/2009<br>*Entered:* 09/06/2009 | 🔘 BNC Certificate of Notice |
| 9 | *Filed:* 09/04/2009<br>*Entered:* 09/09/2009 | 🔘 Credit Counseling Certificate |
| 10 | *Filed:* 09/04/2009<br>*Entered:* 09/09/2009 | 🔘 Statement of Social Security Number |
| 11 | *Filed:* 09/04/2009<br>*Entered:* 09/09/2009 | 🔘 Initial Mailing List |
| 12 | *Filed:* 09/04/2009<br>*Entered:* 09/09/2009 | 🔘 Chapter 7 Individual Debtor Statement of Monthly Income and Means Test |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/16/2009 10:27:11 | | | |
| PACER Login: | kc2826 | Client Code: | |
| Description: | History/Documents | Search Criteria: | 2:09-bk-21818-RTB Type: History |
| Billable Pages: | 2 | Cost: | 0.16 |