Matthew A. Silverman (018919)
Jessica R. Kenney (026615)
**McCarthy ◆ Holthus ◆ Levine**
3636 North Central Avenue
Suite 1050
Phoenix, AZ 85012
(602) 230-8726

Attorneys for Movant,
Aurora Loan Services, LLC, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| In re: | Case No. 2:09-bk-21818-RTB |
| Katherine Christensen, | Chapter 7 |
| Debtor. | **RESPONSE TO MOTION FOR CITATION FOR CONTEMPT OF COURT** |
| Aurora Loan Services, LLC, its assignees and/or successors, | |
| Movant, | |
| v. | |
| Katherine Christensen, Debtor; and David A. Birdsell, Chapter 7 Trustee, | |
| Respondents. | |

Aurora Loan Services, LLC ("Movant"), by and through undersigned counsel, hereby responds to Katherine Christensen's ("Debtor/Respondent"), Motion for Citation for Contempt of Court. Counsel for Movant did not intentionally violate any Court Order. The text of the proposed form of Order Respondent cites as the alleged Contempt of Court was a clerical error on the part of Movant's Counsel. After reviewing the Minute Entry of the Preliminary Hearing
File No. AZ09-47019   1   Case No. 2:09-bk-21818-RTB
Response to Motion for Contempt

Case 2:09-bk-21818-RTB   Doc 62   Filed 12/29/09   Entered 12/29/09 04:38:58   Desc
Main Document   Page 1 of 4

and the speaking with the Court's Clerk Counsel realized her error and promptly uploaded a corrected form of Order for the Court's signature. Further, in Counsel's original Order she indicated that no service of the Writ of Restitution could take place until after January 1, 2009 at 5:00 p.m. A Writ of Restitution would need to be issued by the Superior Court and then forwarded to Sheriff for service since the Court would be closed for the weekend after 5:00 p.m. on January 1, 2009 no writ of restitution could have issued even under the verbiage of the original order until on or after January 4, 2010 because Counsel included the time of 5:00 p.m. thus complying with the Court's Order. However, to eliminate any confusion Counsel for Movant has also re-noticed an Amended proposed form of Order. No action has been taken by Movant to take possession of the property, including but not limited to, serving a Writ of Restitution. The Minute Entry for the Preliminary Hearing Ordered granting the motion on the condition that the order not be served on the Sheriff until on or after January 4, 2010. If the Movant does so, they will be held in contempt of court. Movant has not served the Writ of Restitution and will not serve said writ until on or after January 4, 2010 as the Court Ordered. Movant has no intention of maliciously serving a Writ of Restitution in violation of Court Order. Movant's Counsel inadvertently drafted confusing language for the proposed form of Order implying an incorrect date but has since remedied this error. Movant has not violated the Court's Order to not serve the Writ of Restitution until on or after January 4, 2010 and therefore, is not in Contempt of Court.

WHEREFORE, Movant prays for judgment as follows:

1. For an Order denying the Motion for Citation for Contempt of Court;

2. For such other relief as the Court deems proper.

DATED: December 29, 2009

**McCarthy ◆ Holthus ◆ Levine**

By: /s/ Matthew A Silverman
Matthew A Silverman, Esq.
3636 North Central Avenue
Suite 1050
Phoenix, AZ 85012
Attorneys for Movant

# CERTIFICATE OF SERVICE

On December 29, 2009, I served the foregoing documents described as **RESPONSE TO MOTION FOR CITATION FOR CONTEMPT OF COURT** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

COUNSEL FOR DEBTOR
Katherine Christensen
Pro Se

DEBTOR
Katherine Christensen
1134 West Grand Caymen Drive
Gilbert, AZ 85233

TRUSTEE
David A. Birdsell
216 N. Center
Mesa, AZ 85201

UNITED STATES TRUSTEE
Office of the U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ 85003-1706

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

                                                          /s/ Warb Wilcox

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |