IT IS HEREBY ADJUDGED
and DECREED this is
DENIED.

Dated: January 04, 2010



_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge
_____

Katherine Christensen
Real Party in Interest Under Injury
c/o 1134 West Grand Caymen Drive
Gilbert, Arizona 85233
(480) 813-3885
Pro Se/Pro Per

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

### PHOENIX DIVISION

| | |
|---|---|
| In re: | CASE NO. 09-21818-RTB |
| Katherine Christensen | CHAPTER 7 |
| Plaintiff, Real Party in Interest | |
| V. | ORDER TO RECONSIDER |
| AURORA LOAN SERVICES LLC, its assignees and/or successors Defendant(s) | Assigned to Hon. Redfield T. Baum |

IT IS HEREBY ORDERED that upon good cause appearing the court hereby reverses it's order and denies the Motion for Relief of Automatic Stay submitted by Counsel on behalf of AURORA LOAN SERVICES LLC and reinstates the full protection of the stay provided by the bankruptcy court to the Plaintiff.

IT IS SO ORDERED

DATED: December 21, 2009

_____
Judge Redfield T. Baum

*DENIED*

ORDER TO RECONSIDER-AES                                PAGE 1 of 1
Case 2:09-bk-21818-RTB    Doc 65    Filed 01/04/10    Entered 01/04/10 17:30:29    Desc
Main Document    Page 1 of 1

12/21/2009