**SO ORDERED.**

**Dated: January 04, 2010**



_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**
_____

Matthew A. Silverman (018919)
Jessica R. Kenney (026615)
**McCarthy ◆ Holthus ◆ Levine**
3636 North Central Avenue
Suite 1050
Phoenix, AZ 85012
(602) 230-8726

Attorneys for Movant,
Aurora Loan Services, LLC, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| In re: </br>Katherine Christensen, </br>        Debtor. </br>_____ </br>Aurora Loan Services, LLC, its assignees and/or successors, </br>        Movant, </br> v. </br>Katherine Christensen, Debtor; and David A. Birdsell, Chapter 7 Trustee, </br>        Respondents. | In Proceedings Under </br>Chapter 7 </br>Case No. 2:09-bk-21818-RTB </br></br>**AMENDED ORDER TERMINATING AUTOMATIC STAY** |

    The Motion for Relief from Automatic Stay (Unlawful Detainer) by Movant, Aurora Loan Services, LLC ("Movant"), having come on for hearing in the above entitled court on December 16, 2009 at 2:30 p.m., with the Honorable Redfield T. Baum Sr. presiding, and with good cause appearing,

**IT IS THEREFORE ORDERED** that:

Any and all stays against lien enforcement, including the automatic stay of 11 U.S.C. § 362(a) and the automatic injunction of 11 U.S.C. § 524(a), are hereby vacated with respect to the property generally described as 1134 West Grand Caymen Drive, Gilbert, AZ 85233, and Movant, its assignees and/or successors in interest, may commence any action necessary to obtain possession of the subject property without further court order or proceeding being necessary. However, no action to take possession of the property, including but not limited, to service of a Writ of Restitution may occur until on or after January 4, 2010.

DATED:

_____
UNITED STATES BANKRUPTCY JUDGE