# Notice Recipients

District/Off: 0970−2  User: cantrellp  Date Created: 1/4/2010
Case: 2:09−bk−21818−RTB  Form ID: pdf004  Total: 3

**Recipients of Notice of Electronic Filing:**
db KATHERINE CHRISTENSEN kbahai@cox.net
tr DAVID A. BIRDSELL dab@azbktrustee.com
aty MATTHEW A. SILVERMAN matthew.silverman@azbar.org

TOTAL: 3