FREDERICK C. THOMAS, 023844
SMITH & CRAVEN, P.L.L.C.
4045 E. UNION HILLS DR., STE. B-112
PHOENIX, ARIZONA 85050
VOICE: 480-222-2225
FAX: 480-222-3197
ATTORNEY FOR
CHEVY CHASE BANK NA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br><br>Katherine Christensen,<br><br>Debtor.<br><br>Chevy Chase Bank NA, its assignees and/or successors,<br><br>Movant,<br><br>v.<br><br>Katherine Christensen, Debtor; and David A. Birdsell, Chapter 7 Trustee,<br><br>Respondents. | Chapter 7<br><br>No. 2:09-bk-21818-RTB<br><br>**Notice of Lodging Proposed Order Terminating Automatic Stay**<br><br>Assigned to Hon. Redfield T. Baum |

Creditor, Chevy Chase Bank NA, through counsel, here gives notice of the lodging of the proposed order granting termination of the automatic stay.

Respectfully submitted this 8th day of January 2010.

SMITH & CRAVEN, P.L.L.C.

By:\s\ Frederick C Thomas 023844
Frederick C. Thomas, Esq.
4045 E. Union Hills Drive
Building B, Suite 112
Phoenix, Arizona 85050
Attorney for Chevy Chase Bank.

SMITH & CRAVEN, PLLC
4045 E. UNION HILLS DR.
BUILDING B, SUITE 112
PHOENIX, ARIZONA 85050
480-222-2225 VOICE
480-222-3197 FAX

In Re Christensen                                                1                                           Order Terminating Stay
206.506

Case 2:09-bk-21818-RTB    Doc 68    Filed 01/08/10    Entered 01/08/10 11:07:29    Desc
                        Main Document    Page 1 of 2

Original of the foregoing transmitted this 8th day of January 2010 to:

| | | |
|---|---|---|
| US Bankruptcy Court<br>230 N. First Ave. Ste. 101<br>Phoenix, AZ 85003 | Delivered<br>Faxed<br>E-Filed<br>Mailed | ☐<br>☐<br>☒<br>☐ |

Copy of the foregoing transmitted this 8th day of January 2010 to:

| | | |
|---|---|---|
| Hon. Redfield T. Baum<br>US Bankruptcy Court<br>230 N. First Ave. Ste. 101<br>Phoenix, AZ 85003 | Delivered<br>Faxed<br>E-Filed<br>Mailed | ☐<br>☐<br>☒<br>☐ |
| Katherine Christensen<br>1134 W. Grand Cayman Dr.<br>Gilbert, AZ 85233 | Delivered<br>Faxed<br>E-Mailed<br>Mailed | ☐<br>☐<br>☐<br>☒ |
| Mr. David A. Birdsell<br>United States Trustee<br>216 N. Center<br>Mesa, AZ 85201    Email: dabtrustee@hotmail.com | Delivered<br>Faxed<br>E-Mailed<br>Mailed | ☐<br>☐<br>☒<br>☐ |

By: /s/ Frederick C. Thomas

P:\DOCUMENTS\206 CHEVY CHASE BANK\506 CHRISTENSEN CH 7\PLEADINGS\()506 MASTER PLEADING 00.PLD.DOC

SMITH & CRAVEN, PLLC
4045 E. UNION HILLS DR.
BUILDING B, SUITE 112
PHOENIX, ARIZONA 85050
480-222-2225 VOICE
480-222-3197 FAX