**United States Bankruptcy Court**
**District of Arizona**

In re **Katherine Christensen**     Case No. 09-bk-21818-RTB
Debtor(s)     Chapter **7**

# PROOF OF SERVICE BY MAIL

I, **Frederick C Thomas**, declare that I am a resident of or employed in the County of Maricopa, State of Arizona. My address is 4045 East Union Hills Building B Suite 112, Phoenix, Arizona. I am over the age of eighteen years of age and am not a party to this case.

On , I served the proposed order terminating the automatic stay on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail addressed as follows:

Katherine Christensen
1134 W. Grand Cayman Dr.
Gilbert, AZ 85233

Mr. David A. Birdsell
United States Trustee
216 N. Center
Mesa, AZ 85201

Pursuant to Ariz.R.Civ.Pro, 80(i), I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on 8 January 2010 .

**\s\ Frederick C. Thomas 023844**
**Signature**