# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | KATHERINE CHRISTENSEN |
| **Case Number:** | 2:09-BK-21818-RTB  **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, JANUARY 06, 2010 02:30 PM  7TH FLOOR #703 |
| **Bankruptcy Judge:** | REDFIELD T. BAUM |
| **Courtroom Clerk:** | LUANN BELLER |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY CHEVY CHASE BANK FSB

R / M #: 30 / 0

## *Appearances:*

FREDERICK CHARLES THOMAS, ATTORNEY FOR CHEVY CHASE BANK

## *Proceedings:*

Mr. Thomas informed the Court that he has not heard from the debtor since the response was filed. He indicated that he believes there is no equity in the property.

COURT: THE COURT WILL CONDITIONALLY GRANT STAY RELIEF PROVIDED COUNSEL FOR THE MOVANT SERVE A COPY OF THE PROPOSED ORDER ON THE DEBTOR AND GIVE HER TEN DAYS TO REQUEST A FURTHER HEARING AND IF THAT DOESN'T HAPPEN THE MOVANT CAN FILE A CERTIFICATE AND ORDER GRANTING STAY RELIEF.

Courtesy copy emailed to debtor on 1/8/10.