Katherine Christensen
1134 West Grand Caymen Drive
Gilbert, Arizona 85233
Tel: (480) 813-3885
Pro Se

FILED
2010 JAN 12 AM 11:15
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Katherine Christensen, In Person Plaintiff, ) <br> Vs. ) <br> CAPITAL ONE NA, its assigns and/or ) <br> successors; CHEVY CHASE BANK; ) <br> STEVEN R. HALPIN d/b/a CFO CHEVY ) <br> CHASE BANK his assigns and/or ) <br> successors; GARY PERLIN d/b/a CFO ) <br> CAPITAL ONE NA his assigns and/or ) <br> successors; SMITH & CRAVEN PLLC; ) <br> GARY MICHAEL SMITH; D. JEFFREY ) <br> CRAVEN; FREDERICK C. THOMAS; ) <br> CARSON MESSINGER ELLIOTT ) <br> LAUGHLIN & RAGAN PLLC; ROBERT ) <br> P. LINDFORS; CAL-WESTERN ) <br> RECONVEYANCE CORPORATION; ) <br> SUSAN SMOTHERS; MORTGAGE ) <br> ELECTRONIC REGISTRATION ) <br> SYSTEMS INC.; MARY STRATHAM ) <br> d/b/a NOTARY d/b/a SIGNATORY FOR ) <br> MORTGAGE ELECTRONIC SYSTEMS ) <br> INC.; MARTY STRATHAM d/b/a ) <br> NOTARY d/b/a SIGNATORY FOR ) <br> CAL-WESTERN RECONVEYANCE ) <br> CORP.; MARY STRATHAM d/b/a ) <br> NOTARY FOR CAL-WESTERN ) <br> RECONVEYANCE CORP.; PAMELA ) <br> CAMPBELL d/b/a ASSISTANT ) <br> SECRETARY OF MERS; NORTH ) <br> AMERICAN TITLE AGENCY OF ) <br> ARIZONA c/o NORTH AMERICAN ) <br> TITLE INSURANCE CO.; GILA ) <br> COUNTY SHERIFF OFFICE, CHRIS ) <br> MCBREARTY d/b/a MORTGAGE ) <br> BROKER for CHARTER FUNDING; ) <br> CHARTER FUNDING; FIRST MAGNUS ) <br> FINANCIAL; MERENDON MINING; ) <br> INSTITUTE FOR FINANCIAL ) <br> LEARNING; JOHN DOES And JANE ) <br> DOES 1-100, ABC CORPORATIONS 1- ) <br> 100, and XYZ PARTNERSHIPS 1-100, ) <br> Defendants, ) | Case No.: 09-21818 <br><br> Chapter 7 <br><br><br><br> MOTION FOR FURTHER HEARING <br> AND OBJECTION TO THE PROPOSED <br> LIFT OF AUTOMATIC STAY <br><br><br><br><br><br><br><br><br><br><br><br><br> Assigned to: Hon. Redfield T. Baum |

COMES NOW Plaintiff KATHERINE CHRISTENSEN, who respectfully submits this MOTION FOR FURTHER HEARING AND OBJECTION TO THE PROPOSED LIFT OF STAY.

Plaintiff respectfully requests a further hearing on the issue be granted with sufficient time to prepare while maintaining the status quo.

DATED: January 12, 2010

*Katherine Christensen*
Katherine Christensen