# Notice Recipients

District/Off: 0970−2  User: davisl  Date Created: 1/12/2010
Case: 2:09−bk−21818−RTB  Form ID: van049  Total: 2

**Recipients of Notice of Electronic Filing:**
db    KATHERINE CHRISTENSEN    kbahai@cox.net
aty    FREDERICK CHARLES THOMAS    f.thomas@smithcraven.com

TOTAL: 2