*fee paid*

Katherine Christensen
Real Party in Interest Under Injury
1134 West Grand Caymen Drive
Gilbert, Arizona 85233
(480) 813-3885
Petitioner Pro Se

FILED
2010 JAN 12 AM 11: 17
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | CASE NO. 09-21818-RTB |
| ) | |
| KATHERINE CHRISTENSEN ) | |
| Petitioner ) | NOTICE OF APPEAL |
| V. ) | |
| ) | CHAPTER 7 |
| AURORA LOAN SERVICES LLC ) | |
| Its assignees and/or successors ) | |
| Respondent ) | |
| _____ ) | Assigned to: Hon. Redfield T. Baum |

COMES NOW Petitioner KATHERINE CHRISTENSEN, pursuant to Rule 8001 and Rule 8002 who respectfully submits this NOTICE OF APPEAL of the final order dated January 4, 2010, entitled 'Amended Order Terminating Automatic Stay' which vacated the automatic stay and automatic injunction on Plaintiff's residence AND appeal of the denial of Plaintiff's Motion to Reconsider in light of newly discovered evidence.

DATED: January 12, 2009

*Katherine Christensen* (signature)

Katherine Christensen