# Notice Recipients

District/Off: 0970–2          User: cantrellp          Date Created: 1/13/2010
Case: 2:09–bk–21818–RTB       Form ID: pdf008          Total: 3

**Recipients of Notice of Electronic Filing:**
db      KATHERINE CHRISTENSEN        kbahai@cox.net
tr      DAVID A. BIRDSELL        dab@azbktrustee.com
aty     MATTHEW A. SILVERMAN        matthew.silverman@azbar.org

                                                                    TOTAL: 3