**SO ORDERED.**



Dated: January 14, 2010

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

Frederick C. Thomas, 023844
Smith & Craven, P.L.L.C.
4045 E. Union Hills Dr., Ste. B-112
Phoenix, Arizona 85050
Voice: 480-222-2225
Fax: 480-222-3197
Attorney for
Chevy Chase Bank NA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br><br>Katherine Christensen,<br><br>    Debtor.<br><br>Chevy Chase Bank NA, its assignees and/or successors,<br><br>    Movant,<br><br>v.<br><br>Katherine Christensen, Debtor; and David A. Birdsell, Chapter 7 Trustee,<br><br>    Respondents. | Chapter 7<br><br>No. 2:09-bk-21818-RTB<br><br>**Order Terminating Automatic Stay**<br><br>Assigned to Hon. Redfield T. Baum |

The Motion for Relief from Automatic Stay, by Movant Chevy Chase Bank NA, having come on for hearing in the above entitled Court on 6 January 2010 at 2:30 p.m., with the Honorable Redfield T. Baum Sr. presiding, and with good cause appearing,

**IT IS THEREFORE ORDERED** that:

Any and all stays against lien enforcement, including the automatic stay of 11 U.S.C. § 326(a) and the automatic injunctions of 11 U.S.C.§ 542(a), are hereby vacated with respect to the property generally described as 2074

In Re Christensen     1     Order Terminating Stay
Case 2:09-bk-21818-RTB    Doc 76    Filed 01/14/10    Entered 01/14/10 19:47:24    Desc
Main Document     Page 1 of 3

Munsee Drive Payson Arizona 85547. Movants, its assignees and/or successors may commence any action necessary to enforce its rights to under the deed of trust against the subject property without further Court order or proceeding being necessary.

However, execution of this order is conditioned on Movant providing the debtor a copy of this order and notice that this order is effective if debtor does not request a further hearing within ten days of service of the same. If debtor does not request a new hearing by the tenth day, this order shall become effective without further action of the Movant.

Respectfully submitted this ____ day of January 2010.

By:_____
Hon. Redfield T. Baum Sr.
United States Bankruptcy Judge

Smith & Craven, PLLC
4045 E. Union Hills Dr.
Building B, Suite 112
Phoenix, Arizona 85050
480-222-2225 voice
480-222-3197 fax
206.506

In Re Christensen     2     Order Terminating Stay
Case 2:09-bk-21818-RTB   Doc 76   Filed 01/14/10   Entered 01/14/10 19:47:24   Desc
Main Document     Page 2 of 3

| | | |
|---|---|---|
| 1 | Original of the foregoing transmitted this 8th day of January 2010 to: | |
| 2 | US Bankruptcy Court<br>230 N. First Ave. Ste. 101<br>Phoenix, AZ 85003 | Delivered ☐<br>Faxed ☐<br>E-Filed ☒<br>Mailed ☐ |
| 4 | Copy of the foregoing transmitted this 8th day of January 2010 to: | |
| 5-6 | Hon. Redfield T. Baum<br>US Bankruptcy Court<br>230 N. First Ave. Ste. 101<br>Phoenix, AZ 85003 | Delivered ☐<br>Faxed ☐<br>E-Filed ☒<br>Mailed ☐ |
| 7-8 | Katherine Christensen<br>1134 W. Grand Cayman Dr.<br>Gilbert, AZ 85233 | Delivered ☐<br>Faxed ☐<br>E-Mailed ☐<br>Mailed ☒ |
| 9-10 | Mr. David A. Birdsell<br>United States Trustee<br>216 N. Center<br>Mesa, AZ 85201    Email: dabtrustee@hotmail.com | Delivered ☐<br>Faxed ☐<br>E-Mailed ☒<br>Mailed ☐ |

By: /s/ Frederick C. Thomas

P:\DOCUMENTS\206 CHEVY CHASE BANK\506 CHRISTENSEN CH 7\PLEADINGS\()506 MASTER PLEADING 00.PLD.DOC

SMITH & CRAVEN, PLLC
4045 E. UNION HILLS DR.
BUILDING B, SUITE 112
PHOENIX, ARIZONA 85050
480-222-2225 VOICE
480-222-3197 FAX

In Re Christensen    3    Order Terminating Stay
206.506
Case 2:09-bk-21818-RTB    Doc 76    Filed 01/14/10    Entered 01/14/10 19:47:24    Desc
Main Document    Page 3 of 3