# Notice Recipients

District/Off: 0970−2     User: cantrellp     Date Created: 1/14/2010
Case: 2:09−bk−21818−RTB     Form ID: pdf004     Total: 3

**Recipients of Notice of Electronic Filing:**
db     KATHERINE CHRISTENSEN     kbahai@cox.net
tr     DAVID A. BIRDSELL     dab@azbktrustee.com
aty     FREDERICK CHARLES THOMAS     f.thomas@smithcraven.com

                                                                TOTAL: 3