FORM ntcntry

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:09–bk–21818–RTB |
| KATHERINE CHRISTENSEN<br>1134 W. GRAND CAYMEN DRIVE<br>GILBERT, AZ 85233<br>**SSAN:** xxx–xx–8933<br>**EIN:** | Chapter: 7 |
| Debtor(s) | |

## NOTICE OF ENTRY OF JUDGMENT OR ORDER

You are hereby notified that on January 14, 2010, this Court entered the enclosed judgment or order on the docket for the above–entitled proceeding.

I hereby certify that on this date a copy of this notice and the judgment or order were sent to the Bankruptcy Noticing Center for mailing to the parties and the U.S. Trustee.

**Date: January 14, 2010**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003–1727<br>Telephone number: (602) 682–4000<br>www.azb.uscourts.gov | Clerk of the Bankruptcy Court:<br><br>**Brian D. Karth** |