# Notice Recipients

District/Off: 0970−2　　　　User: cantrellp　　　　Date Created: 1/14/2010
Case: 2:09−bk−21818−RTB　　Form ID: ntcntry　　　Total: 3

**Recipients of Notice of Electronic Filing:**
db　　　KATHERINE CHRISTENSEN　　　kbahai@cox.net
tr　　　DAVID A. BIRDSELL　　　dab@azbktrustee.com
aty　　　FREDERICK CHARLES THOMAS　　　f.thomas@smithcraven.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 3