Katherine Christensen
1134 West Grand Caymen Drive
Gilbert, Arizona 85233
Tel: (480) 813-3885
Pro Se

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| Katherine Christensen, Debtor, <br> Vs. <br> CAPITAL ONE NA, its assigns and/or successors; CHEVY CHASE BANK; STEVEN R. HALPIN d/b/a CFO CHEVY CHASE BANK his assigns and/or successors; GARY PERLIN d/b/a CFO CAPITAL ONE NA his assigns and/or successors; SMITH & CRAVEN PLLC; GARY MICHAEL SMITH; D. JEFFREY CRAVEN; FREDERICK C. THOMAS; CARSON MESSINGER ELLIOTT LAUGHLIN & RAGAN PLLC; ROBERT P. LINDFORS; CAL-WESTERN RECONVEYANCE CORPORATION; SUSAN SMOTHERS; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.; MARY STRATHAM d/b/a NOTARY d/b/a SIGNATORY FOR MORTGAGE ELECTRONIC SYSTEMS INC.; MARTY STRATHAM d/b/a NOTARY d/b/a SIGNATORY FOR CAL-WESTERN RECONVEYANCE CORP.; MARY STRATHAM d/b/a NOTARY FOR CAL-WESTERN RECONVEYANCE CORP.; PAMELA CAMPBELL d/b/a ASSISTANT SECRETARY OF MERS; NORTH AMERICAN TITLE AGENCY OF ARIZONA c/o NORTH AMERICAN TITLE INSURANCE CO.; GILA COUNTY SHERIFF OFFICE, CHRIS MCBREARTY d/b/a MORTGAGE BROKER for CHARTER FUNDING; CHARTER FUNDING; FIRST MAGNUS FINANCIAL; INSTITUTE FOR FINANCIAL LEARNING; MERENDON MINING, JOHN DOES And JANE DOES 1-100, ABC CORPORATIONS 1-100, and XYZ PARTNERSHIPS 1-100, Creditors, | Case No.: 09-21818-RTB <br><br> CHAPTER 7 Emergency <br><br> <s>OBJECTION TO ORDER FOR LIFT OF</s> STAY AND MOTION FOR TEMPORARY RESTRAINING ORDER <br><br> **EMERGENCY ORDER** <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> Assigned to: Hon. Redfield T. Baum |

COMES NOW Katherine Christensen, Real Party in Interest submitting this OBJECTION TO LIFT OF STAY AND MOTION FOR EMERGENCY TEMPORARY RESTRAINING ORDER.

## STATEMENT OF FACTS

1. **See Docket item #70.** On January 6, 2010 Debtor received the following instructions from this court:

   *"COURT: THE COURT WILL CONDITIONALLY GRANT STAY RELIEF PROVIDED COUNSEL FOR THE MOVANT SERVE A COPY OF THE PROPOSED ORDER ON THE DEBTOR AND GIVE HER TEN DAYS TO REQUEST A FURTHER HEARING AND IF THAT DOESN'T HAPPEN THE MOVANT CAN FILE A CERTIFICATE AND ORDER GRANTING STAY RELIEF."*

2. **See Docket item #71.** On January 12 at 11:15am Debtor filed a Motion for Further Hearing and Objection to the Proposed Lift of Automatic Stay.

3. **See Docket item #72.** On January 12, 2010 Debtor was granted a Motion for Rehearing on Stay Lift Motion filed by Chevy Chase Bank.

4. **See Docket item #76.** On January 14, 2010 Debtor received an Order Terminating Automatic Stay.

5. Debtor has fulfilled the order of this court by filing a motion for further hearing in regard to the lift of stay motion by Chevy Chase Bank. As promised, the Court granted Debtor a further hearing in regard to the proposed lift of stay. Then the court went ahead BEFORE the hearing has taken place, made its decision without considering any evidence, and in direct violation of its own instruction and granted Chevy Chase Bank their lift of stay.

6. Due to the obvious and very real immediate danger of losing her property Debtor moves and demands that she be granted an <u>Emergency Temporary Restraining Order</u> enjoining all creditors from moving forward with any foreclosure action and that the Temporary

Restraining Order remain in place pending the outcome of the hearing scheduled for February 11, 2010.

7. Debtor moves and demands for everything to stop to allow for judicial clarity here.

8. Debtor is shocked and appalled by this miscarriage of justice. This court has made its determination without hearing any evidence. It appears that Debtor will not get a fair hearing because the court is influenced by and is biased in favor of the creditors and has a lack of interest in making its determination based upon the evidence.

9. If the court refuses to fulfill its judicial obligation of providing due process then Debtor demands that the judge recuse himself.

**WHEREFORE** Plaintiff prays for Judgment as follows:

    1. That the court immediately halt and reverse its order granting Chevy Chase Bank their lift of stay.

    2. That the Debtor be granted an Emergency Temporary Restraining Order enjoining all Creditors from moving forward with any foreclosure action and the Temporary Restraining Order remain in place pending the outcome of the hearing scheduled for February 11, 2010.

    3. If the court continues in its behavior of being influenced by the defendants and biased in their favor then Debtor demands the judge's recusal for denying the debtor procedural due process.

DATED: this 15th Day of January 2010.

*Katherine Christensen*
Katherine Christensen, Pro Se
1134 West Grand Caymen Drive
Gilbert, Arizona 85233
Tel: (480) 813-3885