2



FILED

JAN 1 5 2010

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

MINUTE ENTRY/ORDER

| | |
|---|---|
| Bankruptcy Judge: | Hon. Redfield T. Baum |
| Case Name: | Katherine Christensen, Chapter 7 |
| Case No.: | 2:09-bk-21818-RTB |
| Subject of Matter: | Debtor's Emergency Motion Objecting To the Order Granting Stay Relief |
| Date Matter Ruled Upon: | January 15, 2010 |

Before the court is debtor's emergency motion [Docket # 77] objecting to the Order granting stay relief ["Order" at Docket #76] and requesting a temporary restraining order. As explained below the emergency motion is denied.

The Order contains language conditioning its execution only if the debtor does not timely request a hearing. Here, debtor timely requested a hearing [Docket # 71] and a hearing has been set for February 11, 2010 at 10:00. Therefore the Order is without effect and the emergency motion is denied.

Copy of the foregoing
mailed this /5 day of
January, 2010 to:

Katherine Christensen
1134 W. Grand Caymen Drive
Gilbert, Arizona   85233

David A. Birdsell
216 North Center
Mesa, Arizona   85201

Frederick C. Thomas
SMITH & CRAVEN
4045 E. Union Hills Road, Suite B-112
Phoenix, Arizona   85050

by _____
    Judicial Assistant