
RECEIVED
FILED SM
2010 JAN 19 P 3 31
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

Katherine Christensen
1134 West Grand Caymen Drive
Gilbert, Arizona 85233
Tel: (480) 813-3885
Pro Se

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| Katherine Christensen, Debtor,<br>Vs.<br>CAPITAL ONE NA, its assigns and/or successors; CHEVY CHASE BANK; STEVEN R. HALPIN d/b/a CFO CHEVY CHASE BANK his assigns and/or successors; GARY PERLIN d/b/a CFO CAPITAL ONE NA his assigns and/or successors; SMITH & CRAVEN PLLC; GARY MICHAEL SMITH; D. JEFFREY CRAVEN; FREDERICK C. THOMAS; CARSON MESSINGER ELLIOTT LAUGHLIN & RAGAN PLLC; ROBERT P. LINDFORS; CAL-WESTERN RECONVEYANCE CORPORATION; SUSAN SMOTHERS; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.; MARY STRATHAM d/b/a NOTARY d/b/a SIGNATORY FOR MORTGAGE ELECTRONIC SYSTEMS INC.; MARTY STRATHAM d/b/a NOTARY d/b/a SIGNATORY FOR CAL-WESTERN RECONVEYANCE CORP.; MARY STRATHAM d/b/a NOTARY FOR CAL-WESTERN RECONVEYANCE CORP.; PAMELA CAMPBELL d/b/a ASSISTANT SECRETARY OF MERS; NORTH AMERICAN TITLE AGENCY OF ARIZONA c/o NORTH AMERICAN TITLE INSURANCE CO.; GILA COUNTY SHERIFF OFFICE, CHRIS MCBREARTY d/b/a MORTGAGE BROKER for CHARTER FUNDING; CHARTER FUNDING; FIRST MAGNUS FINANCIAL; INSTITUTE FOR FINANCIAL LEARNING; MERENDON MINING, JOHN DOES And JANE DOES 1-100, ABC CORPORATIONS 1-100, and XYZ PARTNERSHIPS 1-100, Creditors, | Case No.: 09-21818-RTB<br><br>CHAPTER 7<br><br>EMERGENCY MOTION TO RESCIND ORDER TERMINATING AUTOMATIC STAY<br><br><br><br><br><br><br><br><br><br><br><br>Assigned to: Hon. Redfield T. Baum |

COMES NOW Katherine Christensen, Real Party in Interest submitting this EMERGENCY MOTION TO RESCIND ORDER TERMINATING AUTOMATIC STAY.

## STATEMENT OF FACTS

1. **Both Docket item #78 Order, Minute Entry** filed January 19, 2010 and, **Docket item #79 Order Denying** filed on January 19, 2010 state:

   *"Before the court is debtor's emergency motion [Docket # 77] objecting to the Order granting stay relief ["Order" at Docket #76] and requesting a temporary restraining order. As explained below the emergency motion is denied.*
   *"The Order contains language conditioning its execution only if the debtor does not timely request a hearing. Here, debtor timely requested a hearing [Docket # 7 1 ] and a hearing has been set for February 11, 2010 at 10:00. Therefore the Order is without effect and the emergency motion is denied."*

2. Debtor acknowledges and accepts the reasoning behind the denying of the emergency order and is relieved that the court will hear evidence at the scheduled hearing on February 11, 2010.

3. However, Debtor is still in clear and very real immediate danger of losing her property because the court has ALREADY signed an ORDER terminating the automatic stay. See Docket item #76.

4. Debtor moves and demands that the Order terminating the automatic stay be rescinded pending the outcome of the hearing scheduled for February 11, 2010.

**WHEREFORE** Plaintiff prays for Judgment as follows:

   1. That the court immediately rescind its order granting Chevy Chase Bank their lift of stay.

DATED: this 15th Day of January 2010.

Katherine Christensen, Pro Se
1134 West Grand Caymen Drive
Gilbert, Arizona 85233
Tel: (480) 813-3885