Matthew A. Silverman (018919)
Jessica R. Kenney (026615)
**McCarthy ◆ Holthus ◆ Levine**
3636 North Central Avenue
Suite 1050
Phoenix, AZ 85012
(602) 230-8726

Attorneys for Movant,
Aurora Loan Services, LLC, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>Katherine Christensen,<br><br>Debtor.<br>_____<br>Katherine Christensen, Debtor;<br><br>Plaintiff,<br><br>v.<br><br>Aurora Loan Services, LLC, its assignees and/or successors,<br><br>Defendant.<br>_____ | Case No. 2:09-bk-21818-RTB<br>Adversary No. 2:09-ap-1358<br>Chapter 7<br><br>**RESPONSE TO MOTION FOR TEMPORARY RESTRAINING ORDER TO HALT EVICTION AND REQUEST FOR PERMEANENT INJUCTION**<br><br>**EMERGENCY APPLICATION** |

Aurora Loan Services, LLC ("Aurora"), by and through undersigned counsel, submits its Response to Motion for Temporary Restraining to Halt Eviction and Request for Permanent Injunction. Plaintiff's Motion for Temporary Restraining Order to Halt Eviction and Request for Permanent Injunction is procedurally improper. This Court lacks the jurisdiction to grant the

requested relief and Plaintiff has failed to demonstrate a basis for this Court's jurisdiction as required by Rule 7008(a) of the Federal Rules of Bankruptcy Procedure.

The Automatic Stay regarding the subject property has been lifted by this Court in an Order signed on January 4, 2010. This is a Chapter 7 bankruptcy where the Trustee has taken no interest in administering this property. Further, the subject property was never properly part of the Bankruptcy Estate as it was sold to Aurora almost ***four months prior*** to the bankruptcy being filed. The Bankruptcy Estate has no interest in the subject property; therefore, this Court has no jurisdiction to hear or grant the request for Temporary Restraining Order or Permanent Injunctive relief.

This matter is two party dispute, involving issues of state law, which should be litigated in Maricopa County Superior Court. Plaintiff already has two open cases involving the same case and controversy, CV2009-092092 and CV2009-094179, where her numerous allegations against the various defendants can properly be litigated. Further, the Maricopa County Superior Court may if it is deemed appropriate issue a Temporary Restraining Order, pursuant to Rule 65 of the Arizona Rules of Civil Procedure, in either of the open civil cases. Therefore, Aurora respectfully requests that the Court Deny Plaintiff's Motion for Temporary Restraining to Halt Eviction and Request for Permanent Injunction.

DATED: January 21, 2010

**McCarthy ◆ Holthus ◆ Levine**

By: /s/ Matthew A Silverman
    Matthew A Silverman, Esq.
    3636 North Central Avenue
    Suite 1050
    Phoenix, AZ 85012
    Attorneys for Movant

# CERTIFICATE OF SERVICE

On 01/21/2010, I served the foregoing documents described as **RESPONSE TO EMGERNCY MOTION** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

COUNSEL FOR DEBTOR
Katherine Christensen
Pro Se

DEBTOR
Katherine Christensen
1134 West Grand Caymen Drive
Gilbert, AZ 85233

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Warb Wilcox