**SO ORDERED.**

| | |
|---|---|
| Katherine Christensen<br>1134 West Grand Caymen Drive<br>Gilbert, Arizona 85233<br>Tel: (480) 813-3885<br>Pro Se | Dated: January 21, 2010<br><br>*(signature)*<br>REDFIELD T. BAUM, SR<br>U.S. Bankruptcy Judge |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| Katherine Christensen, Debtor,<br>Vs.<br>CAPITAL ONE NA, its assigns and/or successors; CHEVY CHASE BANK; STEVEN R. HALPIN d/b/a CFO CHEVY CHASE BANK his assigns and/or successors; GARY PERLIN d/b/a CFO CAPITAL ONE NA his assigns and/or successors; SMITH & CRAVEN PLLC; GARY MICHAEL SMITH; D. JEFFREY CRAVEN; FREDERICK C. THOMAS; CARSON MESSINGER ELLIOTT LAUGHLIN & RAGAN PLLC; ROBERT P. LINDFORS; CAL-WESTERN RECONVEYANCE CORPORATION; SUSAN SMOTHERS; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.; MARY STRATHAM d/b/a NOTARY d/b/a SIGNATORY FOR MORTGAGE ELECTRONIC SYSTEMS INC.; MARTY STRATHAM d/b/a NOTARY d/b/a SIGNATORY FOR CAL-WESTERN RECONVEYANCE CORP.; MARY STRATHAM d/b/a NOTARY FOR CAL-WESTERN RECONVEYANCE CORP.; PAMELA CAMPBELL d/b/a ASSISTANT SECRETARY OF MERS; NORTH AMERICAN TITLE AGENCY OF ARIZONA c/o NORTH AMERICAN TITLE INSURANCE CO.; GILA COUNTY SHERIFF OFFICE, CHRIS MCBREARTY d/b/a MORTGAGE BROKER for CHARTER FUNDING; CHARTER FUNDING; FIRST MAGNUS FINANCIAL; INSTITUTE FOR FINANCIAL LEARNING; MERENDON MINING, JOHN DOES And JANE DOES 1-100, ABC CORPORATIONS 1-100, and XYZ PARTNERSHIPS 1-100, Creditors, | Case No.: 09-21818-RTB<br><br>CHAPTER 7<br><br>EMERGENCY ORDER TO RESCIND ORDER TERMINATING LIFT OF STAY<br><br><br><br>Assigned to: Hon. Redfield T. Baum |

**IT IS HEREBY ORDERED** that upon good cause appearing, judgment as follows is ordered:

The order Terminating the Automatic Stay thereby granting Chevy Chase Bank their lift of stay is hereby immediately rescinded pending outcome of the hearing scheduled for February 11, 2010.

DATED: this _____ Day of January 2010.

_____
Judge Redfield T. Baum