# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | KATHERINE CHRISTENSEN |
| **Case Number:** | 2:09-BK-21818-RTB   **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, FEBRUARY 11, 2010 10:00 AM   7TH FLOOR #703 |
| **Bankruptcy Judge:** | REDFIELD T. BAUM |
| **Courtroom Clerk:** | LORRAINE DAVIS |
| **Reporter / ECR:** | KARLA TORRES |

## Matters:

1) **ADV: 2-09-01357**
   **KATHERINE CHRISTENSEN vs CAPITAL ONE NA**
   DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY PENDING OUTCOME OF ADVERSIAL COMPLAINT
   R / M #:   12 / 0

6) **ADV: 2-09-01357**
   **KATHERINE CHRISTENSEN vs CAPITAL ONE NA**
   DEBTOR'S MOTION TO JOIN INDISPENSABLE PARTIES IN ADVERSARIAL COMPLAINT
   R / M #:   14 / 0

9) **ADV: 2-09-01357**
   **KATHERINE CHRISTENSEN vs CAPITAL ONE NA**
   DEBTOR'S MOTION TO TAKE JUDICIAL NOTICE OF RECENT COURT CASES AND PUBLIC RECORDS
   R / M #:   15 / 0

11) **ADV: 2-09-01357**
    **KATHERINE CHRISTENSEN vs CAPITAL ONE NA**
    DEBTOR'S APPLICATION FOR ORDER TO SHOW CAUSE AND PRAYER FOR INJUNCTIVE RELIEF AND TEMPORARY RESTRAINING ORDER
    R / M #:   16 / 0

12) **ADV: 2-09-01357**
    **KATHERINE CHRISTENSEN vs CAPITAL ONE NA**
    APPLICATION FOR ORDER TO SHOW CAUSE AND PRAYER FOR RELIEF RE PRELIMINARY INJUNCTION, TEMPORARY RESTRAINING ORDER AND MOTION TO PRODUCE FILED BY DEBTOR
    R / M #:   17 / 0

13) **ADV: 2-09-01358**
    **KATHERINE CHRISTENSEN vs AURORA LOAN SERVICES LLC**
    STATUS HEARING ON COMPLAINT
    R / M #:   1 / 0

14) **ADV: 2-09-01358**
    **KATHERINE CHRISTENSEN vs AURORA LOAN SERVICES LLC**
    DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY PENDING OUTCOME OF ADVERSIAL COMPLAINT
    R / M #:   12 / 0

Case 2:09-bk-21818-RTB   Doc 84   Filed 02/11/10   Entered 02/11/10 14:43:08   Desc
Main Document      Page 1 of 3

(continue)... 2:09-BK-21818-RTB     THURSDAY, FEBRUARY 11, 2010 10:00 AM

**15) ADV: 2-09-01358**

**KATHERINE CHRISTENSEN vs AURORA LOAN SERVICES LLC**

DEBTOR'S MOTION FOR DECLARATORY AND INJUNCTIVE RELIEF FROM VOID SALE AND FORCIBLE DETAINER; REQUEST FOR EVIDENTIARY HEARING AND ORAL ARGUMENT; JURY TRIAL DEMANDED

R / M #:   15 / 0

**16) ADV: 2-09-01358**

**KATHERINE CHRISTENSEN vs AURORA LOAN SERVICES LLC**

DEBTOR'S MOTION TO JOIN INDISPENSABLE PARTIES IN ADVERSARIAL COMPLAINT

R / M #:   17 / 0

**17) ADV: 2-09-01358**

**KATHERINE CHRISTENSEN vs AURORA LOAN SERVICES LLC**

DEBTOR'S MOTION TO TAKE JUDICIAL NOTICE OF RECENT COURT CASES AND PUBLIC RECORDS

R / M #:   18 / 0

**2)** DEBTOR'S MOTION FOR REHEARING ON THE MOTION FOR RELIEF FROM STAY FILED BY CHEVY CHASE BANK

R / M #:   30 / 0

**3) ADV: 2-09-01358**

**KATHERINE CHRISTENSEN vs AURORA LOAN SERVICES LLC**

DEBTOR'S MOTION FOR ORDER TO ENFORCE QUALIFIED WRITTEN REQUESTS

R / M #:   32 / 0

**7) ADV: 2-09-01358**

**KATHERINE CHRISTENSEN vs AURORA LOAN SERVICES LLC**

DEBTOR'S OBJECTION TO DEFENDANT'S RESPONSE TO MOTION FOR TEMPORARY RESTRAINING ORDER TO HALT EVICTION AND REQUEST FOR PERMANENT INJUNCTION; MOTION FOR TEMPORARY RESTRAINING ORDER

R / M #:   33 / 0

**10) ADV: 2-09-01358**

**KATHERINE CHRISTENSEN vs AURORA LOAN SERVICES LLC**

DEBTOR'S MOTION TO DENY DEFENDANT'S MOTION TO DISMISS & TO VACATE HEARING

R / M #:   37 / 0

**4) ADV: 2-09-01357**

**KATHERINE CHRISTENSEN vs CAPITAL ONE NA**

DEBTOR'S MOTION TO ENFORCE QUALIFIED WRITTEN REQUESTS

R / M #:   33 / 0

**5) ADV: 2-09-01357**

**KATHERINE CHRISTENSEN vs CAPITAL ONE NA**

EXPEDITED HEARING ON MOTION TO DISMISS FILED BY CAPITAL ONE

R / M #:   35 / 0

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)...   2:09-BK-21818-RTB            THURSDAY, FEBRUARY 11, 2010 10:00 AM

8) ADV: 2-09-01358

**KATHERINE CHRISTENSEN vs AURORA LOAN SERVICES LLC**

MOTION TO DISMISS ADVERSARY PROCEEDING AND MOTION TO VACATE HEARINGS SET FOR FEBRUARY 11, 2010 FILED BY AURORA LOAN SERVICES LLC .

R / M #:   31 / 0

## *Appearances:*

KATHERINE CHRISTENSEN, DEBTOR
FREDERICK CHARLES THOMAS, ATTORNEY FOR CAPITAL ONE NA
MATTHEW A. SILVERMAN, ATTORNEY FOR AURORA LOAN SERVICES LLC

## *Proceedings:*

The court engages in discussion with Ms. Christensen. Mr. Thomas and Mr. Silverman join the conversation. The court discusses with the debtor why the litigation should not be done in State Court.

COURT:  IT IS ORDERED taking all matters under advisement.


cc:  Gloria/Jim
     Under Advisement

Case 2:09-bk-21818-RTB    Doc 84    Filed 02/11/10    Entered 02/11/10 14:43:08    Desc
Main Document    Page 3 of 3