# United States Bankruptcy Court

DISTRICT of     Arizona

In re: Katherine Christensen, Case No. 09-21818

### NOTICE OF ADDRESS CHANGE

**PLEASE TAKE NOTICE** of the payment and correspondence change of address as outlined below:

| OLD ADDRESS | NEW ADDRESS |
|---|---|
|  | **Payment sent to:** |
| Chevy Chase Bank, FSB<br>6151 Chevy Chase Drive<br>Laurel, MD 20707 | Specialized Loan Servicing, LLC<br>Attn: Remittance Processing<br>P. O. Box 105219<br>Atlanta, GA 30348-5219 |
|  | **Correspondence/Notices sent to:** |
|  | Specialized Loan Servicing, LLC<br>P. O. Box 636005<br>Littleton, CO 80163-6005 |

Signed:    /s/ Tina Oyafunke    Dated:    01/19/2010

Case 2:09-bk-21818-RTB   Doc 85   Filed 02/18/10   Entered 02/18/10 08:48:47   Desc
Main Document   Page 1 of 1