Katherine Christensen
1134 West Grand Caymen Drive
Gilbert, Arizona 85233
Tel: (480) 813-3885
Pro Se

FILED
2010 MAR -9 PM 3:06
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA, PHOENIX DIVISON

| | |
|---|---|
| Katherine Christensen, In Person<br>    Plaintiff,<br>Vs.<br>AURORA LOAN SERVICES LLC,<br>MCCARTHY HOLTHUS LEVINE LLP,<br>PERRY & SHAPIRO LLP, QUALITY<br>LOAN SERVICE CORP. a California<br>corporation, MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS INC.,<br>GREEN RIVER CAPITAL,<br>COUNTRYWIDE, NORTH AMERICAN<br>TITLE AGENCY OF ARIZONA C/O<br>NORTH AMERICAN TITLE<br>INSURANCE CO., MARICOPA COUNTY<br>SHERIFF OFFICE, CHRIS<br>MCBREARTY, CHARTER FUNDING,<br>FIRST MAGNUS FINANCIAL,<br>MERENDON MINING, INSTITUTE FOR<br>FINANCIAL LEARNING, JOHN DOES<br>And JANE DOES 1-100, ABC<br>CORPORATIONS 1-100, and XYZ<br>PARTNERSHIPS 1-100,<br><br>    Defendants, | Case #09-21818-RTB<br><br>CHAPTER 7<br><br>MOTION FOR STAY OF ORDER<br>LIFTING AUTOMATIC STAY PENDING<br>OUTCOME OF APPEAL TO BAP<br><br><br><br>Assigned to: Hon. Redfield T. Baum |

COMES NOW, Katherine Christensen "Plaintiff" who submits this **MOTION FOR STAY OF ORDER LIFTING AUTOMATIC STAY PENDING OUTCOME OF APPEAL** BAP No. AZ-10-1010.

## JURISDICTION

1. The Supreme Court held in *Northern Pipeline Constr. Co. v. Marathon Pipe Line Co., 458 US 50 - Supreme Court 1982* that;

MOTION FOR STAY PENDING OUTCOME OF APPEAL-ALS-BK Page 1 of 2
Case 2:09-bk-21818-RTB    Doc 87    Filed 03/09/10    Entered 03/10/10 13:56:36    Desc
Main Document    Page 1 of 2

03/10/2010

*"The judges of the **bankruptcy** courts are vested with all of the 'powers*

*of a court of equity, law, and admiralty,...."*

*ID 458 US 50, 55 (1982)*

## STATEMENT OF FACTS

2.  December 16, 2010 Judge Baum lifted the protection of the stay without hearing any evidence.

3.  January 4, 2010 Judge Baum signed the Order lifting the automatic stay

4.  Plaintiff is appealing that decision.

5.  Plaintiff requests the protection of the court pending the outcome of the Appeal

**WHEREFORE** Plaintiff respectfully moves the Court to:

6.  Enter an Order to Stay the Order Lifting Automatic Stay pending the outcome of Appeal BAP No. AZ-10-1010. Thereby preventing the named parties from taking any further action against Plaintiff or her property in any jurisdiction including Superior Court and the County Sheriff's Department.

Dated : March 9, 2010

Respectfully submitted,

Katherine Christensen, Pro Se
1134 West Grand Caymen Drive
Gilbert, Arizona 85233
Tel: (480) 813-3885

Case 2:09-bk-21818-RTR    Doc 87    Filed 03/09/10    Entered 03/10/10 13:56:36    Desc
MOTION FOR STAY PENDING OUTCOME OF APPEALS BK                     Page 2 of 2
Main Document    Page 2 of 2

03/10/2010