
**FILED**

MAR 2 9 2010

Certificate Number: 05701-AZ-DE-010400886

Bankruptcy Case Number: 09-21818

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on March 26, 2010, at 4:39 o'clock PM MST,

KATHERINE CHRISTENSEN completed a course on personal financial

management given by internet by

50-30-20 MoneyPlan,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the District of Arizona.

Date: March 26, 2010    By    /s/Katie Powers

                        Name  Katie Powers

                        Title Client Care and Certificate Specialist