Appeal Form No. 4

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br>KATHERINE CHRISTENSEN | Chapter 7<br>Case No. 2:09-bk-21818-RTB<br>Adv. No.<br>BAP No. |
| Debtor(s) | |
| KATHERINE CHRISTENSEN<br><br>Appellant(s)<br>v.<br>AURORA LOAN SERVICES LLC<br><br>Appellee(s) | **MEMO TO BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT RE: STATUS OF CERTIFICATE OF READINESS** |

TO: Clerk, US Bankruptcy Appellate Panel of the Ninth Circuit, 125 S. Grand Ave, Pasadena, CA 91105

Please be advised that as of date:

- [ ] The Designation of Record is on file.
- [✓] The Designation of Record is not on file.

- [ ] The Statement of Issues is on file.
- [✓] The Statement of Issues is not on file.

- [✓] A transcript has been designated and the reporters transcript is on file.
- [ ] A transcript has been designated and the reporters transcript is not on file.

- [ ] A transcript has been designated and the designating party has filed a request for transcript.
- [ ] A transcript has been designated and the designating party has not filed a request for transcript.

- [ ] Other:

Dated: April 5, 2010

CLERK OF COURT

By: P. CANTRELL
_____
Deputy Clerk