**SO ORDERED.**

**Dated: April 05, 2010**



_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

Frederick C. Thomas, 023844
Smith & Craven, P.L.L.C.
4045 E. Union Hills Dr., Ste. B-112
Phoenix, Arizona 85050
Voice: 480-222-2225
Fax: 480-222-3197
Attorney for
Chevy Chase Bank NA

# In the United States Bankruptcy Court
## For the District of Arizona

| | |
|---|---|
| In Re<br><br>Katherine Christensen,<br><br>Debtor.<br><br>Chevy Chase Bank NA, its assignees and/or successors,<br><br>Movant,<br><br>v.<br><br>Katherine Christensen, Debtor; and David A. Birdsell, Chapter 7 Trustee,<br><br>Respondents. | Chapter 7<br><br>No. 2:09-bk-21818-RTB<br><br>**Order Terminating Automatic Stay**<br><br>Assigned to Hon. Redfield T. Baum |

The Motion for Relief from Automatic Stay, by Movant Capital One Bank as assignee of Chevy Chase Bank NA, having come on for hearing in the above entitled Court on 11 February 2010 at 10:00 a.m., with the Honorable Redfield T. Baum Sr. presiding, finds that:

Movant presents the requisite cause for granting stay relief. The record here shows that there is no equity in the subject residence (value $175,100.00) and debt $331,000.00) and that because there have been no payments made to Movant for many months, the interest of Movant are not being adequately

In Re Christensen     1     Order Terminating Stay

Smith & Craven, PLLC
4045 E. Union Hills Dr.
Building B, Suite 112
Phoenix, Arizona 85050
480-222-2225 voice
480-222-3197 fax

Case 2:09-bk-21818-RTB    Doc 94    Filed 04/05/10    Entered 04/05/10 15:00:22    Desc
Main Document    Page 1 of 2

protected as the law requires. Debtor has not established to this Court that there is some probably valid claim which would allow Debtor to void or otherwise rescind the loan Debtor obtained which loan is now owned by Movant,

**IT IS THEREFORE ORDERED** that:

Any and all stays against lien enforcement, including the automatic stay of 11 U.S.C. § 326(a) and the automatic injunctions of 11 U.S.C.§ 542(a), are hereby vacated with respect to the property generally described as 2074 Munsee Drive Payson Arizona 85547. Movants, its assignees and/or successors may commence any action necessary to enforce its rights to under the deed of trust against the subject property without further Court order or proceeding being necessary.

Respectfully submitted this ____ day of March 2010.

By:_____
Hon. Redfield T. Baum Sr.
United States Bankruptcy Judge

P:\DOCUMENTS\206 CHEVY CHASE BANK\506 CHRISTENSEN CH 7\PLEADINGS\506 ORDER GRANTING RELIEF 00.PLD.DOC

SMITH & CRAVEN, PLLC
4045 E. UNION HILLS DR.
BUILDING B, SUITE 112
PHOENIX, ARIZONA 85050
480-222-2225 VOICE
480-222-3197 FAX

In Re Christensen   2   Order Terminating Stay
206.506
Case 2:09-bk-21818-RTB   Doc 94   Filed 04/05/10   Entered 04/05/10 15:00:22   Desc
Main Document   Page 2 of 2